FILED
2003 OCT 24 A 10: 12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE COMPANY | : | 3:00 CV 00834 (SRU) |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| WHITE OAK CORPORATION et al | : | |
| DEFENDANT | : | October 23, 2003 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES AND FOR CONTINUANCE OF TRIAL CALENDAR CALL

The Plaintiff Steward Machine Company ("Steward") and the Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and White Oak Corporation ("White Oak") hereby submit this Joint Motion to Modify Scheduling Order Deadlines and to continue the Trial Calendar Call which has been scheduled for November 5, 2003.

This is a construction dispute. For the past five months the parties have been diligently pursuing the completion of discovery. The parties have also discussed the referral of this matter to private mediation. The parties had originally discussed conducting a private mediation of this matter in September or October. However, the scheduling of a mediation has been delayed due to the time required to complete experts reports and depositions. The scheduling of mediation has also been delayed by virtue of the unavailability of counsel and their consultants/experts on various dates in September and October.

The parties now have a firm date for their mediation – Friday, December 5. The parties have also agreed upon Magistrate Judge F. Owen Eagan as their mediator.

The parties seek additional time within which to participate in the mediation on December 5. The parties wish to exhaust settlement options before completing their preparations

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

for trial. The parties therefore respectfully request that this Court grant them an additional 60 days within which to file the Final Pretrial Memorandum, and further request that the trial calendar call also be extended by 60 days, as further set forth below:

   1.   **Final Pretrial Memorandum:** The Final Pretrial Memorandum shall be filed by December 31, 2003.

   2.   **Trial Calendar Call**: The Trial Calendar call should be rescheduled until on or about January 5, 2004.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

BY _____
    Gary M. Case
    Wolf, Horowitz, Etlinger & Case, LLC
    241 Main Street
    Hartford, CT 06106-1852
    (860) 724-6667
    ct09610

STEWARD MACHINE COMPANY


BY _____
    Barbara Crowley
    William J. Egan, Esq.
    Egan & Crowley, P.C.
    234 Church Street
    New Haven, CT 06510
    phone - 203-498-8809
    fax - 203-498-8769
    ct04161


WHITE OAK CORPORATION

BY _____
    Jane Milas
    Garcia & Milas
    44 Trumbull Street
    New Haven, CT 06510
    ct01271

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

BY _____
Gary M. Case
Wolf, Horowitz, Etlinger & Case, LLC
241 Main Street
Hartford, CT 06106-1852
(860) 724-6667
ct09610

STEWARD MACHINE COMPANY

BY _/s/ Barbara Crowley_____
Barbara Crowley
William J. Egan, Esq.
Egan & Crowley, P.C.
234 Church Street
New Haven, CT 06510
phone - 203-498-8809
fax - 203-498-8769
ct04161

WHITE OAK CORPORATION

BY _____
June Milas
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510
ct01271

## CERTIFICATION

This is to certify that a true copy of the foregoing document was mailed via first class postage, prepaid, this 23rd day of October, 2003 to all counsel of record.

William Egan
Barbara Crowley
Egan & Crowley
234 Church Street
New Haven, CT  06510

Jane Milas
Garcia & Milas
44 Trumbull Street
New Haven, CT  06510

BY _____
Gary M. Case

41302