

FILED

2003 OCT 24 A 10: 12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| STEWARD MACHINE COMPANY | : | 3:00 CV 00834 (SRU) |
| --- | --- | --- |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| WHITE OAK CORPORATION et al | : | |
| DEFENDANT | : | October 23, 2003 |

### JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES AND FOR CONTINUANCE OF TRIAL CALENDAR CALL

The Plaintiff Steward Machine Company ("Steward") and the Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and White Oak Corporation ("White Oak") hereby submit this Joint Motion to Modify Scheduling Order Deadlines and to continue the Trial Calendar Call which has been scheduled for November 5, 2003.

This is a construction dispute. For the past five months the parties have been diligently pursuing the completion of discovery. The parties have also discussed the referral of this matter to private mediation. The parties had originally discussed conducting a private mediation of this matter in September or October. However, the scheduling of a mediation has been delayed due to the time required to complete experts reports and depositions. The scheduling of mediation has also been delayed by virtue of the unavailability of counsel and their consultants/experts on various dates in September and October.

The parties now have a firm date for their mediation – Friday, December 5. The parties have also agreed upon Magistrate Judge F. Owen Eagan as their mediator.

The parties seek additional time within which to participate in the mediation on December 5. The parties wish to exhaust settlement options before completing their preparations

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

---

GRANTED, with modified deadlines. The parties have until December 30, 2004 to submit their joint pretrial memorandum. Trial calendar call is scheduled for January 20, 2004 at 10:00 a.m. So ordered.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge
10/28/03