# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE COMPANY | : | 3:00 CV 00834 (SRU) |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| WHITE OAK CORPORATION et al | : | |
| DEFENDANT | : | December 9, 2003 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES AND FOR CONTINUANCE OF TRIAL CALENDAR CALL

The Plaintiff Steward Machine Company ("Steward") and the Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and White Oak Corporation ("White Oak") hereby submit this Joint Motion to Modify Scheduling Order Deadlines. Specifically, the parties jointly request that the deadline for filing of the Joint Trial Memorandum be extended from the current deadline of December 30, 2003 until February 27, 2004. The parties also jointly request that the Court continue the Trial Calendar Call which has been scheduled for January 20, 2004 to March, 2004

The parties had previously indicated that this matter was scheduled to proceed with private mediation before Magistrate Judge F. Owen Eagan on Friday, December 5. The parties could not proceed with the mediation on that date. A scheduling conflict arose due to the impending surgery on the Defendant's Expert, Frank Zito. Due to the nature of this case, Mr. Zito's participation in the mediation is required. As such, the parties were required to utilize December 5 as a date for the completion of Mr. Zito's deposition. Mr. Zito's surgery is this week, and will require a one-month convalescence. The parties have rescheduled their mediation with Judge Eagan to Thursday, January 15, when Mr. Zito is expected to return from surgery.

The parties wish to exhaust settlement options before completing their preparations for trial. The parties seek additional time so that they may complete the mediation with Magistrate Eagan prior to making final preparations for trial, should such preparations be needed. The parties therefore respectfully request that this Court grant them an additional 60 days within which to file the Final Pretrial Memorandum, and further request that the Trial Calendar Call also be extended by 60 days, as further set forth below:

1. **Final Pretrial Memorandum:** The Final Pretrial Memorandum shall be filed by Friday, February 27, 2003.

2. **Trial Calendar Call:** The Trial Calendar call should be rescheduled until on or about March, 2004.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA


BY _____
    Gary M. Case
    Wolf, Horowitz, Etlinger & Case, LLC
    241 Main Street
    Hartford, CT 06106-1852
    (860) 724-6667
    ct09610

STEWARD MACHINE COMPANY


BY _/s/ Barbara Crowley_____
    Barbara Crowley
    William J. Egan, Esq.
    Egan & Crowley, P.C.
    234 Church Street
    New Haven, CT 06510
    phone - 203-498-8809
    fax - 203-498-8769
    ct04161

WHITE OAK CORPORATION


BY _____
    Jane Milas
    Garcia & Milas
    44 Trumbull Street
    New Haven, CT 06510
    ct01271

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

BY _____
   Gary M. Case
   Wolf, Horowitz, Etlinger & Case, LLC
   241 Main Street
   Hartford, CT 06106-1852
   (860) 724-6667
   ct09610

STEWARD MACHINE COMPANY


BY _____
   Barbara Crowley
   William J. Egan, Esq.
   Egan & Crowley, P.C.
   234 Church Street
   New Haven, CT 06510
   phone - 203-498-8809
   fax - 203-498-8769
   ct04161

WHITE OAK CORPORATION

BY _____
   Jane Milas
   Garcia & Milas
   44 Trumbull Street
   New Haven, CT 06510
   ct01271

WOLF, HOROWITZ, ETLINGER, & CASE L.L.C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

## CERTIFICATION

This is to certify that a true copy of the foregoing document was mailed via first class postage, prepaid, this 24th day of December, 2003 to all counsel of record.

William Egan
Barbara Crowley
Egan & Crowley
234 Church Street
New Haven, CT 06510

Jane Milas
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510

BY _____
Gary M. Case

41302