OOCV834MEXTIME

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE COMPANY<br>PLAINTIFF | : | 3:00 CV 00834 (SRU) |
| VS. | : | |
| WHITE OAK CORPORATION et al<br>DEFENDANT | : | December 9, 2003 |

**JOINT MOTION TO MODIFY SCHEDULING ORDER DEADLINES AND FOR CONTINUANCE OF TRIAL CALENDAR CALL**

The Plaintiff Steward Machine Company ("Steward") and the Defendants National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and White Oak Corporation ("White Oak") hereby submit this Joint Motion to Modify Scheduling Order Deadlines. Specifically, the parties jointly request that the deadline for filing of the Joint Trial Memorandum be extended from the current deadline of December 30, 2003 until February 27, 2004. The parties also jointly request that the Court continue the Trial Calendar Call which has been scheduled for January 20, 2004 to March, 2004

The parties had previously indicated that this matter was scheduled to proceed with private mediation before Magistrate Judge F. Owen Eagan on Friday, December 5. The parties could not proceed with the mediation on that date. A scheduling conflict arose due to the impending surgery on the Defendant's Expert, Frank Zito. Due to the nature of this case, Mr. Zito's participation in the mediation is required. As such, the parties were required to utilize December 5 as a date for the completion of Mr. Zito's deposition. Mr. Zito's surgery is this week, and will require a one-month convalescence. The parties have rescheduled their mediation with Judge Eagan to Thursday, January 15, when Mr. Zito is expected to return from surgery.

GRANTED. The parties have until March 10, 2004 to submit their joint pretrial memorandum. Trial calendar call is scheduled for March 24, 2004 at 10:00 a.m. So ordered.

Stefan R. Underhill
United States District Judge
01/05/04