FILED

2004 MAR 10 P 3: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEWARD MACHINE COMPANY  :  3:00 CV 00834 (SRU)
          PLAINTIFF  :
  :

VS.  :

WHITE OAK CORPORATION et al  :
          DEFENDANT  :  March 10, 2004

## MOTION IN LIMINE TO PRECLUDE
## EXPERT TESTIMONY OF J. LESTER ALEXANDER III

The defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") hereby moves in limine to preclude any expert testimony by J. Lester Alexander, III. National Union makes this Motion in accordance with the principles articulated in Daubert v. Merrell Dow Pharmaceuticals Inc., 509 U.S. 579 (1993), and its progeny.

National Union submits herewith a Memorandum of Law in Support of this Motion.

                NATIONAL UNION FIRE INSURANCE
                COMPANY OF PITTSBURGH, PA

       BY _____
                Gary M. Case
                Wolf, Horowitz, Etlinger & Case, LLC
                99 Pratt Street – Suite 401
                Hartford, CT 06103
                (860) 724-6667
                ct09610

**ORAL ARGUMENT REQUESTED**

## **CERTIFICATION**

This is to certify that a true copy of the foregoing document was mailed via first class postage, prepaid, this 10th day of March, 2004 to all counsel of record.

William Egan
Barbara Crowley
Egan & Crowley
234 Church Street
New Haven, CT  06510

Jane Milas
Garcia & Milas
44 Trumbull Street
New Haven, CT  06510

BY _____
Gary M. Case

41302