D114.     12/3/1997 - Letter from Steve Allsopp to GLF Construction re: Delays by changes in designs and additional costs
D115.     12/18/1997 - Letter from Steve Allsopp to GLF Construction re: Repair work on Trunion Assembly
D116.     2/23/1998 - Letter from Steve Allsopp to GLF Construction re: Delays in delivery
D117. NA - Picture
D118. 12/30/1997 - Estimates
D119. 2/23/1998 - Cost Report
D120. 4/29/1998 - Non conforming Material Report
D121. 7/30/1998 - Fax from DLT to Simmes Bevill re: Errors in production
D122. 12/29/97 and 1/6/1998 - Estimates
D123. 7/26/1998 - Letter from Steve Allsopp to GLF Construction re: Late delivery
D124.     4/6/1999 - Letter from Frank Hampton to Personal Steel Corporation re: PO acknowledgement
D125. 6/27/1996 - Estimates
D126. 8/16/1996 - Cost Records
D127. Various -Time Cards
D128. Various - Non Conforming Material Reports
D129. 6/3/96 and 10/24/96 - Estimates
D130. NA – Pictures
D131. NA - Description to pictures re: handwritten note and letter
D132. 1/24/1996 - Job Detail History to Inland Steel
D133. 12/21/1995 - Cost records
D134. 12/20/1995 - Letter to Simmes Bevill re: Revised pricing
D135. 1/22/1996 - Cost Record
D136. 1/4/1996 and 6/12/96 - Estimates
D137. 4/19/1996 - Cost Record
D138. 6/13/1996 - Letter from Simmes Bevill to Intertec Projects re: Difference in the price
D139. 6/10/1996 - Purchase Order from Intertec Projects to SMI
D140. 6/12/1996 - Cost Record
D141. 6/14/1986 - Estimates
D142. 7/2/1996 - Cost records
D143. 8/7/1996 - Cost records
D144. 7/10/1997 - Estimates
D145. 7/10/1997 - Estimates
D146. NA -    Pictures
D147. NA -    Pictures
D148. 1996 - SMI Backcharges
D149. 7/29/1997 -Fax (Only cover sheet) from Al Johnson-Massman to Frank Hampton re: Problems with material compliance – additional costs for rework
D150. 2/10/1998 – Invoice
D151. 2/11/1998 – Letter from Al Johnson-Massman to Frank Hampton re: Additional work Incl. Invoices and Backcharges schedule)

D152. 4/7/1998 – Letter from Frank Hampton to Al Johnson-Massman re: Backcharges
D153. 4/15/1998 – Letter from Frank Hampton to Al Johnson-Massman re: Backcharges
D154. 5/24/1994 - Estimates
D155.       5/24/1994 -  Estimates Copy (?)
D156. 10/11/1994 - Cost Record
D157. 11/15/1994 - Cost Record
D158.       6/22/1995 -  Letter from Charles DeBardeleben to Kiewit Construction re: Changes in specs and charge for the change
D159.       8/17/1995 -  Letter from Charles DeBardeleben to Kiewit Construction re: Additional repairs to the drum girder
D160.       8/21/1995 -  Letter from Charles DeBardeleben to Kiewit Construction re: Cost for additional repairs
D161. 8/30/1995 - Letter from Charles DeBardeleben  to Kiewit Construction re: Additional overtime cost for repairs to drum girder
D162. 08/30/95 - Letter from Charles DeBardeleben to Kiewit Construction re:  Overtime cost for additional repairs to drum  girder
D163. 8/31/1995 - Letter from  Charles DeBardeleben to Kiewit Construction re: Additional overtime cost for repairs to drum girder
D164. 9/1/1995 - Letter from Charles DeBardeleben to Kiewit Construction re:  Shop  wide ramification due to delay by the owner
D165. 9/1/1995 – Letter from Charles DeBardeleben to Kiewit Construction re: Additional costs related to the repair of drum girder
D166.       5/10/1996 – Letter from Kiewit Construction to Charles DeBardeleben re: SMI instructed to continue repair of Gear Boxes
D167.       6/13/1996 – Letter from Charles DeBardeleben to Kiewit Construction re: Cost of repairs  to Faulk Reducers
D168. Pictures
D169. 11/29/1995 – Estimate
D170. 11/30/1995 - Cost record
D171.       5/16/2000 – Letter from Frank Hampton to Massman Construction Company Painting issues
D172.       NA - Shop Schedule
D173. 8/1/2000       - Letter from Met-Con to Steward re: Additional Charges
D174. Various -       Time Cards
D175.       6/24//00      - Fax/Letter    Met Con from Whitney Debardeleben to Dispute re: painting to be included
D176. 7/19/2000 - Request for Information from James Allison   re:  Additional costs for the material based on specifications
D177. NA – Internal from NA to NA re: Quality Control Plan
D178.       10/29/1999- Letter from Jerry Shivers    to Paulsen Wire Rope Corporation re: Extra charges
D179. 8/8/1994       - Estimate
D180. 8/17/1994 - Cost record
D181. 6/22/1998 – Estimates

14

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D182. 6/29/1998 - Cost Record
D183. 7/1/1998 – PO from SMI to Self Painting Co
D184. 7/9/1998 - Report re: Hand written report – status
D185. 7/22/1998 – Report re: Hand written report – status
D186. 7/22/1998 - Letter from Industrial & Commercial Painting to Steward Machine re: Charges for Painting and sandblasting
D187. 7/22/1998 - Letter from Law Engineering to Jerry Shivers re: Reports and other documents prepared by Law Engineering
D188. 7/29/1998 – Letter from Jerry Shivers to Qualico Steel re: Postponed delivery by Qualico
D189. 8/10/1998 – Fax from Qualico Steel to Jerry Shivers re: Postponed delivery by Qualico
D190. 8/12/1998 - Production Inquiry Report
D191. 9/21/1998 – Letter from Carboline to Qualico Steel re: Release of Reports by Carboline
D192. 9/21/1998 – Letter from Atlanta Arena Constructors to Qualico Steel re: Issues w/color
D193. 9/22/1998 – Letter from Qualico to Atlanta Arena Constructors re: Issues w/color
D194. 10/14/1998 - Pictures
D195. 6/25/1999 - Letter from Law Engineering to Jerry Shivers re: Response to Fax 5/26/99 (Fax 5/26/99 not provided)
D196. 6/30/1999 - Fax/Letter from Jerry Shivers to Law Engineering re: Response to Law Letter 6/25/95 – Painting Backcharges
D197. 7/23/1999 – Letter from Jerry Shivers to Qualico Steel re: Painting backcharges
D198. 7/14/1999 - Estimate
D199. 7/14/1999 – Letter from Steward - D.L. Welch to E&HG Steel re: Quotas
D200. 7/16/1999 – Letter from Steward - D. L. Welch to E&HG Steel re: Quotas
D201. 8/19/1999 - Fax/Letter from Jerry Shivers to E&HG Steel re: Revised quotas
D202. 10/22/1999 – Letter from Jerry Shivers to Qualico Steel re: Testing and specification
D203. NA – Estimate
D204. NA - 4 Pictures
D205. NA – Note re: Note re: potential more work for SMI
D206. 6/30/1998 - Cost Record
D207. 7/16/1998 – Letter from Whitney DeBardeleben to Service Machine Company re: Pricing for the modification
D208. 8/13/1998 - Cost Record
D209. 8/19/1998 – Fax from Service Machine Company to Whitney DeBardeleben re: Revisions and delivery schedule
D210. 8/20/1998 - Production Inquiry Report
D211. 8/28/1998 - Production Inquiry Report
D212. NA - Hand written note re: Job status and problems with manufacturing
D213. 6/16/1999 - Estimate
D214. 6/21/1999 - Cost record
D215. 6/22/1999 – Pictures
D216. 6/23/1999 – Memo from James Allison to SMI – Internally

15

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D217. 9/20/1999 - Nonconforming material report
D218. NA      Audit Report re: 1 page Audit report - G&A rate
D219. 2/9/1998  - Letter from Frank Hampton to Structural Steel Services re: Quotas
D220. 3/27/1998 – Letter from Frank Hampton to Structural Steel Services re: Quotas
D221. NA -    Estimate
D222. 8/24/1999 - Cost Record
D223.         9/23/1997 – Letter from Jerry Shivers to The Industrial Co. re: Issues with Reducers and Drawings
D224.         2/19/1998 – Letter from Jerry Shivers to Foote - Jones/Illinois Gear re: Test Report (supp. Doc. Not provided)
D225.         2/25/1998 – Letter from Jerry Shivers to Foote - Jones/Illinois Gear re: Additional Costs by Steward
D226.         7/6/1998      - Memo from Frank Hampton to SMI – Internally re: Changes in instructions, replacements of various items
D227. 10/24/1997 – Estimate
D228. 6/25/1999 - Completed Job Report from SMI
D229. 12/10/1996 – Letter from Hebeler to Simmes Bevill re:          Changes in specs
D230. NA - Non conforming Material Reports
D231. 10/11/1995 - Non conforming Material Reports
D232. 3/27/1998 - Estimate
D233. 3/27/1998 – Estimates
D234. 1/26/1999 – Estimates
D235.         9/2/1999 – Letter from Frank Hampton to Vanguard re: Modification and corrections
D236. 1/11/1999 – Fax from Frank Hampton to Verson re: Non conforming material report
D237. NA - Non conforming Material Reports
D238. 7/30/1998 – Estimate
D239. 8/20/1998 – Fax from Frank Hampton        to Verson re: Status Report
D240. 11/12/1998 – Letter from Frank Hampton to Verson re: Production and shipping schedule
D241.        12/16/1998 -  Letter from Frank Hampton to Verson re: Incl. Letter from 11/12/98 - production issues and shipping schedule, rework (Letter from 12/11/98 - NF)
D242. 1/8/1999          - Estimate
D243. 4/28/1999 – Letter from Frank Hampton to Verson re: Billing and Payment issues
D244.         4/30/1999 – Letter from Verson to Frank Hampton re: Response to the letter from 4/28/99
D245. Various - Non conforming Material Reports
D246. Various-         Non conforming Material Reports
D247. Various -         Non conforming Material Reports
D248. Various - Non conforming Material Reports
D249. Various - Non conforming Material Reports
D250. 11/15/1996 – Letter from Jerry Shivers to White Oak Corporation re: WOC storage
D251. 12/12/1996 – Letter from SMI to White Oak Corporation re: Storage
D252. 4/22/1996 - Estimates
D253. 5/16/1996 – Estimates

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D254. 5/22/1996 – Estimates
D255. 6/14/1996 - Cost Record
D256. 5/7/1997        - Letter from Zenith Tech to James Allison re: Request for additional work
D257. 7/2/1997        - Production Inquiry Report
D258. 6/18/1999 - Field Trip Report from James Allison
D259.       6/25/1999 – Fax from James Allison to    Scott   Piefer   (Zenith   Tech)   re: Response to letter (Not provided) re: manufacturing errors
D260. 8/5/1998 – Letter from James Allison to Zenith Tech re: Change Request
D261. 5/17/1999 – Letter from James Allison        to Dixie & Bolts re: Delays
D262. 7/11/2000 - Job Detail History Report
D263.       Pictures
D264.       Non Conforming Material Report
D265.       Non Conforming Material Report
D266.       Time Cards
D267.       5/30/1996 - Letter from Bergman Associates to Joseph Grainer re: Pinion support & reducer mounting holes
D.268 Prime Contact between White Oak and State of Connecticut Department of Transportation
D. 269 DOT Project Specifications –
D. 270 White Oak Subcontractor Invoices 1 – 18, with supporting documents
D. 271 8/13/94 EL Conwell Report
D. 272  8/20/94 1994 EL COnwell Report
D. 273 9/3/94 EL Conwell Report
D. 274  9/10/94 EL Conwell Report
D. 275 9/17/94 EL Conwell Report
D. 276 9/24/94 EL Conwell Report
D. 277 10/1/94 EL Conwell Report
D. 278 10/15/94EL Conwell Report
D. 279 10/22/94 EL Conwell Report
D. 280 10/24/94 invoice No 7611 from Steward to White Oak,
D. 281 10/26/94 Letter from White Oak to DOT, enclosing Steward's invoice of 10/24/94 and requesting payment
D. 282 10/29/94 EL Conwell Report
D. 283 11/4/94 Letter from DOT re White Oak, responding to White Oak's October 26 request for payment
D. 284 11/5/94 EL Conwell Report
D. 285 11/12/94 EL Conwell Report
D. 286 11/19/94 EL Conwell Report
D. 287 11/26/94 EL Conwell Report
D. 288 11/30/94 Steward Credit Memo
D. 289 11/30/94 Steward Invoice no 007704
D. 290 12/3/94 EL Conwell Report
D. 291 12/8/94 memo from DOT to White Oak

WOLF, HOROWITZ, ETLINGER, & CASE  L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D. 292 12/5/94 White Oak Letter to DOT requesting payment of $792,000 re Sheaves and enclosing invoice 007704
D. 293 12/6/95 Letter White Oak to DOT, requesting payment in the amount of $36,875 for Counterweight Ropes
D. 294 12/6/94 Letter DOT to White Oak regarding payment for materials stored onsite
D. 295 12/6/94 DOT Report of Meeting
D. 296 12/10/94 1994 EL Conwell Report
D. 297 12/17/94 EL Conwell Report
D. 298 12/20/94 DOT estimate payment to White Oak of $514,800
D. 299 12/24/94 EL Conwell Report
D. 300 12/31/94 EL Conwell Report
D. 301 1/7/95 EL Conwell Report
D. 302 1/14/95 EL Conwell Report
D. 303 1/21/95 EL Conwell Report
D. 304 1/18/95 Invoice 007824 Steward to White Oak, for $1,007,800, for Sheaves and Shafts
D. 305 1/24/95 DOT Report of Meeting Minutes
D. 306 1/28/95 EL Conwell Report
D. 307 2/4/95 EL Conwell Report
D. 308 2/8/95 check from White Oak to Steward, $501,930
D. 309 2/18/95 EL Conwell Report
D. 310 2/25/95 EL Conwell Report
D. 311 2/27/95 letter from White Oak (George Hird) to Steward re payment for materials stored
D. 312 2/28/95 Invoice no 007909 from Steward to White Oak, re Sheaves
D. 313 3/4/95 EL Conwell Report
D. 314 3/11/95 EL Conwell Report
D. 315 3/18/95 EL Conwell Report
D. 316 3/25/95 EL Conwell Report
D. 317 3/28/95 Invoice no 07955 from Steward to White Oak, re Sheaves
D. 318 3/31/95 check from White Oak to Steward, $751,896.60
D. 319 4/1/95 EL Conwell Report
D. 320 4/11/95 letter from White Oak to DOT, enclosing Steward invoices of 2/28/95 and 3/28/95, and asking for payment on both totaling $401,760
D. 321 4/8/95 EL Conwell Report
D. 322 4/19/95 EL Conwell Report

D. 323 4/22/95 EL Conwell Report
D. 324 4/29/95 EL Conwell Report
D. 325 5/6/95 EL Conwell Report
D. 326 5/13/95 EL Conwell Report
D. 327 6/9/95 check from White Oak to Steward, $130,000
D. 328 6/10/95 EL Conwell Report
D. 329 6/16/95 check from White Oak to Steward, $250,000
D. 330 6/17/95 EL Conwell Report
D. 331 6/23/95 check from White Oak to Steward, $250,000

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D. 332 6/24/95 EL Conwell Report
D. 333 7/3/95 check from White Oak to Steward, $153,666
D. 334 7/24/95 Fax from White Oak to Steward re Current Schedule for Sheaves and Machinery
D. 335 8/22/95 Invoice no 008256 from Steward to White Oak, $133,100
D. 336 9/5/95 letter from White Oak to DOT, enclosing Steward's invoice 008256 and asking for full payment
D. 337 9/16/95 EL Conwell Report
9/20/95 payment from DOT to White Oak $122,452, on Estimate 20, for Counterweight Ropes
D. 338 9/23/95 EL Conwell Report
D. 339 9/30/95 EL Conwell Report
D. 340 10/7/95 EL Conwell Report
D. 341 10/18/95 Steward invoice no 008362, for $500,000, for shaves and shafts
D. 342 10/18/95 invoice no 008363, for $599,210 for shaves and shafts
D. 343 10/26/95 Letter from White Oak to Steward, enclosing Steward invoices 008362 and asking for full payment of $1,099,210 re sheaves and shafts
D. 344 11/30/94 Steward Credit Memo
D. 345 11/30/95 Invoice from Steward to White Oak, no 008451, re counterweight ropes, $36,875

D. 346 12/2/95 Letter Steward to White Oak re corrected invoice
D. 347 12/6/95 Letter from White Oak to DOT, asking for payment of $36,875 re Counterweight Ropes
D. 348 12/14/95 DOT Report of Meeting, with attached summary of ISOS payments
D. 349 12/19/95 Invoice from Steward to White Oak no 008500, seeking $136,835 re Counterweight ropes
D. 350 12/19/95 Invoice from Steward to White Oak no 008501, re Sheaves, seeking $164,700
D. 351 12/21/95 Letter from White Oak to DOT enclosing Steward Invoice 008500 of 12/19/95 and asking for payment of $136,835 re Counterweight Ropes; also enclosing invoice 005501 and asking for payment of $ 164,700 re Sheaves
D. 352 12/15/95 check from White Oak to Steward, $119,390.70
D. 353 1/9/96 check from White Oak to Steward, $887,507.40
D. 354 2/16/96 Invoice from Steward to White Oak no 008620, re sheaves, $133,960,
D. 355 2/16/96 Invoice from Steward to White Oak no. 008619, re Counterweight Ropes, $258,140
D. 356 3/18/96 Invoice from Steward to White Oak, no. 008676, in the amount of $136,660, re Sheaves
D. 357 3/18/96 Invoice from Steward to White Oak, no. 008675, in the amount of $162,010, re Counterweight Ropes
D. 358 3/21/96 Letter White Oak to DOT, enclosing Steward invoices 008675 and 008676 and seeking full payment for both
D. 359 3/27/96 Letter White Oak to DOT, enclosing Steward invoices 008620 and 008619, and seeking full payment
D. 360 4/18/96 Invoice from Steward to White Oak no 008728, re Counterweight Ropes, seeking $99,500

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D. 361 4/18/96 Invoice from Steward to White Oak no 008729, re Sheaves, seeking $147,720
D. 377 4/23/96 Letter from White Oak to DOT , enclosing Steward invoices 008729 and 008728, and asking for full payment on both
D. 378 5/10/96 check from White Oak to Steward, $99,146.78
D. 379 5/15/96 Invoice no 008776, Counterweight Ropes, seeking $68,200
D. 380 5/15/96 Invoice no 08774, seeking $418,015, Operating Machinery
D. 381 5/15/96 Invoice no 08775, seeking $418,015, Operating Machinery
D. 382 5/21/96 Letter from White Oak to DOT, enclosing invoices 008776 and 008774, and seeking full payment for both
D. 383 5/31/96 Check from White Oak to Steward, $184,061.47
D. 384 5/31/96 Letter from DOT to White Oak re payment for Steward materials stored at Steward
D. 385 6/17/96 Invoice no 008837, re sheaves, $145,000
D. 386 6/12/96 check from White Oak to Steward, $361,859.55
D. 387 6/14/96 Letter from Parsons Brickerhoff to Steward re status of payments,
D. 388 6/17/96 Invoice no 008837, re sheaves, $145,000
D. 389 6/17/96 Invoice no 008836, re counterweight ropes, $ 52,550
D. 390 6/20/96 Letter from White Oak to DOT, enclosing invoices 008837 and 008836     and asking for full payment
D. 391 6/24/96 Letter from White Oak to Steward re fabrication of the main counterweight ropes
D. 392 7/11/96 Letter DOT to White Oak re status of payments, with summary
D. 393 7/12/96 Summary of payment status, by White Oak
D. 394 7/15/96 Letter DOT to White Oak re status of payments, with summary
D. 395 7/15/96 July 15, 1996 DOT Summary of Steward payments and amounts due
D. 396 7/17/96 Letter White Oak to DOT forwarding on Steward Invoices for payment
D. 397 7/27/96 Letter from White Oak to Steward re status of payments
D. 398 8/5/96 Letter White Oak to Steward re progress payments
D. 399 8/13/96 DOT Partnering Council Meeting notes
D. 400 8//13/96 handwritten note
D. 401 8/10/96 EL Conwell inspection report
D. 402 8/16/96 Invoice Steward to White Oak
D. 403 8/16/96 Invoice 5345-1, Steward to White Oak
D. 404 8/21/96 Letter from White Oak to DOT, enclosing Steward's invoice
D. 405 8/22/96 check from White Oak to Steward, $349,771.70
D. 406 8/22/96 Letter from Steward to White Oak
D. 407 8/26/96 Letter from DOT to White Oak
D. 408 8/29/96 Memorandum No 1, to Whom it May Concern, re payment procedures for materials stored off site
D. 409 9/3/96 Letter from White Oak to AIG re payments
D. 410 9/4/96 check from White Oak to Steward, $194,995.13
D. 411 9/18/96 Invoice from Steward to White Oak – no 5345-2, re sheaves
D. 412 9/20/96 Letter from White Oak to DOT, enclosing invoice 5345-2
D. 413 9/20/96 check from White Oak to Steward, $260,130
D. 414 10/11/96 check from White Oak to Steward, $108,143.10

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D. 415 10/30/96 Memo from White Oak (George Hird) to Steward re sheaves
D. 416 11/10/96 Pennoni Associates Report
D. 417 11/12/96 check from White Oak to Steward, $229,000
D. 418 11/13/96 Fax from White Oak to Steward re status of payments – attaching DOT estimates
D. 419 11/14/96 Fax from DOT to Steward attaching summary of payments to White Oak
D. 420 11/14/96 Invoice no 5345-3, Steward to White Oak, for $250,000, re sheaves
D. 421 11/15/96 Invoice no 5343-2, Steward to White Oak, for $382,285, re Operating machinery,
D. 422 11/15/96 Invoice no 5346-1, Steward to White Oak, for $41,950, re: Lock Machinery
D. 423 11/17/96 Pennoni Associates Report
D. 424 11/19/96 Letter White Oak to DOT, enclosing Steward invoices 5346-1, 5343-2 and 5345-3, and asking for full payment
D. 425 11/19/96 check from White Oak to Steward, $200,000
D. 426 11/24/96 Pennoni Associates Report
D. 427 11/27/96 Letter from White Oak to DOT
D. 428 11/27/96 DOT Memorandum from Stephen Digiovanna to Steven Gage
D. 429 12/1/96 Pennoni Associates Report
D. 430 12/5/96 check from White Oak to Steward, $219,901.50
D. 431 12/8/96 Pennoni Associates Report
D. 432 12/15/96 Pennoni Associates Report
D. 433 12/20/96 Letter White Oak to AIG
D. 434 12/22/96 Pennoni Associates Report
D. 435 12/29/96 Pennoni Associates Report
D. 436 12/31/96 Steward credit to White Oak of $347,210
D. 437 1/5/97 Pennoni Associates Report
D. 438 1/12/97 Pennoni Associates Report
D. 439 1/19/97 Pennoni Associates Report
D. 440 1/26/97 Pennoni Associates Report
D. 441 2/2/97 Pennoni Associates Report
D. 442 2/9/97 Pennoni Associates Report
D. 443 2/16/97 Pennoni Associates Report
D. 444 2/19/97 Letter from Steward to White Oak re motor coupling
D. 445 2/23/97 Pennoni Associates Report
D. 446 3/2/97 Pennoni Associates Report
D. 447 3/7/97 Letter from Steward to White Oak
D. 448 3/9/97 Pennoni Associates Report
D. 449 3/10/97 Fax Cover Sheet from Parsons Brickerhoff to Steward
D. 450 3/16/97 Pennoni Associates Report
D. 451 3/17/97 Letter from Steward to White Oak
D. 452 3/23/97 Pennoni Associates Report
D. 453 3/24/97 Letter from DOT to White Oak re Storage Charges at Steward
D. 454 3/30/97 Pennoni Associates Report
D. 455 4/6/97 Pennoni Associates Report

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D. 456 4/13/97 Pennoni Associates Report
D. 457 4/16/97 Invoice from Steward to White Oak, no 5343-3, re Operating Machinery, seeking $355,372,
D. 458 4/16/97 Invoice from Steward to White Oak, no 5346-2, re Lock Machinery, seeking $99,755,
D. 459 4/18/97 Letter from White Oak to DOT enclosing invoices of 5343-3 and 5346-2, and asking for full payment
D. 460 4/20/97 Pennoni Associates Report
D. 461 4/24/97 check from White Oak to Steward, $25,000
D. 462 4/25/97 check from White Oak to Steward, $5,000
D. 463 4/27/97 Pennoni Associates Report
D. 464 4/29/97 check from White Oak to Steward, $25,000
D. 464 5/4/97 Pennoni Associates Report
D. 464 5/8/97 check from White Oak to Steward, $25,000
D. 465 5/11/97 Pennoni Associates Report
D. 466 5/15/97 check from White Oak to Steward, $25,000
D. 467 5/18/97 Pennoni Associates Report
D. 468 5/22/97 check from White Oak to Steward, $25,000
D. 469 5/29/97 check from White Oak to Steward, $25,000
D. 470 6/1/97 Pennoni Associates Report
D. 471 6/5/97 check from White Oak to Steward, $25,000
D. 472 6/8/97 Pennoni Associates Report
D. 473 6/12/97 check from White Oak to Steward, $25,000
D. 474 6/15/97 Pennoni Associates Report
D. 475 6/20/97 check from White Oak to Steward, $25,000
D. 476 6/22/97 Pennoni Associates Report
D. 477 6/22/97 Pennoni Associates Report
D. 478 6/26/97 check from White Oak to Steward, $25,000
D. 479 6/27/97 check from White Oak to Steward, $346,737.78
D. 480 6/29/97 Pennoni Associates Report
D. 481 7/3/97 check from White Oak to Steward, $25,000
D. 482 7/6/97 Pennoni Associates Report
D. 483 7/10/97 check from White Oak to Steward, $25,000
D. 484 7/13/97 Pennoni Associates report
D. 485 7/17/97 check from White Oak to Steward, $25,000
D. 486 7/20/97 Pennoni Associates Report
D. 487 7/25/97 check from White Oak to Steward, $25,000
D. 488 7/27/97 Pennoni Associates report
D. 489 7/31/97 check from White Oak to Steward, $25,000
D. 490 8/3/97 Pennoni Associates report
D. 491 8/10/97 Pennoni Associates Report
D. 492 8/17/97 Pennoni Associates Report
D. 493 8/24/97 Pennoni Associates Report
D. 494 9/14/97 Pennoni Associates Report

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D. 494 9/16/97 Letter from White Oak to Steward
D. 495 9/21/97 Pennoni Associates report
D. 496 9/24/97 DOT Material Stored on Site
D. 497 9/28/97 Pennoni Associates report
D. 498 10/5/97 Pennoni Associates report
D. 499 10/12/97 Pennoni Associates report
D. 500 10/19/97 Pennoni Associates Report
D. 501 10/24/97 check from White Oak to Steward, $97,500
D. 502 10/29/97 letter from White Oak to Steward
D. 503 11/2/97 Pennoni Associates Report
D. 504 11/9/97 Pennoni Associates Report
D. 505 11/16/97 Pennoni Associates Report
D. 506 11/23/97 Pennoni Associates Report
D. 507 12/5/97 letter from Steward to White Oak re status of payments
D. 508 12/7/97 Pennoni Associates Report
D. 509 12/11/97 Letter from White Oak to Steward
D. 510 Schedule of Checks from White Oak to Steward, 1-page
D. 511 12/14/97 Pennoni Associates Report
D. 512 12/21/97 Pennoni Associates Report
D. 513 12/28/97 Pennoni Associates Report
D. 514 1/4/98 Pennoni Associates Report
D. 515 1/8/98 Letter from Steward to White Oak
D. 516 1/11/98 Pennoni Associates Report
D. 517 1/18/98 Pennoni Associates Report
D. 518 1/25/98 Pennoni Associates Report
D. 519 2/1/98 Pennoni Associates Report
D. 520 2/2/98 Pennoni Associates Report
D. 521 3/15/98 Pennoni Associates Report
D. 522 3/29/98 Pennoni Associates Report
D. 523 4/5/98 Pennoni Associates Report
D. 524 4/12/98 Pennoni Associates Report
D. 525 4/19/98 Pennoni Associates Report
D. 526 4/26/98 Pennoni Associates Report
D. 527 5/3/98 Pennoni Associates Report
D. 528 5/17/98 Pennoni Associates Report
D. 529 5/24/98 Pennoni Associates Report
D. 530 5/31/98 Pennoni Associates Report
D. 531 6/7/98 Pennoni Associates Report
D. 532 6/8/98 Invoice from Steward to White Oak, no. 5346-3, in the amount of $199,995.00, re lock machinery
D. 533 6/14/98 Pennoni Associates Report
D. 534 6/21/98 Pennoni Associates Report
D. 535 6/28/98 Pennoni Associates Report
D. 536 7/5/98 Pennoni Associates Report

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D. 537 7/12/98 Pennoni Associates Report
D. 538 7/12/98 Pennoni Associates Report
D. 539 7/26/98 Pennoni Associates Report
D. 540 7/29/98 Pennoni Associates Report
D. 541 8/9/98 Pennoni Associates Report
D. 542 8/16/98 Pennoni Associates Report
D. 543 8/23/98 Pennoni Associates Report
D. 544 9/6/98 Pennoni Associates Report
D. 545 9/12/98 Pennoni Associates Report
D. 546 2/1/99 Pennoni Associates memo
D. 547 2/4/99 DOT Memo from Stephen DiGiovanna to Steven Gage
D. 548 2/5/99 DOT Memo from Keith Lane to Stephen DiGiovanna
D. 549 9/25/99 Pennoni Associates Report
D. 550 10/31/99 Pennoni Associates Report
D. 551 11/12/99 Pennoni Associates Report
D. 552 11/12/99 Pennoni Associates Report
D. 553 12/10/99 Pennoni Associates Report
D. 554 1/20/00 Pennoni Associates Report
D. 555 1/21/00 Pennoni Associates Report
D. 556 2/28/00 Pennoni Associates Report
D. 557 3/17/00 Pennoni Associates Report
D. 558 3/3/00 Pennoni Associates Report
D. 559 5/9/00 May 9, 2000 letter from Steward to AIG,
D. 560 6/2/00 Summary of ISOS Payments for Steward Machine, prepared by George Takacs
D. 561 7/13/00 Letter from AIG to Steward with attached Analysis of Outstanding Invoices
D. 562 7/14/00 letter from Cianbro to AIG
D. 563 7/14/00 Pennoni Material Status Report with attached photos, narrative and summary
D. 564 8/11/00 letter from Cianbro to AIG re budget estimate
D. 565 August, 2000 Agreement between AIG, White Oak and Steward
D. 566 8/23/00 payment from White Oak to Steward of $254,357.25
D. 567 8/23/00 payment from White Oak to Steward of $750,000.00
D. 568 8/23/00 payment from White Oak to Steward of $153,814.25
D. 569 9/7/00 payment from White Oak to Steward of $153,814.25
D. 570 9/8/00 Pennoni Associates Material Status Report
D. 571 9/15/00 Pennoni Associates Material Status Report
D. 572 9/22/00 Pennoni Associates Material Status Report
D. 573 9/29/00 Pennoni Associates Material Status Report
D. 574 10/6/00 Pennoni Associates Material Status Report
D. 575 10/13/00 Pennoni Associates Material Status Report
D. 576 10/19/00 payment from White Oak to Steward of $153,814.25
D. 577 10/20/00 Pennoni Associates Material Status Report
D. 578 10/27/00 Pennoni Associates Material Status Report
D. 579 11/3/00 Pennoni Associates Material Status Report
D. 580 11/4 – 11/10/00 Pennoni Associates Shop Report

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D. 581 11/17/00 Pennoni Associates Material Status Report
D. 582 11/30/00 payment from White Oak to Steward of $153,814.25
D. 583 12/1/00 Pennoni Associates Material Status Report
D. 584 12/14/00 Pennoni Associates Material Status Report
D. 585 1/11/01 payment from White Oak to Steward of $ 100,000
D. 586 Summary of Costs and Items excluded per August, 2000 Agreement, prepared by Robert Hackling of White Oak
D. 587 1/19/00 Pennoni Associates Material Status Report,
D. 588 2/23/01 Pennoni Associates Material Status Report
D. 589 3/9/01 Pennoni Associates Material Status Report
D. 590 1/19/95 Jan 18, 1995 DOT Certificate of Title for Materials Stored
D. 591 4/11/95 DOT Certificate of Title for Materials Stored
D. 592 8/22/95 DOT Certificate of Title for Materials stored
D. 593 10/18/95 DOT Certificate of Title for Materials stored
D. 594 11/30/95 DOT Certificate of Title for Materials stored
D. 595 12/19/95 DOT Certificate of Title for Materials stored
D. 596 3/18/96 DOT Certificate of Title for Materials stored
D. 597 2/16/96 DOT Certificate of Title for Materials stored
D. 598 4/18/96 DOT Certificate of Title for Materials stored
D. 599 5/2/96 Letter Steward to White Oak
D. 600 5/15/96 DOT Certificate of Title for Materials stored
D. 601 6/17/96 DOT Certificate of Title for Materials stored
D. 602 7/17/96 Letter White Oak to DOT forwarding on Steward Invoices for payment
D. 603 8/5/96 Letter White Oak to Steward re progress payments
D. 604 8/16/96 DOT Certificate of Title for Materials
D. 605 9/18/96 DOT Certificate of Title for Materials stored
D. 606 11/15/96 Steward letter re storage of sheaves
D. 607 3/7/97 Letter from Steward to White Oak
D. 608 4/11/97 Letter from Steward to White Oak
D. 609 4/16/97 DOT Certificate of Title for Materials stored
D. 610 6/8/98 Certificate of Title for Materials stored
D. 611 2/5/99 DOT Memorandum from Keith Lane to Stephen Digiovanna, re percentages complete
D. 612 7/6/99 Letter from Steward to NEC –
D. 613 3/16/00 Invoice from Steward to White Oak, No, 5344-S15, $26,430
D. 614 3/16/00 Invoice from Steward to White Oak, No, 5345-S15, $564,240
D. 615 3/16/00 Invoice from Steward to White Oak, No, 5346-S4, $23,040
D. 616 3/16/00 Invoice from Steward to White Oak, No, 031600
D. 617 3/16/00 Invoice from Steward to White Oak, No, SC 024, $117,119.55
D. 618 7/14/00 Letter from Cianbro Corp. to AIG
D. 619 7/10/03 letter from Steward to Cianbro
D. 620 DOT Memorandum dated February 5, 1999 re: audit of materials stored, with hand-written comments of Bob Pellerin
D. 621 10/1/96 Letter from White Oak to DOT

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

D. 622 10/18/96 Letter from Steward to White Oak
D. 633 10/31/96 Letter from Steward to White Oak
D. 634 11/6/96 Letter from White Oak to DOT
D. 635 11/14/96 Letter from DOT to White Oak
D. 636 11/15/96 Steward letter re storage of sheaves
D. 637 12/12/96 Steward letter re storage of Counterweight Ropes and Accessories --
D. 638 1/10/97 Letter from Steward to White Oak -- re storage of counterweight ropes and accessories
D. 639 2/12/97 Letter from DOT to White Oak
D. 640 3/7/97 Letter from Steward to White Oak
D. 641 3/13/97 Letter from White Oak to DOT enclosing invoices for storage
D. 642 3/24/97 Letter from DOT to White Oak re Steward storage charges
D. 643 11/3/97 Letter from DOT to White Oak re invoices from Steward for storage charges
D. 644 11/6/97 Letter from White Oak to DOT re storage charges
D. 645 11/13/97 Letter from DOT to White Oak re storage charges
D. 646 4/9/99 Letter from Steward to White Oak
D. 647 4/28/97 Letter from DOT to White Oak
D. 648 5/8/97 Letter from DOT to White Oak
D. 649 5/12/97 fax from White Oak to Steward
D. 650 5/22/97 fax from DOT/PB to White Oak
D. 651 Steward Job Detail History Report, re White Oak, dated 2/26/03
D. 652 9/12/96 Letter from Steward to White Oak
D. 653 10/10/96 Letter from Steward to White Oak re sheaves
D. 654 11/13/96 Steward Purchase Order no 14509, to Albert Jones, re timbers "for outside storage of sheaves"
D. 655 11/15/96 Letter re storage of sheaves
D. 656 12/4/96 Invoice from Bishop Bros Hauling to Steward, in the amount of $1,745.32
D. 657 12/4/96 Invoices (2) nos. 27971 and 27972 from Bishop Bros. Hauling to Steward,
D. 658 12/5/96 Invoice from G & R Plant Maintenance to Steward, for $1,480 re crane rental
D. 659 2/7/97 Letter from Steward to White Oak re storage of Main Sheaves --
D. 660 3/7/97 Letter from Steward to White Oak re storage of Ropes
D. 661 3/7/97 Letter from Steward to White Oak re storage of Sheaves
D. 662 4/9/97 Letter from Steward to White Oak re storage of Sheaves
D. 663 6/14/99 Letter from Steward to White Oak re inefficiencies including attached list of projects, highlighted,
D. 664 Steward 1996 Completed Jobs List, with certain jobs highlighted
D. 665 Steward 1997 Completed Jobs List, with certain jobs highlighted
D. 666 Steward 1998 Completed Jobs List, with certain jobs highlighted
D. 667 11/16/99 Letter from Steward to White Oak re non-visit from AIG
D. 668 Undated 1-page Quality Control Plan for Contract DACW 27-01-C-0030
D. 669 Undated 2-page auditors work papers re Job K7582
D. 670 Overhead photograph of Steward Machine plant (Plant One)
D. 671 Steward brochure with photos of Plants One and Two
D. 672 Steward Machine multi-page color brochure