HONORABLE Stefan Underhill (revised January 18, 2002)
DEPUTY CLERK Martz   RPTR/ERO/TAPE Catucci

TOTAL TIME: ___ hours 15 minutes

DATE 3-24-04   START TIME 10:00   END TIME 10:15
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 3:00cv834(SRU)

Steward Machine
vs.
White Oak Corp.

§
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL
§
§
§

Barbara Crowley
Plaintiffs Counsel

Gary Case
Defendants Counsel
Frederick Holberg

## CIVIL JURY SELECTION/CALENDAR CALL

☑ ....... ☑ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____

☐ ....... ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____

☐ ... #__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ... #__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ... #__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ... #__ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ ....... _____  ☐ filed ☐ docketed

☐ ....... _____  ☐ filed ☐ docketed

☐ ....... Briefs Due 7-12-04  ☐ filed ☐ docketed

☐ ....... Reply Due 7-28-04  ☐ filed ☐ docketed

☐ ....... _____ # jurors present

☐ ....... Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ....... Voir Dire by Court

☐ ....... Peremptory challenges exercised (See attached)

☐ ....... Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ....... Remaining jurors excused

☐ ....... Discovery deadline set for _____

☐ ....... Disposition Motions due _____

☐ ....... Joint trial memorandum due _____

☑ .... Bench Trial continued until Aug 17, 2004 at 9:00

☐ COPY TO: JURY CLERK