UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE COMPANY | : | 3:00 CV 00834 (SRU) |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| WHITE OAK CORPORATION et al | : | |
| DEFENDANT | : | JUNE 10, 2004 |

MOTION FOR CONTINUANCE OF TRIAL DATE
AND DEADLINE FOR SUBMISSION OF PRETRIAL BRIEFS

The Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") hereby requests a continuance of the trial date of August 17. National Union also requests a continuance of the deadline for the submission of pretrial briefs from the current date of July 12.

The undersigned has contacted counsel for all other parties and has been advised that no party opposes or objects to this Motion.

In support of this Motion, the undersigned states as follows:

1.  This is complex construction dispute in which the Plaintiff Steward Machine Company has asserted claims totaling in excess of $5,000,000. On or about March 10 the parties submitted their Joint Final Pretrial Memorandum, which identified some 772 potential trial exhibits and numerous disputed issues of fact and law.

2.  On March 24 the parties appeared at a trial calendar call, at which time the Court scheduled this matter to commence a bench trial on August 17, with an expected

    length of seven court days.  The Court also ordered the parties to file pretrial briefs by July 12.

3. At the trial calendar call the undersigned advised the Court and all counsel that the undersigned and his wife were on a waiting list for an international adoption, that the undersigned was uncertain of the timeframe for referral of a child and completion of this adoption, that the undersigned had no control over the timing of the referral or completion of the adoption, and that the timing of this could affect the scheduling of the trial date in this matter.

4. The undersigned agreed to the August 17 trial date anticipating that he would have the months of June and July to prepare for trial.

5. During the week of May 31 the undersigned was advised that in fact a referral of a child has been made and that the adoption process would take place commencing on June 22.

6. Completion of the adoption will require that the undersigned and his wife be out of the country for a substantial period of time. The undersigned expects and anticipates that he will be out of the office and out of the country for a minimum of three weeks, commencing on June 21, through on or about July 9. During this time the undersigned will be in Colombia, S.A., completing the adoption.  The undersigned hopes to return to the office on July 12.  However, the undersigned has been advised by representatives of the adoption agency that it is possible that he may be required to remain in Colombia for additional time beyond July 9,

2

WOLF, HOROWITZ, ETLINGER, & CASE  L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

      depending upon the speed of the Colombian court system and other matters beyond the undersigned's control.

7. At the earliest, the undersigned expects to be back in this country and in his office by the week of July 12, which is approximately one month prior to the current trial date.  The undersigned's absence from the office will significantly impair National Union's trial preparation schedule. The undersigned had anticipated using this time to prepare trial briefs and to prepare for trial.  Given that the undersigned will be out of the office for at least 3 weeks, and possibly longer, and due to the complex and detailed nature of the issues in dispute at trial, the undersigned will have insufficient time to prepare for trial commencing on August 17.  The undersigned further anticipates being in the office on a reduced basis upon his immediate return from Colombia, further impacting his ability to be ready for an August 17 trial date.

8. National Union respectfully requests a continuance of the August 17 trial date. National Union also respectfully requests that the Court grant a corresponding continuance of the deadline for the submission of pretrial briefs.  At present these briefs are due on July 12, which is the first day on which the undersigned hopes to return to the office following the completion of the adoption in Colombia.

9. The undersigned has discussed with motion with counsel for both the Plaintiff Steward Machine Company and White Oak Corporation.  The undersigned has been advised by both counsel that they have no objection to the granting of this

3

WOLF, HOROWITZ, ETLINGER, & CASE  L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

    Motion. The undersigned has further been advised that both counsel would be available for trial commencing on October 4.

10. The undersigned respectfully requests a ruling on this motion as soon as possible and before his expected departure date of June 21.

          NATIONAL UNION FIRE INSURANCE
          COMPANY OF PITTSBURGH, PA


         BY _____
          Gary M. Case
          Wolf, Horowitz, Etlinger & Case, LLC
          99 Pratt Street – Suite 401
          Hartford, CT  06103
          (860) 724-6667
          ct09610

## **CERTIFICATION**

 This is to certify that a true copy of the foregoing document was mailed via first class postage, prepaid, and faxed this 10th day of June, 2004 to all counsel of record.

 Barbara Crowley
 William J. Egan
 Egan & Crowley, P.C.
 234 Church Street
 New Haven, CT 06510
 phone - 203-498-8809
 fax - 203-498-8769

 Jane I. Milas
 Garcia & Milas, P.C.
 44 Trumbull Street
 New Haven, CT  06510
 Phone – (203)773-3824
 Fax – (203) 782-2312

         BY _____
          Gary M. Case

4

WOLF, HOROWITZ, ETLINGER, & CASE  L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

5