UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE COMPANY | : | 3:00 CV 00834 (SRU) |
| PLAINTIFF | : | |
| | | |
| VS. | : | |
| | | |
| WHITE OAK CORPORATION et al | : | |
| DEFENDANT | : | December 16, 2004 |

### THE DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's MOTION IN LIMINE AND/OR MOTION FOR SUMMARY JUDGMENT REGARDING CERTAIN CLAIMS OF THE PLAINTIFF STEWARD MACHINE COMPANY

The Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") hereby moves in limine for a legal determination prior to trial with respect to certain of the claims which have been asserted against it by the Plaintiff Steward Machine Company ("Steward"). Alternatively, National Union hereby moves for summary judgment with respect to these claims.

Specifically, National Union seeks a legal determination with respect to the following:

1. As a matter of law, National Union is not liable for Steward's claims of business disruption and interference damages, because the surety's liability under Conn. Gen. Stat. § 49-42 and the bond does not extend to consequential damages, lost profits and breach of contract damages incurred by Steward on projects other than the bonded project;

2. As a matter of law, National Union is not liable for Steward's "storage fee" claim, because the surety's liability under Conn. Gen. Stat. § 49-42 and the bond does not extend to costs and expenses not actually incurred by the claimant, and Conn. Gen. Stat. § 42a-2-710 – to the extent that it is applicable – limits Steward's recovery to costs and expenses actually incurred on the bonded project;

3. As a matter of law, the proper measure of National Union's liability under Conn. Gen. Stat. § 49-42 and the bond consists of Steward's actual labor and material costs incurred on the bonded project; and

**ORAL ARGUMENT REQUESTED**

1

4. As a matter of law, Steward cannot seek or recover interest accruing after August 24, 2000, because the parties' agreement of that date precludes Steward from seeking or recovering interest accruing after August 24, 2000.

National Union seeks a legal determination of these issues before trial because these issues can be resolved as a matter of law based on undisputed facts, resolution of these issues prior to trial would streamline the trial of this case, and may also assist the parties in resolving the matter.

National Union submits the following in support of this Motion:

1. Memorandum of Law in Support of Motion in Limine and/or Motion for Summary Judgment;
2. Local Rule 9(c)(1) Statement; and
3. Affidavit of Frank Zito in Support of Motion in Limine and/or Motion for Summary Judgment.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

BY _____
Gary M. Case
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt St, Suite 401
Hartford, CT 06103
(860) 724-6667
ct09610

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, CT 06103 *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488

## **CERTIFICATION**

This is to certify that a true copy of the foregoing document was mailed via first class postage, prepaid, this 16th day of December, 2004, to all counsel of record.

William Egan
Barbara Crowley
Egan & Crowley
234 Church Street
New Haven, CT  06510


Jane I. Milas
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT  06510
Phone – (203)773-3824
Fax – (203) 782-2312



Gary M. Case

55045

WOLF, HOROWITZ, ETLINGER, & CASE L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, CT 06103  *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488