UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE COMPANY | : | 3:00 CV 00834 (SRU) |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| WHITE OAK CORPORATION et al | : | |
| DEFENDANT | : | December 17, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that the Defendant, National Union Fire Insurance Company of Pittsburgh, PA has manually filed the following documents:

1. Exhibits 1 through 8 of the Memorandum of Law in Support of Motion in Limine and/or Motion for Summary Judgment Regarding Certain Claims Asserted by Steward Machine; and

These documents have not been filed electronically because the electronic file size of the documents exceed 1.5 megabytes.

        Respectfully submitted,

        DEFENDANT,
        NATIONAL UNION FIRE INSURANCE
        COMPANY OF PITTSBURGH, PA


        By_____
        Gary M. Case – ct09610
        Wolf, Horowitz, Etlinger, & Case, LLC
        99 Pratt Street, Suite 401
        Hartford, CT 06103


## **CERTIFICATION**

    This is to certify that a true copy of the foregoing document was mailed via first class postage, prepaid, this 17th day of December, 2004, to all counsel of record.

William Egan
Barbara Crowley
Egan & Crowley
234 Church Street
New Haven, CT 06510
Phone - (203) 498-8809
Fax - (203) 498-8769

Jane I. Milas
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510
Phone - (203) 773-3824
Fax - (203) 782-2312


        _____
        Gary M. Case