FILED

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

JAN 18 P 2: 22

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| STEWARD MACHINE CO, INC. | : | CIVIL ACTION NO. |
| | : | 3:00 CV00834 (SRU) |
| v. | : | |
| | : | |
| WHITE OAK CORPORATION, et al | : | January 18, 2005 |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION IN LIMINE AND/OR MOTION FOR SUMMARY JUDGMENT

The plaintiff Steward Machine Co. Inc. ("Steward") moves that the time within which to file its response to the defendant National Union's motion in limine and/or motion for summary judgment be extended one week until January 24, 2005. In support of its motion Steward represents:

1. Counsel for the defendant has no objection to the granting of this motion.

2. The undersigned counsel has been out on medical leave and has only recently returned to work full-time.

For the foregoing reasons Steward requests that the time for filing a response to the defendant's motion be extended to January 24, 2005.

Dated at New Haven, Connecticut, this 18th day of January, 2005.

Steward Machine Co. Inc.

By /s/ Barbara E. Crowley
Barbara E. Crowley
Fed. Bar No. ct12669
Egan & Crowley, P.C.
234 Church Street
New Haven, CT 06510

## **CERTIFICATION**

This is to certify that on this 18th day of January 2005, a copy of the foregoing was mailed, postage prepaid, to:

Gary M. Case
Wolf, Horowitz, Etlinger, & Case, L.L.C.
99 Pratt Street
Hartford, CT 06103

Raymond Garcia
Jane Milas
Frederick Hedberg
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510

Barbara E. Crowley