# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE CO, INC. | : | CIVIL ACTION NO. |
| | : | 3:00 CV00834 (SRU) |
| v. | : | |
| | : | |
| WHITE OAK CORPORATION, et al | : | January 24, 2005 |

## MOTION FOR ADDITIONAL EXTENSION OF TIME TO RESPOND TO MOTION IN LIMINE AND/OR MOTION FOR SUMMARY JUDGMENT

The plaintiff Steward Machine Co. Inc. ("Steward") moves that the time within which to file its response to the defendant National Union's motion in limine and/or motion for summary judgment be extended one day until January 25, 2005. In support of its motion Steward represents:

1. Counsel for the defendant has no objection to the granting of this motion.

2. The recent inclement weather interfered with counsel's work plans.

For the foregoing reasons Steward requests that the time for filing a response to the defendant's motion be extended to January 25, 2005.

Dated at New Haven, Connecticut, this 24th day of January, 2005.

Steward Machine Co. Inc.

By _____
Barbara E. Crowley
Fed. Bar No. ct12669
Egan & Crowley, P.C.
234 Church Street
New Haven, CT 06510

## CERTIFICATION

This is to certify that on this 24th day of January 2005, a copy of the foregoing was mailed, postage prepaid, to:

Gary M. Case
Wolf, Horowitz, Etlinger, & Case, L.L.C.
99 Pratt Street
Hartford, CT 06103

Raymond Garcia
Jane Milas
Frederick Hedberg
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510

Barbara E. Crowley