UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 10  P 1:43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| STEWARD MACHINE COMPANY<br>    PLAINTIFF | : 3:00 CV00834 (SRU)<br>: |
| VS. | : |
| WHITE OAK CORPORATION et al<br>    DEFENDANT | :<br>: February 10, 2005 |

### THE DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Defendant National Union Fire Insurance Company of Pittsburgh, PA (hereinafter "National Union") hereby files this Motion for an Extension of Time to file its Reply Brief to the Plaintiff's Response to National Union's Motion for Summary Judgment. National Union requests an additional three (3) days in which to file its Reply Brief, up to and including Monday, February 14, 2005. National Union requires additional time to effectively formulate a response to the issues raised in the Plaintiff's Brief. The undersigned counsel certifies that he has contacted the counsel for the co-Defendant, White Oak Corp., and she has no objection. Despite attempts to contact Plaintiff's counsel he has been unable to ascertain its position.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

BY _____
Gary M. Case
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt St, Suite 401
Hartford, CT 06103
(860) 724-6667
ct09610

1

## **CERTIFICATION**

This is to certify that a true copy of the foregoing document was mailed via first class postage, prepaid, this 10th day of February 2005, to all counsel of record.

William Egan
Barbara Crowley
Egan & Crowley
234 Church Street
New Haven, CT 06510


Jane I. Milas
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510
Phone – (203)773-3824
Fax – (203) 782-2312

                                                        _____
                                                        Gary M. Case

56089