UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEWARD MACHINE CO.<br><br>    Plaintiff,<br><br>V.<br><br>WHITE OAK CORP., ET AL<br><br>    Defendants | DOCKET NO.<br>3:00-CV-00834 (SRU)<br><br><br><br><br><br>February 9, 2005 |

### THE DEFENDANT WHITE OAK CORPORATION'S AND DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's MOTION TO EXCLUDE EVIDENCE AND/OR MOTION IN LIMINE

The defendants White Oak Corporation ("White Oak") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union") file the present Motion to Exclude Evidence and/or Motion in Limine with respect to certain claims of Plaintiff Steward Machine Company ("Steward").

Specifically, the defendants request an order excluding the following evidence which plaintiff intends to offer:

**ORAL ARGUMENT REQUESTED**

1.  Any evidence relating to the existence or terms of a "collateral storage agreement."

The defendants submit that exclusion of said evidence is proper because the plaintiff has failed to plead or disclose in accordance with the rules of practice its reliance on any "collateral storage agreement" in support of its claim for damages.

The defendants seek a ruling on this issue before trial because this issue can be resolved on the basis of the pleadings filed to date and resolution prior to trial would streamline the trial of this matter.

The defendants have filed a Memorandum of Law simultaneously herewith in support of this Motion.

WHITE OAK CORPORATION

BY: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Jane I. Milas, Esq.
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510
Tel. No. (203)773-382
ct01271


NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

BY: ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Gary M. Case, Esq.
Wolf, Horowitz, Etlinger &
Case, LLC
99 Pratt Street
4th Floor
Hartford, CT 06103
Tel. No. (860)724-6667
ct09610

3


## CERTIFICATION

This is to certify that on this 10th day of February, 2005, a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel and pro se parties of record, as follows:

Attorney Barbara Crowley
William Egan, Esq.
Egan & Crowley
234 Church Street
New Haven, CT 06510

Jane I. Milas