UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE COMPANY | : | 3:00 CV 00834 (SRU) |
|         PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| WHITE OAK CORPORATION et al | : | |
|         DEFENDANT | : | February 14, 2005 |

**THE DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's MOTION TO FILE REPLY BRIEF IN EXCESS OF TEN PAGES**

Defendant National Union Fire Insurance Company of PA hereby files this Motion to File a Reply Brief in excess of the maximum length for reply briefs pursuant to Local Rule of Civil Procedure § 7(d). The additional pages are necessary in order to more effectively respond to the apparently new argument set forth by the Plaintiff in its Opposition to National Union's Motion for Summary Judgment.

WHEREFORE, Defendant National Union hereby requests that this Court grant its Motion to File a Reply Brief in Excess of Ten Pages.

                                      NATIONAL UNION FIRE INSURANCE
                                      COMPANY OF PITTSBURGH, PA

                                      BY _____
                                      Gary M. Case
                                      Wolf, Horowitz, Etlinger & Case, LLC
                                      99 Pratt St. Suite 401
                                      Hartford, CT 06103
                                      (860) 724-6667
                                      ct09610

1

## **CERTIFICATION**

      This is to certify that a true copy of the foregoing document was mailed via first class postage, prepaid, this 14th day of February, 2005, to all counsel of record.

William Egan
Barbara Crowley
Egan & Crowley
234 Church Street
New Haven, CT 06510


Jane I. Milas
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510
Phone – (203)773-3824
Fax – (203) 782-2312

                                                                       Gary M. Case

56087

WOLF, HOROWITZ, ETLINGER, & CASE L.L.C. *Counselors At Law*
99 Pratt Street, Hartford, CT 06103   *(860) 724-6667 * Fax (860) 293-1979 * Juris No. 402488