# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

| | | |
|---|---|---|
| STEWARD MACHINE COMPANY | : | CIVIL ACTION NO. |
| | : | 3:00CV834 (SRU) |
| V. | : | |
| | : | |
| WHITE OAK CORPORATION and | : | |
| NATIONAL UNION FIRE INSURANCE | : | |
| COMPANY OF PITTSBURCH, PA | : | |

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for:**

**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

Date:  February 22, 2005
**Date**

                                    **Signature**

ct24888
**Connecticut Federal Bar Number**

Jason W. Glasgow
**Print Clearly or Type Name**

(860) 724-6667
**Telephone Number**

Wolf, Horowitz, Etlinger & Case, LLC
**Address**

(860) 293-1979
**Fax Number**

99 Pratt Street, Ste. 401, Hartford, CT 06103

jglasgow@wolfhorowitz.com
**E-mail address**

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

William Egan
Barbara Crowley
Egan & Crowley
234 Church Street
New Haven, CT 06510
**(counsel for Steward)**

Jane I. Milas
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510
**(counsel for White Oak)**

                                    **Signature**

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**
                                                                                  **Appearance.frm.Jan.2001**