THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2005 FEB 23  P 4: 38
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| STEWARD MACHINE CO., INC. | : CIVIL ACTION NO. |
| V. | : |
| WHITE OAK CORPORATION | : 300CV00834 |
| AND | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | : FEBRUARY 22, 2005 |

### PLAINTIFF STEWARD MACHINE CO., INC.'S
### TRIAL EXHIBIT LIST

P-1.   Payment Bond

P-2.   Notice of Claim - 12/20/99 Letter from Egan to National Union

P-3.   Purchase Order

P-4.   Drawing of Fab Shop (Plant 2)

P-5.   Graphic of Fab Shop (Plant 2) - to be provided

P-6.   Drawing of Machine Shop (Plant 1) Layout

P-7.   Graphic of Machine Shop (Plant 1) - to be provided

P-8.   Contract Drawings – to be provided

P-9.   Graphic of Sheave – to be provided

P-10.  Graphic of Trunion – to be provided

P-11.  Drawing Logs

P-12.  Contract Specifications – separate volume

P-13.   Excerpts from DOT Standard Specifications - §1.09

P-14.   9/12/96 Letter from Steward to White Oak

P-15.   10/18/96 Letter from Steward to White Oak

P-16.   10/31/96 Letter from Steward to White Oak

P-17.   11/12/96 Letter from Steward to White Oak with Attachment

P-18.   11/14/96 Letter from DOT to White Oak

P-19.   11/15/96 Letter from Steward to White Oak

P-20.   11/18/96 Memo from White Oak to Steward with Attachment – 11/6/96 Letter from White Oak to DOT

P-21.   12/12/96 Letter from Steward to White Oak

P-22.   Storage Brochure

P-23.   6/15/98 Fax with Zenith Tech Estimate

P-24.   Zenith Tech Drawings

P-25.   Top View Drawing from Verson (#1.01)

P-26.   Drawing of ADL Layout

P-27.   Steward Audit File for Year End 12/31/97 – Folder 1

P-28.   Steward Audit File for Year End 12/31/97 – Folder 2

P-29.   Steward Audit File for Year End 12/31/98 – Assets and Liabilities Folder

P-30.   Steward Audit File for Year End 12/31/98 – Audit General File

P-31.   Steward Audit File for Year End 12/31/99

P-32.   Steward Audit File for Year End 12/31/00

P-33.   4/11/97 Letter from Steward to White Oak

2

| | |
|---|---|
| P-34. | 4/16/97 Letter from Steward to White Oak |
| P-35. | 4/18/97 Letter from Steward to White Oak |
| P-36. | 6/5/97 Letter from Steward to White Oak with Affidavit |
| P-37. | 7/24/97 Letter from Steward to White Oak with Attachments |
| P-38. | 8/22/97 Letter from Steward to White Oak with Attachments |
| P-39. | 8/22/97 Letter from Steward to White Oak |
| P-40. | 12/5/97 Letter from Steward to White Oak |
| P-41. | 1/8/98 Letter from Steward to White Oak |
| P-42. | 12/27/96 Subcontractor's Invoice |
| P-43. | Photographs |
| P-44. | Photographs |
| P-45. | Photographs |
| P-46. | Photographs |
| P-47. | Photographs |
| P-48. | Expert Report – J. Lester Alexander 9/15/03 (to be provided) |
| P-49. | Supplement to Expert Report – J. Lester Alexander 9/21/04 (to be provided) |
| P-50. | Video Film of Plant 1 and Plant 2 |

3

Dated at New Haven, Connecticut, this 22nd day of February, 2005.

STEWARD MACHINE CO, INC.

By /s/ William J. Egan
William J. Egan
Federal Bar No. ct04161
Egan & Crowley, P.C.
234 Church Street
New Haven, CT 065510
Tel. (203) 498-8809
Fax (203) 498-8769

4