# EXHIBIT 2

# SUMMARY OF FABRICATION SHOP TIME STUDY OF JOBS MANUFACTURED FROM 1995 TO 2002 BY FAB CONTENT

*FMB*

| | | (1995-1996) Construction Period | (1997-2000) Storage Period | (2001-2002) Lookback Period | Total |
|---|---|---|---|---|---|
| **TOTAL FABRICATION HOURS:** | | | | | |
| Excluded jobs | Actual hours | X-6 1,865 | X-6 119,393 | X-6 191 | 121,449 *cF* |
| Greater than 1,000 Hours | Actual hours | X-1 26,007 | X-1 36,554 | X-1 47,441 | 110,002 *cF* |
| of Planned Fabrication | Bid hours | X-1 20,602 | X-1 29,994 F | X-2 56,589 | 107,185 *cF* |
| Less than 1,000 hours | Actual hours | X-1 6,612 | X-1 4,628 | X-2 3,928 | 15,168 *cF* |
| of Planned Fabrication | Bid hours | X-1 5,622 | X-1 2,601 F | X-2 3,493 | 11,716 *cF* |
| Total - jobs included in study | Actual hours | 32,619 | 41,182 | 51,369 | 125,170 *cF* |
| | Total FS hrs available | 69,252 | 59,089 | 90,197 | 218,538 |
| | Study/Total | 47.1% | 69.7% | 57.0% | 57.3% |
| Total - jobs considered in study | Actual hours | 34,484 | 160,575 | 51,560 | 246,619 *cF* |
| | Total FS hrs available | 71,117 | 178,482 | 90,388 | 339,987 |
| | Study/Total | 48.5% | 90.0% | 57.0% | 72.5% |
| | **Excludes White Oak** | | | | |
| **FABRICATION HOURS VARIANCE:** | | | | | |
| Greater than 1,000 Hours | Hours | (5,405) | (6,560) | 9,148 | **38.1%** |
| | Percentage | -26.2% | -21.9% | 16.2% | |
| Less than 1,000 hours | Hours | (990) | (2,027) | (435) | **65.4%** |
| | Percentage | -17.6% | -77.9% | -12.5% | |
| Total | Hours | (6,395) | (8,587) | 8,713 | 40.8% |
| | Percentage | -24.4% | -26.3% | 14.5% | |

Handwritten notes:
- 26,007 + 6,612 = 32,619
- 71,117 - 1,865
- 32,619 + 1,865
- 1,865 + 69,252 = 
- 20,060 - 26,007 = 
- (5,405)/20,060 = -26.2%
- 5,622 - 6,612
- 990/5,622 = -17.6%
- (26,007 + 5,622) = 32,619

Appendix H

# SUMMARY OF MACHINE SHOP TIME STUDY OF FAB JOBS MANUFACTURED FROM 1995 TO 2002 BY FAB CONTENT

MK

|  | | (1995-1996) Construction Period | (1997-2000) Storage Period | (2001-2002) Lookback Period | Total |
|---|---|---|---|---|---|
| **TOTAL MACHINE HOURS:** | | | | | |
| Excluded jobs | Actual hours | y-4 28,623 | y-4 56,838 | y-4 79,487 | 164,948 cf |
| Greater than 1,000 Hours of Planned Fabrication | Actual hours | y-1 19,777 | y-1 15,899 | y-1 29,190 | 64,866 cf |
| | Bid hours | y-1 14,111 | y-1 14,367 ic | y-1 31,224 | 59,702 cf |
| Less than 1,000 hours of Planned Fabrication | Actual hours | y-1 39,533 | y-2 42,694 | y-2 13,740 | 95,967 cw |
| | Bid hours | y-1 26,367 | y-2 34,067 i6 | y-2 11,296 | 71,730 cf |
| Total - jobs included in study | Actual hours    19,777 + 39,533 | 59,310 | 58,593 | 42,930 | 160,833 cs |
| | Total MS hrs available 19,932 + 23 153,315 | 153,315 | 288,352 | 122,116 | 563,783 ci |
| | Study/Total | 38.7% | 20.3% | 35.2% | 28.5% |
| Total - jobs considered in study | Actual hours  59,310 + 28,623 | 87,933 | 115,431 | 122,417 | 160,833 25 cf |
| | Total MS hrs available | w 181,938 | w 345,190 | w 201,603 | 728,731 cf |
| | Study/Total | 48.3% | 33.4% | 60.7% | 22.1% |
| **MACHINE HOURS VARIANCE:** | | | | | |
| Greater than 1,000 Hours | Hours   14,111 - 19,777 | (5,666) | (1,532) | 2,034 | |
| | Percentage   5,666/14,111 = | -40.2% | -10.7% | 6.5% | 17.2% |
| Less than 1,000 hours | Hours   26,367 - 39,533 | (13,166) | (8,627) | (2,444) | |
| | Percentage   13,166/26,367 | -49.9% | -25.3% | -21.6% | 3.7% |
| Total | Hours   (14,111 + 26,367) - 39,310 | (18,832) | (10,159) | (410) | |
| | Percentage | -46.5% | -21.0% | -1.0% | 20.0% |

Appendix I