# EXHIBIT 3

# FABRICATION HOURS INCURRED BUT NOT INCLUDED IN TIME STUDY CONDUCTED FOR FABRICATION JOBS MANUFACTURED DURING THE STORAGE OF WHITE OAK

| | |
|---|---:|
| Total productive fabrication hours during the period from September 1, 1996 through August 31, 2000: | |
| Hours during fiscal years 1997 though 2000 | 178,482 |
| Plus hours from September 1, 1996 through December 31, 1996 - note 3 | 14,003 |
| Less hours from September 1, 2000 through December 31, 2000 - note 4 | (14,271) |
| Productive fab hours from September 1, 1996 to August 31, 2000 | 178,214 |
| Total hours during White Oak outside storage period - note 2 | 107,346 |
| Total hours subject to business interruption by White Oak | 70,868 |
| Jobs considered in fabrication time study: | |
| Greater than 1,000 hours of planned fabrication | 36,554 |
| Less than 1,000 hours of planned fabrication | 4,628 |
| Total hours in jobs considered in fabrication time study | 41,182 |
| Fabrication hours in jobs not considered in time study | 29,686 |
| Inefficiency rate - jobs with less than 1,000 planned fabrication hours - note 1 | 65.40% |
| Efficient fabrication hours in jobs not considered in time study | 17,948 |
| **Inefficient fabrication hours in jobs not considered in time study** | **11,738** |

**Notes to Schedule:**

1 - Jobs not included in the time study would generally have less than 1,000 hours of planned fabrication; therefore, the inefficiency rate for jobs with less than 1,000 hours of planned fabrication should be applied to fabrication hours expended on jobs not cosidered in the time study.

2 - White Oak was stored outside the fabrication shop from January, 1997 through March, 1998 during the production of job A6150 (ADL) and from November, 1999 through July, 2000; therefore, all fab hours for these two periods in which White Oak was stored outside of the fab shop will be excluded. Those hours are summarized as follows:

| | |
|---|---:|
| Year ended December, 1997 | 57,788 |
| MTD January, 1998 | 3,602 |
| MTD February, 1998 | 3,969 |
| MTD March, 1998 | 2,566 |
| Total hours - Jan 1, 1997 through Mar 31, 1998 | 67,925 |
| Period from Nov 1, 1999 through Aug 31, 2000: | |
| MTD November, 1999 | 3,553 |
| MTD December, 1999 | 3,774 |
| Period from Jan 1, 2000 through Aug 31, 2000: | |
| YTD December, 2000 | 46,365 |
| MTD September, 2000 | (3,287) |
| MTD October, 2000 | (3,384) |
| MTD November, 2000 | (4,069) |
| MTD December, 2000 | (3,531) |
| Total from Jan 1, 2000 through Aug 31, 2000 | 32,094 |
| Total from Nov 1, 1999 through Aug 31, 2000 | 39,421 |
| Total hours to exclude | 107,346 |

3 - Productive fabrication hours for the period from Sept 1, 1996 through Dec 31, 1996 were derived from Steward management reports as follows:

| | |
|---|---:|
| YTD December 31, 1996 | 41,082 |
| YTD August 31, 1996 | (27,079) |
| Productive fab hours - Sep 1 to Dec 31, 1996 | 14,003 |

4 - Productive fabrication hours for the period from Sept 1, 2000 through Dec 31, 2000 were derived from monthly Steward management reports as follows:

| | |
|---|---:|
| September, 2000 | 3,287 |
| October | 3,384 |
| November | 4,069 |
| December | 3,531 |
| | 14,271 |

Appendix J