# EXHIBIT 4

FAB

# SUMMARY OF FABRICATION SHOP TIME STUDY OF JOBS MANUFACTURED FROM 1995 TO 2002 BY FAB CONTENT

| | (1995-1996) Construction Period | (1997-2000) Storage Period | (2001-2002) Lookback Period | Total |
|---|---|---|---|---|
| **TOTAL FABRICATION HOURS:** | | | | |
| Excluded jobs | | | | |
| Greater than 1,000 Hours | | | | |
|   Actual hours | X-6 1,865 | X-6 119,393 | X-6 191 | 121,449 CF |
|   Bid hours | X-1 26,007 | X-1 36,554 | X-1 47,441 | 110,002 CF |
| Less than 1,000 hours of Planned Fabrication | | | | |
|   Actual hours | X-1 20,602 | X-1 29,994 | X-2 56,589 | 107,185 CF |
|   Bid hours | X-1 6,612 | X-1 4,628 | X-2 3,928 | 15,168 CF |
| Total - jobs included in study | | | | |
|   Actual hours | X-1 5,622 | X-1 2,601 F | X-2 3,493 | 11,716 CF |
| Total FS hrs available | 32,619 | 41,182 | 51,369 | 125,170 CF |
| Study/Total | 69,252 | 59,089 | 90,197 | 218,538 |
| | 47.1% | 69.7% | 57.0% | 57.3% |
| Total - jobs considered in study | | | | |
|   Actual hours | 34,484 | 160,575 | 51,560 | 246,619 F |
| Total FS hrs available | 71,117 | 178,482 | 90,388 | 339,987 |
| Study/Total | 48.5% | 90.0% | 57.0% | 72.5% |

Excludes White Oak

| **FABRICATION HOURS VARIANCE:** | | | | |
|---|---|---|---|---|
| Greater than 1,000 hours | | | | |
|   Hours | (5,405) | (6,560) | 9,148 | |
|   Percentage | -26.2% | -21.9% | 16.2% | 38.1% |
| Less than 1,000 hours | | | | |
|   Hours | (990) | (2,027) | (435) | |
|   Percentage | -17.6% | -77.9% | -12.5% | 65.4% |
| Total | | | | |
|   Hours | (6,395) | (8,587) | 8,713 | |
|   Percentage | -24.4% | -26.3% | 14.5% | 40.8% |

Handwritten calculations:
- 26,007 + 6,612 = 32,619
- 71,117 - 1,865
- 32,619 + 1,865
- 1,865 + 69,252 + 71,117
- 20,602 - 26,007 = (5,405) / 20,602 = -26.2%
- 5,622 - 6,612 = 990 / 5,622 = -17.6%
- (26,007 + 5,622) - 32,619

Appendix H