# EXHIBIT 5

CUSTOMER
LOCATION   N. Emmber Lane
JOB

DATE 6/14/98
REQ. NO.

| DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST/lb | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|

Struc Stl Recap $

Struc Stl.

@ 35¢/lb

770,000 # $270,000 —

Bolts - guess 8%     $/#     20,000 —

Painting 100,000 guess     -100,000

Ext. 20 loads @ $500 —     $30,000 —

9275

Figure hrs based on →     $420,000 —     1,347,500 —
$1.25/# + $100/hr.

$2.00/# @ 100/hr →     1/20

Ortega hrs → 12,300 hrs ??
5918A     Mat'l → $326,000
     $/lb =>

Sell For 1450000 → 13,783 hrs
     @ $35/hr

CUSTOMER: City of Milwaukee
LOCATION: N. Emmber Lane Bascule Bridge
JOB:
DATE: 6/14/98
REQ. NO.

**Struct. Stl Recap - Wt**

| QTY | Description | DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT lbs | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Bascule Girders | Sht 61 | | | | 214527 | 4/lbs | | |
| 2 | Moveable Span Stl | Sht 58-60 Sht 62 | | | | 373484 | 10/lbs | | |
| 2 | Fixed Span Stl | Sht 58 Sht 65,66 | | | | 92556 | 3/lbs | | |
| 2 sets | In+Out Loading Girders | Sht. 64 | | | | 78940 | 2/lbs | | |
| | | | | | | 759507 # | | | |

Notes: Does Not Include
1) Grating
2) Shear studs
3) Bar Steel
4) Parapet Steel (~10,000 lbs)
5) Wt of bolts
6) Wt of clip angles

CUSTOMER: City of Milwaukee
LOCATION: Ember Lane Bascule Bridge
JOB:
DATE 6/13/9?    REQ. NO.

| DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|
| Bascule Girders | | | | | | | |
| All Mat'l M270 G-50 FCM    Sheet 61 | | | | | | | |
| | | | | | | | |
| 4 Top Flg 2 x 16 x 42'3" | | | | 21845 | | | |
| 2 1/2 x 16 x 16' | | | | 5323 | | | |
| 2 1 x 12 x 13'4" | | | | 2218 | | | |
| | | | | | | | |
| 4 Bott Flg (same as Top Flg) | | | | 29365 | | | |
| | | | | | | | |
| 4 Web 1 1/2 x 102 x 10'5" | | | | 22091 | | | |
| 1 1/2 (1 1/2)(30)(125) Drop Volume | | | 325 | | | | |
| 1 1/2 x 124 x 7'6" | | | | | | | |
| (1 1/2)(4)(96) D.V. | | | 312 | 19336 | | | |
| 2 x 124 x 8' | | | | | | | |
| (2)(1/2)(21)(96) D.V. | | | | | | | |
| 1 1/2 x 103 x 8'4" | | | 2330 | 27500 | | | |
| (1 1/2)(1/2)(15)(100) D.V. | | | 1360 | 17846 | | | |
| 1 x 88 x 29' | | | | | | | |
| (1)(1/2)(36)(348) D.V. | | | 7236 | 35374 | | | |
| 3/4 x 63 x 17'4" | | | | | | | |
| (3/4)(1/2)(21)(208) D.V. | | | 1892 | 11352 | | | |
| | | | 13395 | | | | |
| | | | | | | | |
| 16 Splice 1 1/4 x 7 x 7' | | | | 3026 | | | |
| 8 Splice 1 x 19 x 7' | | | | 3493 | | | |
| 8 Splice 1 1/2 x 19 x 6' | | | | 1580 | | | |
| | | | | 260739 | | | |

Scrap Wt. →

CUSTOMER:
LOCATION:
JOB:
DATE:
REQ. NO.:

Bascule Girders

1/2

Stiffeners ℞    Sheet 61

| | DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|---|
| 4 | 1 X 16 X 3'6½" | | | | | | | |
| 4 | 1 X 16 X 2' | | | | | | | |
| 4 | 1 X 16 X 3'2½" | | | | | | | |
| 16 | 1 X 7½ X 3'6½" | | | | 786 444 712 1473 | | | |
| 8 | ¾ X 7 X 6'9"  type "a" | | | | | | | |
| 8 | ¾ X 7 X 8'6" | | | | | | | |
| 8 | ¾ X 7 X 8' | | | | | | | |
| 8 | ¾ X 7 X 2'8" | | | | | | | |
| 8 | ¾ X 7 X 6'7"  591"lg → | | | | 7168 | | | |
| 8 | ¾ X 7 X 5'3" | | | | | | | |
| 8 | ¾ X 7 X 4'4" | | | | | | | |
| 8 | ¾ X 7 X 3'9" | | | | | | | |
| 8 | ¾ X 7 X 3'6" | | | | | | | |
| 8 | ½ X 7 X 24"  type "c" | | | | 3671 | | | |
| 8 | ½ X 7 X 103" | | | | | | | |
| 4 | ½ X 7 X 88" | | | | | | | |
| 4 | ½ X 7 X 72"  type "b" → | | | | 1294 | | | |
| 4 | ½ X 5 X 60" | | | | | | | |
| 4 | ½ X 5 X 52" | | | | | | | |
| 12 | ½ X 5 X 42" | | | | 323 | | | |
| 16 | 2" X 7 X 40"  type "f" → | | | | 364 | | | |
| 16 | 2 X 7 X 42" | | | | | | | |
| 16 | 2 X 7 X 32" | | | | 7374 | | | |
| 8 | ½ X 7 X 44½"  type "e" | | | | 3574 | | | |
| | | | | | 271183 | | | |

| JOB | LOCATION | CUSTOMER | | DATE | REQ. NO. |

| DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|
| *Bascule Girders* | | | | | | | |
| Bascule Girders — Sheet 61 | | | | | | | |
| Flg + Web tot. | | | | 200739 | | | |
| Stiffener tot. | | | | 27183 | | | |
| Scrap web tot. | | | | −13395 | | | |
| | | | | 214527 # | | | |
| Tot. for 4 Girders | | | | | | | |
| Wt/Girder 53632 lbs | | | | | | | |
| Wt/feet 107.26 lbs | | | | | | | |

CUSTOMER: City of Milwaukee
LOCATION: N. Emmber Lane Bascule Bridge
JOB:
DATE: 6/13

Movable Span Struct. Stl.

| DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|
| Sht 58 | | | | | | | |

Movable Span
11270 Gr 50 stl.

| Qty | Description | Drawing/Size | MAT'L WEIGHT |
|---|---|---|---|
| 12 | Floor Beams #1-6 | | |
| 24 | Flg 1⅝ x 16 x 608" | | 109558 |
| 12 | Web ½ x 37¾ x 608" | | 36607 |
| 30 | Stringers W12x22x626" | | 34430 |
| 12 | Stringer MC10x22x626" | | 13772 |
| 8 | Sidewalk Strgr W10x22x626" | | 9181 |
| 40 | Joist C6x8.2 x 626" | | 17116 |
| 40 | Wind Brace WT5x34x198" | | 22446 |
| 8 | top Fly Brace WT6x435 x 198 | | 5742 |
| 20 | Sfw Wind Brace L3x3x⅜ x 135"  7.2#/ft. | | 1626 |
| 24 | Sidewalk brkts ⅜"R ~200# | | 4800 |
| 4 | Facia MC18x42.7 X 626" | | 8911 |
| | | | 246204 |