# EXHIBIT 5

| QD. | JOB | DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Movable Span – Cut Trusses | | | | | | | | |
| 4 | S/4 cap ∠3x3x⅜ x 144" 7.2#/ft | Sht 58 | | | | | | | |
| 4 | " ∠4x3x¼ x 144" 5.8#/ft | | | | | 346 | | | |
| 4 | TS 12x6x5/16 x 48" ? | guess | | | | 279 | | | |
| | | | | | | 200 | | | |
| | | | | | | 825 | | | |
| 2 | Counterweight Trusses | Sht 62 | | | | | | | |
| 4 | Cut Beam | | | | | | | | |
| 8 | Flg 1x12x 608" | | | | | 16,855 | | | |
| 4 | Web ½ x 72 x 608" | | | | | 25,283 | | | |
| 4 | Web ¾ x 18¼ x 608" | | | | | 9,613 | | | |
| 4 | Flg 1¼ x 12¾ x 608" | | | | | 11,193 | | | |
| 8 | XBrace ∠8x6x1 x 72" 44.2#/ft | | | | | 2,122 | | | |
| 16 | XBrace ∠8x6x¾ x 72" 33.8#/ft | | | | | 3,245 | | | |
| 32 | " ∠8x4x¾ x 84" 28.7#/ft | | | | | 6,429 | | | |
| 4 | " ∠3½ x3 x⅜ x 96" 7.9#/ft | | | | | 253 | | | |
| 12 | " ∠3½ x3 x⅜ x 168" 7.9#/ft | | | | | 1,327 | | | |
| 12 | WT6x7 x 84" ? 7#/ft ?? | | | | | 5,818 | | | |
| 10 | W8 x 35 x 84" | | | | | 2,450 | | | |
| 12 | WT 15x 49.5 x 84" | | | | | 4,158 | | | |
| | | | | | | 83,517 | | | |

| CUSTOMER | | | | | | | | | DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | | | | |
| JOB | | | | | | | | | REQ. NO. | |
| QD | DESCRIPTION | DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | | TOTAL SELLING PRICE |
| | Moveable Span C+f truss | | | | | | | | | |
| 32 | Stiff 3/8 x 5½ x 72" | Sht 62 | | | | 1430 | | | | |
| 2 | Cover R 5/8 x 10 x 252" | | | | | 910 | | | | |
| 4 | Stiff 1 x 8 x 22" | | | | | 203 | | | | |
| | | | | | | 16475 | | | | |
| 2 | Skin R ½ x 84" x 680" | | | | | | | | | |
| 4 | Troughs | | | | | 2973 | | | | |
| 8 | Dpt Bot ¼ x 11 x 468 | | | | | 8109 | | | | |
| 4 | Side ¼ x 60 x 468 | | | | | 3621 | | | | |
| 76 | dividers ¼ x 11 x 60 | | | | | | | | | |
| | | | | | | 33,741 → | Tot. C+f Truss 117,215.8# (both spans) | | | |
| | Span Gusset R | Sht 59 | | | | | | | | |
| 6 | 3/8 x 36 x 60 Det. A+F | | | | | 1403 | | | | |
| 24 | 3/8 x 30 x 72 Det. B | | | | | 5614 | | | | |
| 6 | 3/8 x 30 x 72 Det. C | | | | | 1403 | | | | |
| 8 | 3/8 x 30 x 30 Det. E | | | | | 780 | | | | |
| ? | 7/8" A325 Bolts ? | | | | | 9200 | | | | |
| ? | Clip angles ? | | | | | ? | | | | |
| | | | | | | ? | | | | |
| | Total Moveable Span → (both spans, not incl. bascule girders) | | | | | 37,348# | | | | |

CUSTOMER: City of Milwaukee
LOCATION: N. Ember Lane Bascule Bridge
JOB:
DATE: 6/14/96
REQ. NO.:

| DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|

Fixed Span Struct. Stl.

2 — Fixed Spans

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 W18×50 × 29.6' | | | | | 29600 | | |
| 2 W12×57 × 45.5' | | | | | 5187 | | |
| | | | | | 34787 | | |

Sht 59

2 — Bent #2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 W21×101 × 45.5' | | | | | 9191 | | |
| 12 L9×13.4 × 6.5' | | | | | 1045 | | |
| 8 ℞ 1×6×9" | | | | | 125 | | |
| 8 ℞ 1×9×17" | | | | | 354 | | |
| 4 W8×28 × 2.72' | | | | | 305 | | |
| 4 W8×29 × 4.5' | | | | | 504 | | |
| 20 ℞ 5/8×8×8" | | | | | 231 | | |
| 4 W8×40 × 7' | | | | | 1120 | | |
| 4 W8×10 × 8' | | | | | 320 | | |
| 4 ℞ 1×14×14" | | | | | 226 | | |
| ? 3/8 Splice/Gusset ℞ ~ 500# | | | | | 500 | | |
| | | | | | 13921 | | |

Sht 66

2 — Bent #3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 W8×21 × 71' (not of all) | | | | | 1491 | | |
| 1 W8×10 × 40' " | | | | | 400 | | |
| 8 ℞ 1×9×17 | | | | | 354 | | |
| 12 ℞ 1×6×9 | | | | | 187 | | |
| 4 ℞ 1×14×14 | | | | | 226 | | |
| ? 3/8 Gusset ℞ ~ 500# | | | | | 500 | | |
| | | | | | 3158 | | |

| CUSTOMER | | | | | | | DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | | REQ. NO. | | |
| JOB Fixed Span Struct Stl | | | | | | | | | |
| QD | DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE | |
| 2 | Bent #1 (Shock Abs./Bumper 61) Sht 65 | | | | | | | | |
| 8 | W18x97 x 25' | | | | 19400 | | | | |
| 8 | W27x94 x 8' | | | | 6616 | | | | |
| 8 | ℞ 1⅜ x 31 x 84" | | | | 8272 | | | | |
| 16 | Bar 2½ x 4 x 84" | | | | 3881 | | | | |
| 8 | ℞ 2 x 24 x 24" | | | | 1261 | | | | |
| 8 | ∠ 3x3x⅜ x 8' 7.2#/ft | | | | 466 | | | | |
| | | | | | 40690 | | | | |
| | Total Fixed Span Stl → | | | | 92556 | | | | |

| CUSTOMER | | | | | | DATE | | | |
|---|---|---|---|---|---|---|---|---|---|
| LOCATION | | | | | | REQ. NO. | | | |
| JOB | | | | | | | | | |

| Q'D | | DRAWING NUMBER | MK. NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Struct Stl – Loading Girders | | | | | | | | |
| 4 | Inside Loading Girder | Sht. 64 | | | | | | | |
| 4 | Pl 1x17x25" | | | | | 441 | | | |
| 4 | Pl 1x17x41" | | | | | 805 | | | |
| 4 | Pl 3½x17x58" | | | | | 3,986 | | | |
| 8 | Pl 4x6½x8" | | | | | 480 | | | |
| 4 | W 14x43 x 14' | | | | | 2,408 | | | |
| 4 | Pl 1x16x18" | | | | | 332 | | | |
| 4 | Pl 1x17x34" | | | | | 668 | | | |
| 12 | Pl 1x17x76" | | | | | 2,700 | | | |
| 4 | Pl ¾x46x58" | | | | | 2,311 | | | |
| 4 | Pl ¾x41x76" | | | | | 2,700 | | | |
| 4 | Pl ¾x48x76" | | | | | 3,160 | | | |
| 4 | Pl 1½x17x76" | | | | | 2,240 | | | |
| 4 | Pl 1½x17x82" | | | | | 2,415 | | | |
| 4 | Pl 1½x17x33" | | | | | 972 | | | |
| 4 | Pl 1x17x11" | | | | | 216 | | | |
| 4 | Pl ¾x11x33" | | | | | 314 | | | |
| 4 | Pl 4x17x41" | | | | | 3,220 | | | |
| 4 | Pl 3x20x20" | | | | | 1,386 | | | |
| 4 | Pl 2½x14x14" | | | | | 760 | | | |
| 12 | Pl 1x17x160" | | | | | 9,426 | | | |
| 4 | Pl ¾x20x160" | | | | | 2,772 | | | |
| 4 | Pl 2x24x30 | | | | | 1,663 | | | |
| 4 | C 9x13.4x5.8' | | | | | 310 | | | |
| 4 | Pl ½x12x58" | | | | | 570 | | | |
| | | | | | | 47,515 | | | |

| NO. REQ'D | DRAWING NUMBER | MK NO. | NO. HRS. | LABOR CHARGE | MAT'L WEIGHT | MAT'L COST | MAT'L SELLING PRICE | TOTAL SELLING PRICE |
|---|---|---|---|---|---|---|---|---|
| 4 | Struct Stl - Load'ng Girders | | | | | | | |
| | Outside Loading Girder Sht 64 | | | | | | | |
| 4 | 2 1x17x25" | | | | 421 | | | |
| 4 | 2 1x17x41" | | | | 805 | | | |
| 4 | 2 3½x17x58" | | | | 3926 | | | |
| 8 | 2 4x6½x8" | | | | 480 | | | |
| 4 | 2 1x17x34" | | | | 167 | | | |
| 4 | 2 ½x17x58" | | | | 578 | | | |
| 4 | 2 1x17x48" | | | | 943 | | | |
| 12 | 2 1x17x113" | | | | 6657 | | | |
| 4 | 2 ¾x34x58" | | | | 1708 | | | |
| 4 | 2 ¾x40x113" | | | | 3916 | | | |
| 4 | 2 ¾x46x67" | | | | 2786 | | | |
| 4 | 2 1½x17x113" | | | | 3328 | | | |
| 8 | 2 1x8⅝x46" | | | | 863 | | | |
| 4 | 2 1x17x46" | | | | 703 | | | |
| 4 | 2 1½x17x42" | | | | 1237 | | | |
| 4 | 2 1¾x17x41 | | | | 1409 | | | |
| 4 | 2 1x17x34 | | | | 668 | | | |
| 2 | W18x18 x 10' | | | | 360 | | | |
| 2 | 2 1x16x16 | | | | 148 | | | |
| | | | | | 31,425 | | | |
| | Total Loading Girders sht 64 | | | | 78,940 | | | |