THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEWARD MACHINE CO., INC. | : CIVIL ACTION NO. |
| V. | : |
| WHITE OAK CORPORATION | : 300CV00834 (SRV) |
| AND | : |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | : FEBRUARY 22, 2005 |

## PLAINTIFF STEWARD MACHINE CO., INC.'S
## TRIAL EXHIBIT LIST

| Date | Ex. | Description | Status |
|---|---|---|---|
| 3-02-05 | P-1. ✓ | Payment Bond | Full |
| 2.28.05 | P-2. ✓ | Notice of Claim – 12/20/99 Letter from Egan to National Union | Full w/Deb |
| 2.28.05 | P-3. ✓ | Purchase Order | Full w/Deb |
| 2.28.05 | P-4. ✓ | Drawing of Fab Shop (Plant 2) | Full w/Deb |
|  | P-5. | Graphic of Fab Shop (Plant 2) – to be provided | |
| 2-28-05 | P-6. ✓ | Drawing of Machine Shop (Plant 1) Layout | Full W. Deb |
|  | P-7. | Graphic of Machine Shop (Plant 1) – to be provided | |
| 2.28-05 | P-8. ✓ | Contract Drawings – to be provided | Full W. Deb |
|  | P-9. | Graphic of Sheave – to be provided | |
| 2.28.05 | P-10. ✓ | Graphic of Trunion – to be provided | Full w Deb |
| 3-1-05 | P-11. ✓ | Drawing Logs | Full W. Deb |
|  | P-12. | Contract Specifications -- separate volume | |

2-28-05   P-13. ✓   Excerpts from DOT Standard Specifications - §1.09   Full W.Deb
2-28-05   P-14. ✓   9/12/96 Letter from Steward to White Oak   Full W.Deb
          P-15.     10/18/96 Letter from Steward to White Oak
2-28-05   P-16. ✓   10/31/96 Letter from Steward to White Oak   Full W Deb
          P-17.     11/12/96 Letter from Steward to White Oak with Attachment
2-28-05   P-18. ✓   11/14/96 Letter from DOT to White Oak   Full W Deb
2-28-05   P-19. ✓   11/15/96 Letter from Steward to White Oak   Full W Deb
2-28-05   P-20. ✓   11/18/96 Memo from White Oak to Steward with Attachment – 11/6/96 Letter from White Oak to DOT   Full W Deb
2-28-05   P-21. ✓   12/12/96 Letter from Steward to White Oak   Full W Deb
ID 3-8-05 P-22.    Storage Brochure -   ID   W DeB
          P-23.     6/15/98 Fax with Zenith Tech Estimate
          P-24.     Zenith Tech Drawings
          P-25.     Top View Drawing from Verson (#1.01)
3-2-05    P-26. ✓   Drawing of ADL Layout .   Full  H.D.
          P-27.     Steward Audit File for Year End 12/31/97 – Folder 1
          P-28.     Steward Audit File for Year End 12/31/97 – Folder 2
          P-29.     Steward Audit File for Year End 12/31/98 – Assets and Liabilities Folder
          P-30.     Steward Audit File for Year End 12/31/98 – Audit General File
          P-31.     Steward Audit File for Year End 12/31/99
          P-32.     Steward Audit File for Year End 12/31/00
3-1-05    P-33. ✓   4/11/97 Letter from Steward to White Oak   Full w.DeB

3-1-05   P-34. ✓   4/16/97 Letter from Steward to White Oak   Full W.DeB

3-1-05   P-35. ✓   4/18/97 Letter from Steward to White Oak   Full W.DeB   2 pg. Ex 3.1.05 PM.

3-2-05   P-36. ✓   6/5/97 Letter from Steward to White Oak with Affidavit   Full

3-2-05   P-37. ✓   7/24/97 Letter from Steward to White Oak with Attachments   Full

3-1-05   P-38. ✓   8/22/97 Letter from Steward to White Oak with Attachments   Full WDeB

3-1-05   P-39. ✓   8/22/97 Letter from Steward to White Oak   Full W.DeB

3-1-05   P-40. ✓   12/5/97 Letter from Steward to White Oak   Full W.DeB

3-1-05   P-41. ✓   1/8/98 Letter from Steward to White Oak   Full WDeB

3-2-05   P-42. ✓   12/27/96 Subcontractor's Invoice   Full

2-28-05  P-43. ✓   Photographs 43-A thru 43-I   Full   WDeB

         P-44.     Photographs

2-28-05  P-45. ✓   Photographs 45A·B·C·D·G·H   Full   WDeB / 45 I-K Full 3-2-05 DS.

3-1-05   P-46. ✓   Photographs 46 A·B·C·D·E·F·G·H·I·J·K·L   Full WDeB

         P-47.     Photographs

3-3-05   P-48. ID ✓ Expert Report – J. Lester Alexander 9/15/03 (to be provided)   JLA

3-3-05   P-49. ID ✓ Supplement to Expert Report – J. Lester Alexander 9/21/04 (to be provided)   JLA

         P-50.     Video Film of Plant 1 and Plant 2

2-28-05  P.51 ✓ Invoice dtd 6.9.98   Full   WDeB
2-28-05  P.52 ✓ Invoice dtd 11-30-94   Full   WDeB
3-1-05   P.53 ✓ Base Invoice Contract, Principal + Int Full   R.H.
3-1-05   P.54 ✓ Storage Charges + Interest   Full   R.H.
3-2-05   P.55 ✓ Job Detail History Report 5/21/04 Full   WDeB
3-8-05   p.56 ✓ 3/16/94 Fax   Full   WDeB
3-8-05   P.57 ✓ Invoice   Full   WDeB
3-8-05   P 58 ✓ Invoice - move Sheaves   Full   WDeB

3

END

Dated at New Haven, Connecticut, this 22nd day of February, 2005.

                                                  STEWARD MACHINE CO, INC.

                                                  By _____
                                                      William J. Egan
                                                      Federal Bar No. ct04161
                                                      Egan & Crowley, P.C.
                                                      234 Church Street
                                                      New Haven, CT 065510
                                                      Tel. (203) 498-8809
                                                      Fax (203) 498-8769