

FILED

2005 MAR 14 P 3:57

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT CT

STEWARD MACHINE COMPANY          :          3:00 CV 00834 (SRU)
    PLAINTIFF          :
           :
VS.          :

WHITE OAK CORPORATION et al          :
    DEFENDANT          :          FEBRUARY 18, 2005

DEFENDANT'S, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA,
TRIAL EXHIBIT LIST

3-1-05    D1. 08/09/1996: Letter from Steve Allsopp to Archer Western Contractors re: problems and
delays    Full    w. PeB

D2. 10/28/1997: Letter from Steve Allsopp to Archer Western re: Redesign for Reducers

3-1-05    D3. 11/10/1997: Letter from Steve Allsopp to Archer Western re: Refusal of Acceptance of
Early Speed Reducers    Full w PeB

D4. 11/08/1995: Estimate

D5. 02/05/1996: Letter from Frank Hampton to Atkinson Dilligham Lane re: Pre-engagement
solicitation

D6. 08/28/1996: Shop schedule

D7. 11/05/1996: Shop schedule

D8. 11/22/1996: Shop schedule

3-1-05    D9. 11/27/1996: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: fabrication
schedule    Full    w PeB

D10. 12/31/1996: Estimate

D11. 01/06/1997: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: fabrication status
(Incl. letter 12/31/96)

WOLF, HOROWITZ, ETLINGER & CASE, L. L. C. Counselors At Law
99 Pratt Street, Hartford, Connecticut 06103 • (860) 724-6667

**3-1·05**  D12. 04/25/1997: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Undesignated Nondestructive testing on welds  **Full wDeB**

**3·1·05**  D13. 08/26/1997: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: fabrication status  **Full wDeB**

D14. 10/02/1998: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Fabrication status as of September 30, 1998

D15. 04/13/1999: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Contract Modification

D16. 05/18/1999: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Quotas - Spare Miter Gate

**3·1·05**  D17. 06/24/1999: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Response to the non-compliance of material  **Full w.DeB**

D18. 07/07/1999: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Discussion of select welds on miter gate ends

D19. 08/27/1999: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Additional finish work and non-acceptance of material

D20. 10/25/1999: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: proposed Retention

D21. 12/20/1999: Letter from Gary Lawley to Atkinson/Dilligham/Lane re: Miter Gate Repairs

D22. 06/28/2000: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Revisions to miter gate

D23. 09/28/2000: Invoice from SMI to Atkinson/Dilligham/Lane re: invoice for stops for miter gates

D24. 11/10/2000: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Respecification of guardrail safety chain

D25. 12/19/2000: Invoice from SMI to Atkinson/Dilligham/Lane re: replacement project

D26. 12/27/2000: Invoice from SMI to Atkinson/Dilligham/Lane re: revisions to miter gate

D27. 12/27/2000: Invoice from SMI to Atkinson/Dilligham/Lane re: invoice for replace safety chains

D28. 12/29/2000: Invoice from SMI to Atkinson/Dilligham/Lane re: invoice for retention

D29. 01/18/2001: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Miter Gate
                Outstanding Invoices

D30. 01/23/2001: Letter from Atkinson/Dilligham/Lane to Frank Hampton re: Miter Gate
                Outstanding Invoices

*3-1-05*

D31. 04/23/1997: Letter/Contract Modification from Frank Hampton to
                Atkinson/Dilligham/Lane re: Unspecified nondestructive testing of weld and
                Large file - Inc. Estimates, time cards, letters etc. *Full w.Dob.*

D32. 03/26/1996: Cost Record

D33. 06/07/1996: Production Inquiry Report

D34. 07/23/1996: Estimate

D35. 07/29/1996: Estimate

D36. 07/29/1996: Cost Record

D37. 11/16/1995: Estimates

D38. 01/17/1997: Letter from Simmes Bevill to AK Steel re: Additional and rework cost

D39. 02/11/1997: Cost Record

D40. NA:        Extra Costs

D41. 05/23/1996: Estimate

D42. 09/29/1996: Estimate

D43. 10/31/1997: Cost Record

D44. NA        : Estimates

D45. 10/31/1997: Cost Record

D46. 04/18/1998: Estimate

D47. 04/20/1998: Letter from Whitney Debardeleben to ABB Vetco Gray re: Estimates

D48. 05/06/1998: Estimate

D49. Various:     Time Cards

D50. 05/05/1998: Estimates

D51. 05/28/1998: Cost Record

D52. 07/22/1998: Letter from ABB Vetco Gray to Simmes Bevill re: Sketch and dispositions

D53. 08/31/1998: Fax from Simmes Bevill to ABB Vetco Gray re: Additional costs

D54. 08/13/1998: Time Cards

D55. 07/21/1998: Nonconforming Material Report

D56. 08/07/1998: Nonconforming Material Report
D57. 01/12/1999: Fax/Letter from Gudgeon Cover Plates to Frank Hampton re: Quotas

D58. 08/12/1999: Fax/Letter from SMI to Al Johnson Construction re: Quotas (only first page
          recovered)

D59. 02/26/1999: Fax from Frank Hampton to Atkinson/Dilligham/Lane re: Rates - labor rates,
          G&A

D60. 08/02/2000: Letter from Frank Hampton to Atkinson/Dilligham/Lane re: Changes in
          shipment (earlier), earnings projections

D61. 11/10/2000: Estimate

D62. 04/17/1997: Nonconforming Material Report

D63. 10/09/1997: Estimates

D64. 03/04/1998: Nonconforming Material Report

D65. 06/01/1998: Cost Record

D66. 08/24/98 - 8/25/98: Time Cards

D67. 09/23/1994: Estimate

D68. 12/06/1994: Cost Record

D69. 03/13/1995: Letter from Steve Allsopp to Coastal Marine Construction re: Additional charges

D70. 02/28/1996: Cost Record

D71. 06/18/1998: Letter from Steve Allsopp to Coastal Marine Construction re: Overhead charges

D72. 06/29/1998: Letter from CCEI Engineer to Coastal Marine Construction re: Unacceptable overhead costs

D73. 07/16/1998: Letter from Steve Allsopp to Coastal Marine Construction re: Overhead charges

D74. Various:    Time Cards - In the folder of Job No. C5880

D75. 07/12/1995: Estimate

D76. 09/12/1995: Letter from Corps of Engineers, Chicago District to Frank Hampton re: acceptance of the bid

D77. 03/04/1998: Estimates

D78. 03/05/1998: Estimates

D79. 03/27/1998: Cost Record

D80. 04/22/1998: Pictures

D81. 04/07/2000: Letter from Whitney Debardeleben to Coastal Bridge Company re: time extension for the delivery

**3-1-05**  D82. 04/10/2000: Letter from Whitney Debardeleben to Coastal Bridge Company re: time extension for the delivery **Full        W.Deb**

D83. NA:        Newsletter from AISC (not job related)

D84. 07/09/1996: Job Status Inquiry

D85. 10/10/1996: Estimate

D86. 07/25/1995: Letter from Keith & Schnars to Flatiron re: cracked hub issue

D87. 07/28/1995: Letter from Whitney DeBardeleben to Flatiron re: response to cracked hub issue

D88. 01/23/1996: Fax (including attachments) from Flatiron to Whitney Debardeleben re: non compliance of Segmental Gear Rack

D89. 05/07/1996: Letter from James Alison to John Rowell

D90. 06/04/1996: Fax from Keith & Schnars to Flatiron re: Changes in Specs (supplemental documents not provided)

D91. 07/09/1996: Drawing from Flatiron to N/A re: Drawing Approval Status

D92. 01/20/1995: Estimate

D93. 01/24/1995: Change Orders re: Mountlake bridge

D94. 03/17/1995: Cost Record re: Mountlake bridge

D95. 04/20/1995: Purchase Order from Fletcher General to SMI re: PO - Centerlock Buffers

D96. 10/11/1995: Change Orders re: Mountlake bridge

D97. 10/13/1995: Letter from Fletcher General to Thomas Baker Wash State Dept of Trans re: holes in centerlocks for 3/8 flathead cap screws

D98. 12/31/1996: Purchase Order from Fulghum Industries to SMI

D99. 11/20/1996: Estimates

D100. 01/21/1997: Fax/Drawings from Simmes Bevill to Fulghum Industries re: Additional costs due to the revised drawings

D101. 04/10/1997: Fax/Drawings from Fulghum Industries to Simmes Bevill re: Modification of drawings

D102. 07/23/1997: Cost Record

D103. 10/13/1997: Fax from Fuller Company to Simmes Bevill re: Delays in SMI shipments

D104. 10/21/1997: Nonconforming Material Report

D105. 10/23/1997: Letter from Whitney DeBardeleben to Fuller Company re: Work status

D106. 11/03/1997: Fax from Fuller Company to Simmes Bevill re: Deviations from Specs

D107. 11/04/1997: Fax/Letter from Simmes Bevill to Fuller Company re: Changes in specs

D108. 11/13/1997: Nonconforming Material Report

D109. NA:          Estimate

D110. 09/21/1998: Nonconforming Material Report

D111. 09/21/1998: Estimate

D112. 11/06/1997: Letter from URS Greiner to Archer Western Contractors re: Non compliance of Speed Reducers

D113. 10/20/1997: Letter from URS Greiner to Archer Western Contractors re: SMI components are not in compliance re: hardness

D114. 12/03/1997: Letter from Steve Allsopp to GLF Construction re: Delays by changes in designs and additional costs

3.1.65    D115. 12/18/1997: Letter from Steve Allsopp to GLF Construction re: Repair work on Trunion Assembly Full  WDeb

D116. 02/23/1998: Letter from Steve Allsopp to GLF Construction re: Delays in delivery

D117. NA:          Picture

D118. 12/30/1997: Estimates

D119. 02/23/1998: Cost Report

D120. 04/29/1998: Nonconforming Material Report

D121. 07/30/1998: Fax from DLT to Simmes Bevill re: Errors in production

D122. 12/29/97 and 01/6/1998: Estimates

3.1.05    D123. 07/26/1998: Letter from Steve Allsopp to GLF Construction re: Late delivery Full  WDeb

D124. 04/06/1999: Letter from Frank Hampton to Personal Steel Corporation re: PO acknowledgement

D125. 06/27/1996: Estimates

D126. 08/16/1996: Cost Records

D127. Various:     Time Cards

D128. Various:     Nonconforming Material Reports

D129. 06/3/96 and 10/24/96: Estimates

D130. NA:     Pictures

D131. NA:     Description to pictures  re: handwritten note and letter

D132. 01/24/1996: Job Detail History  to Inland Steel

D133. 12/21/1995: Cost records

D134. 12/20/1995: Letter to Simmes Bevill re: Revised pricing

D135. 01/22/1996: Cost Record

D136. 01/04/1996 and 06/12/96: Estimates

D137. 04/19/1996: Cost Record

D138. 06/13/1996: Letter from Simmes Bevill to Intertec Projects re: Difference in the price

D139. 06/10/1996: Purchase Order from Intertec Projects to SMI

D140. 06/12/1996: Cost Record

D141. 06/14/1986: Estimates

D142. 07/02/1996: Cost records

D143. 08/07/1996: Cost records

D144. 07/10/1997: Estimates

D145. 07/10/1997: Estimates

D146. NA:     Pictures

D147. NA:     Pictures

D148. 1996:     SMI Backcharges

D149. 07/29/1997: Fax (only cover sheet) from Al Johnson-Massman to Frank Hampton re: problems with material compliance – additional costs for rework

D150. 02/10/1998: Invoice

D151. 02/11/1998: Letter from Al Johnson-Massman to Frank Hampton re: Additional work incl. Invoices and Backcharges schedule)

**3·1·05** ~~D152. 04/07/1998: Letter from Frank Hampton to Al Johnson Massman re: Backcharges~~ **Full WDeb**

D153. 04/15/1998: Letter from Frank Hampton to Al Johnson-Massman re: Backcharges

D154. 05/24/1994: Estimates

D155. 05/24/1994: Estimates

D156. 10/11/1994: Cost Record

D157. 11/15/1994: Cost Record

D158. 06/22/1995: Letter from Charles DeBardeleben to Kiewit Construction re: Changes in specs and charge for the change

D159. 08/17/1995: Letter from Charles DeBardeleben to Kiewit Construction re: Additional repairs to the drum girder

D160. 08/21/1995: Letter from Charles DeBardeleben to Kiewit Construction re: Cost for additional repairs

D161. 08/30/1995: Letter from Charles DeBardeleben to Kiewit Construction re: Additional overtime cost for repairs to drum girder

D162. 08/30/1995: Letter from Charles DeBardeleben to Kiewit Construction re: Overtime cost for additional repairs to drum girder

**3-1-05** D163. 08/31/1995: Letter from Charles DeBardeleben to Kiewit Construction re: Additional overtime cost for repairs to drum girder **Full WDeb**

**3-1-05** D164. 09/01/1995: Letter from Charles DeBardeleben to Kiewit Construction re: Shop wide ramification due to delay by the owner **Full WDeb**

D165. 09/01/1995: Letter from Charles DeBardeleben to Kiewit Construction re: Additional costs related to the repair of drum girder

D166. 05/10/1996: Letter from Kiewit Construction to Charles DeBardeleben re: SMI instructed to continue repair of Gear Boxes

D167. 06/13/1996: Letter from Charles DeBardeleben to Kiewit Construction re: Cost of repairs to Faulk Reducers

D168. NA:          Pictures

D169. 11/29/1995: Estimate

D170. 11/30/1995: Cost record

D171. 05/16/2000: Letter from Frank Hampton to Massman Construction Company Painting issues

D172. NA:          Shop Schedule

D173. 08/01/2000: Letter from Met-Con to Steward re: Additional Charges

D174. Various:     Time Cards

D175. 06/24/2000: Fax/Letter Met Con from Whitney Debardeleben to Dispute re: painting to be included

D176. 07/19/2000: Request for Information from James Allison re: Additional costs for the material based on specifications

**2-27-05**   D177. NA:          Internal from NA to NA re: Quality Control Plan   **Full  WDeB**

**2-28-05**   D178. 10/29/1999: Letter from Jerry Shivers to Paulsen Wire Rope Corporation re: Extra charges **Full WDeB**

D179. 08/08/1994: Estimate

D180. 08/17/1994: Cost record

D181. 06/22/1998: Estimates

D182. 06/29/1998: Cost Record

D183. 07/01/1998: PO from SMI to Self Painting Co

D184. 07/09/1998: Report re: Hand written report -- status

D185. 07/22/1998: Report re: Hand written report – status

D186. 07/22/1998: Letter from Industrial & Commercial Painting to Steward Machine re: Charges for Painting and sandblasting

D187. 07/22/1999: Letter from Law Engineering to Jerry Shivers re: Reports and other documents prepared by Law Engineering

D188. 07/29/1998: Letter from Jerry Shivers to Qualico Steel re: Postponed delivery by Qualico

D189. 08/10/1998: Fax from Qualico Steel to Jerry Shivers re: Postponed delivery by Qualico

D190. 08/12/1998: Production Inquiry Report

D191. 09/21/1998: Letter from Carboline to Qualico Steel re: Release of Reports by Carboline

D192. 09/21/1998: Letter from Atlanta Arena Constructors to Qualico Steel re: Issues w/color

D193. 09/22/1998: Letter from Qualico to Atlanta Arena Constructors re: Issues w/color

D194. 10/14/1998: Pictures

D195. 06/25/1999: Letter from Law Engineering to Jerry Shivers re: Response to Fax 5/26/99 (Fax 5/26/99 not provided)

D196. 06/30/1999: Fax/Letter from Jerry Shivers to Law Engineering re: Response to Law Letter 6/25/95 – Painting Backcharges

D197. 07/23/1999: Letter from Jerry Shivers to Qualico Steel re: Painting backcharges

D198. 07/14/1999: Estimate

D199. 07/14/1999: Letter from Steward - D.L. Welch to E&HG Steel re: Quotas

D200. 07/16/1999: Letter from Steward - D. L. Welch to E&HG Steel re: Quotas

D201. 08/19/1999: Fax/Letter from Jerry Shivers to E&HG Steel re: Revised quotas

D202. 10/22/1999: Letter from Jerry Shivers to Qualico Steel re: Testing and specification

D203. NA:        Estimate

D204. NA:        4 Pictures

D205. NA:        Note re: potential more work for SMI **(TO BE PROVIDED)**

D206. 06/30/1998: Cost Record

D207. 07/16/1998: Letter from Whitney DeBardeleben to Service Machine Company re: Pricing
            for the modification

D208. 08/13/1998: Cost Record

D209. 08/14/1998: Fax from Service Machine Company to Whitney DeBardeleben re: Revisions
            and delivery schedule

D210. 08/20/1998: Production Inquiry Report

D211. 08/28/1998: Production Inquiry Report

D212. NA:        Hand written note re: Job status and problems with manufacturing

D213. 06/16/1999: Estimate

D214. 06/21/1999: Cost record

D215. 06/22/1999: Pictures

D216. 06/23/1999: Memo from James Allison to SMI – Internally

D217. 09/20/1999: Nonconforming material report

D218. NA:        One page Audit report re: G&A rate

D219. 02/09/1998: Letter from Frank Hampton to Structural Steel Services re: Quotas

D220. 03/27/1998: Letter from Frank Hampton to Structural Steel Services re: Quotas

D221. NA:        Estimate

D222  08/24/1999: Cost Record

D223. 09/23/1997: Letter from Jerry Shivers to The Industrial Co. re: Issues with Reducers and
            Drawings

D224. 02/19/1998: Letter from Jerry Shivers to Foote - Jones/Illinois Gear re: Test Report
            (supporting document not provided)

**3·1·05**  D225. 02/25/1998: Letter from Jerry Shivers to Foote - Jones/Illinois Gear re: Additional Costs by Steward **Full**

D226. 07/06/1998: Memo from Frank Hampton to SMI – Internally re: Changes in instructions, replacements of various items

D227. 10/24/1997: Estimate

D228. 06/25/1999: Completed Job Report from SMI

D229. 12/10/1996: Letter from Hebeler to Simmes Bevill re: Changes in specs

D230. NA:            Nonconforming Material Reports

D231. 10/11/1995: Nonconforming Material Reports

D232. 03/27/1998: Estimate

D233. 03/27/1998: Estimates

D234. 01/26/1999: Estimates

D235. 09/02/1999: Letter from Frank Hampton to Vanguard re: modification and corrections

D236. 01/11/1999: Fax from Frank Hampton to Verson re: Nonconforming Material Report

D237. NA:            Nonconforming Material Reports

D238. 07/30/1998: Estimate

D239. 08/20/1998: Fax from Frank Hampton to Verson re: Status Report

**3·1·05**  D240. 11/12/1998: Letter from Frank Hampton to Verson re: Production and shipping schedule **Full WDeB**

**3·1·05**  D241. 12/16/1998: Letter from Frank Hampton to Verson re: letter of 11/12/98 – production issues and shipping schedule, rework (letter from 12/11/98 - NF) **Full WDeB**

**3·1·05**  D242. 01/08/1999: Estimate (Progress Report) **Full w DeB**

**3·1·05**  D243. 04/28/1999: Letter from Frank Hampton to Verson re: Billing and Payment issues **Full wDeB**

**3·1·05**  D244. 04/30/1999: Letter from Verson to Frank Hampton re: response to the letter from **Full w DeB** 4/28/99

D245.

D246.

D247.

D248.

D249.

D250. 11/15/1996: Letter from Jerry Shivers to White Oak Corporation re: WOC storage

D251. 12/12/1996: Letter from SMI to White Oak Corporation re: storage

D252. 04/06/1996: Estimates

D253. 05/16/1996: Estimates

D254. 05/22/1996: Estimates

D255. 06/14/1996: Cost Record

D256. 05/07/1997: Letter from Zenith Tech to James Allison re: request for additional work

D257. 07/02/1997: Production Inquiry Report

D258. 06/18/1999: Field Trip Report from James Allison

D259. 06/25/1999: Fax from James Allison to Scott Piefer (Zenith Tech) re: response to letter (copy not provided) re: manufacturing errors

D260. 08/5/1998: Letter from James Allison to Zenith Tech re: Change Request

D261. 05/17/1999: Letter from James Allison to Dixie & Bolts re: delays

D262. 07/11/2000: Job Detail History Report

D263. NA:        Pictures

D264. 04/08/1999: Nonconforming Material Report

D265. 04/08/1999: Nonconforming Material Report

D266. Various:    Time Cards

D267. 05/30/1996: Letter from Bergman Associates to Joseph Grainer re: pinion support & reducer mounting holes

D268.                  Prime Contact between White Oak and State of Connecticut Department of Transportation **(TO BE PROVIDED)**

D269.                  Excerpts of DOT Project Specifications

D270. Various:   White Oak Subcontractor Invoices 1 – 18, with supporting documents

D271. 08/13/1994: EL Conwell Report

D272. 08/20/1994: EL Conwell Report

D273. 09/03/1994: EL Conwell Report

D274. 09/10/1994: EL Conwell Report

D275. 09/17/1994: EL Conwell Report

D276. 09/24/1994: EL Conwell Report

D277. 10/01/1994: EL Conwell Report

D278. 10/15/1994: EL Conwell Report

D279. 10/22/1994: EL Conwell Report

D280. 10/24/1994: Invoice No. 7611 from Steward to White Oak

*3-3-05*

D281. 10/26/1994: Letter from White Oak to DOT enclosing Steward's invoice of 10/24/94 and requesting payment    Full  R.H.

D282. 10/29/1994: EL Conwell Report

*3-3-05*

D283. 11/04/1994: Letter from DOT to White Oak re: response to White Oak's 10/26/94 request for payment        Full  R.H.

D284. 11/05/1994: EL Conwell Report

D285. 11/12/1994: EL Conwell Report

D286. 11/19/1994: EL Conwell Report

D287. 11/26/1994: EL Conwell Report

D288. 11/30/1994: Steward Credit Memo

D289. 11/30/1994: Steward Invoice No. 007704

D290. 12/03/1994: EL Conwell Report

D291. 12/08/1994: Memo from DOT to White Oak

*Full 3·3·05*

D292. 12/05/1994: White Oak Letter to DOT requesting payment of $792,000 re: sheaves and enclosing Invoice No. 007704 *Full  R.H.*

D293. 12/06/1995: Letter from White Oak to DOT requesting payment in the amount of $36,875 for Counterweight Ropes.

D294. 12/06/1994: Letter from DOT to White Oak regarding payment for materials stored onsite

*ID 3·3·05*

D295. 12/06/1994: DOT Report of Meeting *R.H.*

D296. 12/10/1994: EL Conwell Report

D297. 12/17/1994: EL Conwell Report

D298. 12/20/1994: DOT Payment Estimate to White Oak of $510,930

D299. 12/24/1994: EL Conwell Report

D300. 12/31/1994: EL Conwell Report

D301. 01/07/1995: EL Conwell Report

D302. 01/14/1995: EL Conwell Report

D303. 01/21/1995: EL Conwell Report

D304. 01/18/1995: Invoice No. 007824 from Steward to White Oak, for $1,007,800 for Sheaves and Shafts

D305. 01/24/1995: DOT Report of Meeting

D306. 01/28/1995: EL Conwell Report

D307. 02/04/1995: EL Conwell Report

D308. 02/08/1995: check from White Oak to Steward for $501,930

D309. 02/18/1995: EL Conwell Report

D310. 02/25/1995: EL Conwell Report

FUll  D311. 02/27/1995: Letter from White Oak (George Hird) to Steward re: payment for materials
Stored    3-3-05  R.H.

D312. 02/28/1995: Invoice No. 007909 from Steward to White Oak re: Sheaves

D313. 03/04/1995: EL Conwell Report

D314. 03/11/1995: EL Conwell Report

D315. 03/18/1995 EL Conwell Report

D316. 03/25/1995: EL Conwell Report

D317. 03/28/1995: Invoice No. 07955 from Steward to White Oak re: Sheaves

D318. 03/31/1995: Check from White Oak to Steward for $751,896.60

D319. 04/01/1995: EL Conwell Report

3-3-05  D320. 04/11/1995: Letter from White Oak to DOT enclosing Steward invoices of 2/28/95 and
3/28/95 and asking for payment on both totaling $401,760   FUll  R.H.

D321. 04/08/1995: EL Conwell Report

D322. 04/15/1995: EL Conwell Report

D323. 04/22/1995: EL Conwell Report

D324. 04/29/1995: EL Conwell Report

D325. 05/06/1995: EL Conwell Report

D326. 05/13/1995: EL Conwell Report

D327. 06/09/1995: Check from White Oak to Steward for $130,000

D328. 06/10/1995: EL Conwell Report

D329. 06/16/1995: Check from White Oak to Steward for $250,000

D330. 06/17/1995: EL Conwell Report

D331. 06/23/1995: Check from White Oak to Steward for $250,000

D332. 06/24/1995: EL Conwell Report

D333. 07/03/1995: Check from White Oak to Steward for $153,666

D334. 07/24/1995: Fax from White Oak to Steward re: current schedule for sheaves and Machinery

*2·28·05*
*3·3·05*
D335. 08/22/1995: Invoice No. 008256 from Steward to White Oak for $133,100  *Full* *used*

D336. 09/05/1995: Letter from White Oak to DOT enclosing Steward's Invoice No. 008256 and asking for full payment  *Full   R.H.*

D337. 09/16/1995 EL Conwell Report

D337A. 09/20/1995: Payment from DOT to White Oak for $122,452 on Estimate 20 for Counterweight Ropes

D338. 09/23/1995: EL Conwell Report

D339. 09/30/1995: EL Conwell Report

D340. 10/07/1995: EL Conwell Report

D341. 10/18/1995: Steward Invoice No. 008362 for $500,000 for shaves and shafts

D342. 10/18/1995: Invoice No. 008363 for $599,210 for shaves and shafts

*3·3·05*
D343. 10/26/1995: Letter from White Oak to Steward enclosing Steward Invoice No. 008362 and asking for full payment of $1,099,210: re sheaves and shafts  *Full R.H.*

D344. 11/30/1994: Steward Credit Memo

*3·3·05*
D345. 11/30/1995: Invoice No. 008451 from Steward to White Oak re: counterweight ropes for $36,875  *Full   R.H.*

D346. 12/02/1995: Letter from Steward to White Oak re: corrected invoice
**(TO BE PROVIDED)**

3-3-05    D347. 12/06/1995: Letter from White Oak to DOT asking for payment of $36,875 re: counterweight ropes  Full R.H.

D348. 12/14/1995: DOT Report of Meeting with attached summary of ISOS payments

D349. 12/19/1995: Invoice No. 008500 from Steward to White Oak seeking $136,835 re: counterweight ropes

D350. 12/19/1995: Invoice No. 008501 from Steward to White Oak no 008501 seeking $164,700 re: sheaves

3.3.05    D351. 12/21/1995: Letter from White Oak to DOT enclosing Steward Invoice No. 008500 of 12/19/95 and asking for payment of $136,835 re: counterweight ropes; also enclosing Invoice No. 005501 and asking for payment of $164,700 re: sheaves  Full R.H.

D352. 12/15/1995: Check from White Oak to Steward for $119,390.70

D353. 01/09/1996: Check from White Oak to Steward for $887,507.40

D354. 02/16/1996: Invoice No. 008620 from Steward to White Oak re: sheaves for $133,960

D355. 02/16/1996: Invoice No. 008619 from Steward to White Oak re: counterweight ropes for $258,140

D356. 03/18/1996: Invoice No. 008676 from Steward to White Oak re: sheaves for $136,660

D357. 03/18/1996: Invoice No. 008675 from Steward to White Oak re: counterweight ropes for $162,010

3.3.05    D358. 03/21/1996: Letter White Oak to DOT enclosing Steward Invoice Nos. 008675 and 008676 and seeking full payment for both  Full R.H.

3.3.05    D359. 03/27/1996: Letter White Oak to DOT enclosing Steward Invoice Nos. 008620 and 008619 and seeking full payment  Full R.H.

D360. 04/18/1996 Invoice No. 008728 from Steward to White Oak re: counterweight ropes, seeking $99,500

D361. 04/18/1996: Invoice No. 008729 from Steward to White Oak re: sheaves, seeking $147,720

3.3.05    D377. 04/23/1996: Letter from White Oak to DOT enclosing Steward Invoice Nos. 008729 and 008728 and asking for full payment on both  Full R.H.

WOLF, HOROWITZ, ETLINGER & CASE, L. L. C. *Counselors At Law*

D378. 05/10/1996: Check from White Oak to Steward for $99,146.78

D379. 05/15/1996: Invoice No. 008776 re: counterweight ropes seeking $68,200

D380.

D381. 05/15/1996: Invoice No. 08775 re: operating machinery seeking $418,015

3.3 05   D382. 05/21/1996: Letter from White Oak to DOT enclosing Invoice Nos. 008776 and 008774 and seeking full payment for both   Full   R.H.

D383. 05/31/1996: Check from White Oak to Steward for $184,061.47

3-3-05   D384. 05/31/1996: Letter from DOT to White Oak re: payment for Steward materials stored at Steward   Full R.H.

D385. 06/17/1996:  Invoice No. 008837 re sheaves seeking $145,000

D386. 06/12/1996: Check from White Oak to Steward for $361,859.55

D387. 06/14/1996: Letter from Parsons Brickerhoff to Steward re: status of payments

D388. 06/17/1996: Invoice No. 008837 re: sheaves seeking $145,000

D389. 06/17/1996: Invoice No. 008836 re: counterweight ropes seeking $52,550

3.3 05   D390. 06/20/1996: Letter from White Oak to DOT enclosing Invoice Nos.  008837 and 008836 and asking for full payment   Full  P.H.

D391. 06/24/1996: Letter from White Oak to Steward re: fabrication of the main counterweight Ropes

3.3 05   D392. 07/11/1996: Letter from DOT to White Oak re: status of payments with summary   Full R.H.

D393. 07/12/1996: Summary of payment status by White Oak

3.3 05   D394. 07/15/1996: Letter from DOT to White Oak re: status of payments with summary   Full P.H.

D395. 07/15/1996: 7/12/96 DOT Summary of Steward payments and amounts due

D396. 07/00/1996: Letter from White Oak to DOT forwarding on Steward invoices for payment

D397. 07/27/1996: Letter from White Oak to Steward re: status of payments

D398. 08/05/1996: Letter from White Oak to Steward re: progress payments

D399. 08/13/1996: DOT Report of Meeting

D400. 08/13/1996: Handwritten note

D401. 08/10/1996: EL Conwell inspection report **(TO BE PROVIDED)**

D402. 08/16/1996: Invoice No. 5345-1 from Steward to White Oak seeking $471,190

D403. 08/16/1996: Invoice No. 5345-1 from Steward to White Oak seeking $1,337,041.50

3·2·05  D404. 08/21/1996: Letter from White Oak to DOT enclosing Steward's invoice  Full W. DeB
R. d. 3·3·05

D405. 08/22/1996: Check from White Oak to Steward for $349,771.70

D406. 08/22/1996: Letter from Steward to White Oak

D407. 08/26/1996: Letter from DOT to White Oak

3·3·05
3·7·05  D408. 08/29/1996: Memorandum No. 1 "To Whom it May Concern" re: payment procedures for materials stored off site  ED  Full G.H.

3·2·05  D409. 09/03/1996: Letter from White Oak to AIG re: payments  w DeBe

D410. 09/04/1996: Check from White Oak to Steward for $194,995.13

D411. 09/18/1996 Invoice No. 5345-2 from Steward to White Oak re: sheaves seeking $250,000

3·3·05  D412. 09/20/1996: Letter from White Oak to DOT enclosing Invoice No. 5345-2  Full R.H.

D413. 09/20/1996: Check from White Oak to Steward for $260,130

D414. 10/11/1996: Check from White Oak to Steward for $108,143.10

3·7·05  D415. 10/30/1996: Memo from White Oak (George Hird) to Steward re: sheaves  Full G.H.

D416. 11/10/1996: Pennoni Associates Report

D417. 11/12/1996: Check from White Oak to Steward for $229,000

D418. 11/13/1996: Fax from White Oak to Steward re: status of payments, DOT estimates attached

D419. 11/14/1996: Fax from DOT to Steward attaching summary of payments to White Oak

**2.28.05** D420. 11/14/1996: Invoice No. 5345-3 from Steward to White Oak re: sheaves seeking $250,000 **Foll R.H. W.D&**

D421. 11/15/1996: Invoice No. 5343-2 from Steward to White Oak re: operating machinery seeking $382,285

D422. 11/15/1996: Invoice No 5346-1 from Steward to White Oak re: lock machinery seeking $41,950

D423. 11/17/1996: Pennoni Associates Report

**3.3.05** D424. 11/19/1996: Letter from White Oak to DOT enclosing Steward Invoice Nos. 5346-1, 5343-2 and 5345-3 and asking for full payment  **Full R.H.**

D425. 11/19/1996: Check from White Oak to Steward for $200,000

D426. 11/24/1996: Pennoni Associates Report

D427. 11/27/1996: Letter from White Oak to DOT

D428. 11/27/1996: DOT Memorandum from Stephen Digiovanna to Steven Gage

D429. 12/01/1996: Pennoni Associates Report

D430. 12/05/1996: Check from White Oak to Steward for $219,901.50

D431. 12/08/1996: Pennoni Associates Report

D432. 12/15/1996: Pennoni Associates Report

D433. 12/20/1996: Letter from White Oak to AIG

D434. 12/22/1996: Pennoni Associates Report

D435. 12/29/1996: Pennoni Associates Report

D436.

D437. 01/05/1997: Pennoni Associates Report

D438. 01/12/1997: Pennoni Associates Report

D439. 01/19/1997: Pennoni Associates Report

D440. 01/26/1997: Pennoni Associates Report

D441. 02/02/1997: Pennoni Associates Report

D442. 02/09/1997: Pennoni Associates Report

D443. 02/16/1997: Pennoni Associates Report

D444. 02/19/1997: Letter from Steward to White Oak re: motor coupling

D445. 02/23/1997: Pennoni Associates Report

D446. 03/02/1997: Pennoni Associates Report

2·28·05    D447. 03/07/1997: Letter from Steward to White Oak    Full    WDeb

D448. 03/09/1997: Pennoni Associates Report

D449. 03/10/1997: Fax Cover Sheet from Parsons Brickerhoff to Steward

D450. 03/16/1997: Pennoni Associates Report

D451. 03/17/1997: Letter from Steward to White Oak

D452. 03/23/1997: Pennoni Associates Report

D453. 03/24/1997: Letter from DOT to White Oak re: storage charges at Steward

D454. 03/30/1997: Pennoni Associates Report

D455. 04/06/1997: Pennoni Associates Report

D456. 04/13/1997: Pennoni Associates Report

2·28·05    D457. 04/16/1997: Invoice No. 5343-3 from Steward to White Oak re: operating machinery    Full WOAK
seeking $355,372    R.H.

D458. 04/16/1997: Invoice No. 5346-2 from Steward to White Oak re: lock machinery seeking
$99,755

3·3·05    D459. 04/18/1997: Letter from White Oak to DOT enclosing Invoice Nos. 5343-3 and 5346-2
and asking for full payment    Full   R.H.

WOLF, HOROWITZ, ETLINGER & CASE, L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103*(860) 724-6667* Fax (860) 522-4954

D460. 04/20/1997: Pennoni Associates Report

D461. 04/24/1997: Check from White Oak to Steward for $25,000

D462. 04/25/1997: Check from White Oak to Steward for $5,000

D463. 04/27/1997: Pennoni Associates Report

D464. 04/29/1997: Check from White Oak to Steward for $25,000

D464A. 05/04/1997: Pennoni Associates Report

D464B. 05/08/1997: Check from White Oak to Steward for $25,000

D465. 05/11/1997: Pennoni Associates Report

D466. 05/15/1997: Check from White Oak to Steward for $25,000

D467. 05/18/1997 Pennoni Associates Report

D468. 05/22/1997: Check from White Oak to Steward for $25,000

D469. 05/29/1997: Check from White Oak to Steward for $25,000

D470. 06/01/1997: Pennoni Associates Report

D471. 06/05/1997: Check from White Oak to Steward for $25,000

D472. 06/08/1997: Pennoni Associates Report

D473. 06/12/1997: Check from White Oak to Steward for $25,000

D474. 06/15/1997: Pennoni Associates Report

D475. 06/20/1997: Check from White Oak to Steward for $25,000

D476. 06/22/1997: Pennoni Associates Report

D477. 06/22/1997: Pennoni Associates Report

D478. 06/26/1997: Check from White Oak to Steward for $25,000

D479. 06/27/1997: Check from White Oak to Steward for $346,737.78

D480. 06/29/1997: Pennoni Associates Report

D481. 07/03/1997: Check from White Oak to Steward for $25,000

D482. 07/06/1997 Pennoni Associates Report

D483. 07/10/1997: Check from White Oak to Steward for $25,000

D484. 07/13/1997: Pennoni Associates report

D485. 07/17/1997: Check from White Oak to Steward for $25,000

D486. 07/20/1997: Pennoni Associates Report

D487. 07/25/1997: Check from White Oak to Steward for $25,000

D488. 07/27/1997: Pennoni Associates Report

D489. 07/31/1997: Check from White Oak to Steward for $25,000

D490. 08/03/1997: Pennoni Associates Report

D491. 08/10/1997: Pennoni Associates Report

D492. 08/17/1997: Pennoni Associates Report

D493. 08/24/1997: Pennoni Associates Report

D494. 09/14/1997: Pennoni Associates Report

**2·28·04** D494A. 09/16/1997: Letter from White Oak to Steward **Full** W DeB P M 3-8-05

D495. 09/21/1997: Pennoni Associates Report

D496. 09/24/1997: DOT Material Stored on Site Summary

**3·7·05** D497. 09/28/1997: Pennoni Associates Report **Full D.F.**

D498. 10/05/1997: Pennoni Associates Report

**3·7·05** D499. 10/12/1997: Pennoni Associates Report **Full D.F.**

D500. 10/19/1997: Pennoni Associates Report

WOLF, HOROWITZ, ETLINGER & CASE, L. L. C. *Counselors At Law*
99 Pratt Street, Hartford, Connecticut 06103*(860) 724-6667* Fax (860) 293-1979 * Juris No. 404xxx

D501. 10/24/1997: Check from White Oak to Steward for $97,500

D502. 10/29/1997: Letter from White Oak to Steward

D503. 11/02/1997: Pennoni Associates Report

D504. 11/09/1997: Pennoni Associates Report

D505. 11/16/1997: Pennoni Associates Report

D506. 11/23/1997: Pennoni Associates Report

D507. 12/05/1997: Letter from Steward to White Oak re: status of payments

D508. 12/07/1997: Pennoni Associates Report

*2·28·05*

*33-05*

D509. 12/11/1997: Letter from White Oak to Steward    Full W.Deb    PM. 3 8·05

D510. 07/31/2000: Schedule of Checks from White Oak to Steward    Full R.H

D511. 12/14/1997: Pennoni Associates Report

D512. 12/21/1997: Pennoni Associates Report

D513. 12/28/1997: Pennoni Associates Report

D514. 01/04/1998: Pennoni Associates Report

D515. 01/08/1998: Letter from Steward to White Oak

D516. 01/11/1998: Pennoni Associates Report

D517. 01/18/1998: Pennoni Associates Report

D518. 01/25/1998: Pennoni Associates Report

D519. 02/01/1998: Pennoni Associates Report

D520. 02/22/1998: Pennoni Associates Report

D521. 03/15/1998: Pennoni Associates Report

D522. 03/29/1998: Pennoni Associates Report

D523. 04/05/1998: Pennoni Associates Report

D524. 04/12/1998: Pennoni Associates Report

D525. 04/19/1998: Pennoni Associates Report

D526. 04/26/1998: Pennoni Associates Report

D527. 05/03/1998: Pennoni Associates Report

D528. 05/17/1998: Pennoni Associates Report

D529. 05/24/1998: Pennoni Associates Report

D530. 05/31/1998: Pennoni Associates Report

D531. 06/07/1998: Pennoni Associates Report

3.3·05     D532. 06/08/1998: Invoice No. 5346-3 from Steward to White Oak re: lock machinery in the
                   amount of $199,995.00     Full R.H.

D533. 06/14/1998: Pennoni Associates Report

D534. 06/21/1998: Pennoni Associates Report

D535. 06/28/1998: Pennoni Associates Report

D536. 07/05/1998: Pennoni Associates Report

D537. 07/12/1998: Pennoni Associates Report

D538. 07/19/1998: Pennoni Associates Report

D539. 07/26/1998: Pennoni Associates Report

D540. 07/29/1998: Pennoni Associates Report

D541. 08/09/1998: Pennoni Associates Report

D542. 08/16/1998: Pennoni Associates Report

D543. 08/23/1998: Pennoni Associates Report
D544. 09/06/1998: Pennoni Associates Report

D545. 09/12/1998: Pennoni Associates Report

D546. 02/01/1999: Pennoni Associates Memo **(TO BE PROVIDED)**

*3·7·05* D547. 02/04/1999: DOT Memo from Stephen DiGiovanna to Steven Gage  Full    D.F.

D548. 02/05/1999: DOT Memo from Keith Lane to Stephen DiGiovanna

D549. 09/25/1999: Pennoni Associates Report

D550. 10/31/1999: Pennoni Associates Report

D551. 11/12/1999: Pennoni Associates Report

D552. 11/26/1999: Pennoni Associates Report

D553. 12/10/1999: Pennoni Associates Report

D554. 01/20/2000: Pennoni Associates Report

D555. 01/21/2000: Pennoni Associates Report

D556. 02/28/2000: Pennoni Associates Report

*3·3·05* D557. 03/17/2000: Pennoni Associates Report  Full

*3·3·05* D558. 03/03/2000: Pennoni Associates Report  Full

D559. 05/09/2000: May 9, 2000 letter from Steward to AIG

D560. 06/02/2000: Summary of ISOS Payments for Steward Machine, prepared by George
            Takacs

*3·7·05* D561. 07/13/2000: Letter from AIG to Steward with attached Analysis of Outstanding Invoices  ID E.R.

D562. 07/14/2000: Letter from Cianbro to AIG

*2·28·05*  *3·3·05* Full  D563. 07/14/2000: Pennoni Material Status Report with attached photos, narrative and summary  ID

*3·8·05* D564. 08/11/2000: Letter from Cianbro to AIG re: budget estimate Full B.R.  / #3 Full 3·2·05 / #21

*2·28·05* D565. 08/24/2000: Agreement between AIG, White Oak and Steward  Full W.Dep

*3·7·05* D566. 08/23/2000: Payment from White Oak to Steward of $256,357.25  Full G.R.

*3-7-05*   D567. 08/23/2000: Payment from White Oak to Steward of $750,000.00   *Full G.R*

*3-7-05*   D568. 08/23/2000: Payment from White Oak to Steward of $153,814.25   *Full G.R*

*3-7-05*   D569. 09/07/2000: Payment from White Oak to Steward of $153,814.25   *Full GR*

D570. 09/08/2000: Pennoni Associates Material Status Report

~~D571. 09/15/2000: Pennoni Associates Material Status Report~~

D572. 09/22/2000: Pennoni Associates Material Status Report

D573. 09/29/2000: Pennoni Associates Material Status Report

D574. 10/06/2000: Pennoni Associates Material Status Report

D575. 10/13/2000: Pennoni Associates Material Status Report

*3-7-05*   D576. 10/19/2000: Payment from White Oak to Steward of $153,814.25   *Full G.R.*

D577. 10/20/2000: Pennoni Associates Material Status Report

D578. 10/27/2000: Pennoni Associates Material Status Report

D579. 11/03/2000: Pennoni Associates Material Status Report

D580. 11/04/2000 – 11/10/2000: Pennoni Associates Shop Report

D581. 11/17/2000: Pennoni Associates Material Status Report

*3-7-05*   D582. 11/30/2000: Payment from White Oak to Steward of $153,814.25   *Full G.R*

D583. 12/01/2000: Pennoni Associates Material Status Report

D584. 12/14/2000: Pennoni Associates Material Status Report

*3-7-05*   D585. 01/11/2001: Payment from White Oak to Steward of $100,000.00 *Full G.R.*

D586.

D587. 01/19/2000: Pennoni Associates Material Status Report

D588. 02/23/2001: Pennoni Associates Material Status Report

D589. 03/09/2001: Pennoni Associates Material Status Report

D590. 01/18/1995: DOT Certificate of Title for Materials Stored

D591. 04/11/1995: DOT Certificate of Title for Materials Stored

D592. 08/22/1995: DOT Certificate of Title for Materials Stored

D593. 10/18/1995: DOT Certificate of Title for Materials Stored

D594. 11/30/1995: DOT Certificate of Title for Materials Stored

D595. 12/19/1995: DOT Certificate of Title for Materials Stored

D596. 03/18/1996: DOT Certificate of Title for Materials Stored

D597. 02/16/1996: DOT Certificate of Title for Materials Stored

D598. 04/18/1996: DOT Certificate of Title for Materials Stored

D599. 05/02/1996: Letter from Steward to White Oak

D599A. 05/02/1996: Letter from Steward to White Oak

D600. 05/15/1996: DOT Certificate of Title for Materials Stored

D601. 06/17/1996: DOT Certificate of Title for Materials Stored

3-3-05  D602. 07/17/1996: Letter from White Oak to DOT forwarding on Steward Invoices for payment  Full R.H.

D603. 08/05/1996: Letter from White Oak to Steward re: progress payments

D604. 08/16/1996: DOT Certificate of Title for Materials Stored **(TO BE PROVIDED)**

D605. 09/18/1996: DOT Certificate of Title for Materials Stored

D606. 11/15/1996: DOT Certificate of Title for Materials Stored

D607. 03/07/1997: Letter from Steward to White Oak

2-28-05  D608. 04/11/1997: Letter from Steward to White Oak  Full  W.Deb
D609. 04/16/1997: DOT Certificate of Title for Materials Stored

3-7-05    D610. 06/08/1998: Certificate of Title for Materials Stored

3·7·05    D611. 02/05/1999: DOT Memorandum from Keith Lane to Stephen Digiovanna re: percentages
Complete Full D.F.

2·28·05    D612. 07/06/1999: Letter from Steward to National Eastern Corporation Full W.DeB.

D613. 03/16/2000: Invoice No. 5344-S15 from Steward to White Oak for $26,430.00
**(TO BE PROVIDED)**

D614. 03/16/2000: Invoice No. 5345-S15 from Steward to White Oak for 564,240

D615. 03/16/2000: Invoice No. 5346-S4 from Steward to White Oak for $23,040

D616. 03/16/2000: Invoice No. 031600 from Steward to White Oak for $206,072.85

D617. 03/16/2000: Invoice No. SC 024 from Steward to White Oak for $117,119.55

D618. 07/14/2000: Letter from Cianbro Corp. to AIG

D619. 07/10/2003: Letter from Steward to Cianbro

3-8-05    D620. 02/05/1999: DOT Memorandum re: audit of materials stored, with hand-written
comments of Bob Pellerin    B.P. full-except for light notations
on pages 1 & 3

D621. 10/01/1996: Letter from White Oak to DOT

3·7·05    D622. 10/18/1996: Letter from Steward to White Oak    Full G.H.

3·7·05    D633. 10/31/1996: Letter from Steward to White Oak    Full G.H.

D634. 11/06/1996: Letter from White Oak to DOT

D635. 11/14/1996: Letter from DOT to White Oak

D636. 11/15/1996: Steward letter re: storage of sheaves

D637. 12/12/1996: Steward letter re: storage of Counterweight Ropes and Accessories

D638. 01/10/1997: Letter from Steward to White Oak re: storage of counterweight ropes and
Accessories

D639. 02/12/1997: Letter from DOT to White Oak

D640. 03/07/1997: Letter from Steward to White Oak

D641. 03/13/1997: Letter from White Oak to DOT enclosing invoices for storage

D642. 03/24/1997: Letter from DOT to White Oak re: Steward storage charges

D643. 11/03/1997: Letter from DOT to White Oak re: invoices from Steward for storage Charges

D644. 11/06/1997: Letter from White Oak to DOT re: storage charges

D645. 11/13/1997: Letter from DOT to White Oak re: storage charges

D646. 04/09/1999: Letter from Steward to White Oak

D647. 04/28/1997: Letter from DOT to White Oak

D648. 05/08/1997: Letter from DOT to White Oak

D649. 05/12/1997: Fax from White Oak to Steward

D650. 05/22/1997: Memorandum from DOT/Parsons Brinckerhoff to White Oak

D651. 02/26/2003: Steward Job Detail History Report re: White Oak

D652. 09/12/1996: Letter from Steward to White Oak

D653. 10/10/1996: Letter from Steward to White Oak re: sheaves

D654. 11/13/1996: Steward Purchase Order No. 14509 to Albert Jones re: timbers for outside storage of sheaves

D655. 11/15/1996: Letter from Steward to White Oak re: storage of sheaves

D656. 12/04/1996: Job Description Invoice No. 27971 from Bishop Bros Hauling to Steward

D657. 12/04/1996: Job Description Invoice No. 27972 from Bishop Bros. Hauling to Steward

D658. 12/05/1996: Invoice from G & R Plant Maintenance to Steward, for $1,480 re: crane Rental

D659. 02/07/1997: Letter from Steward to White Oak re: storage of Main Sheaves

D660. 03/07/1997: Letter from Steward to White Oak re: storage of Ropes

D661. 03/07/1997: Letter from Steward to White Oak re: storage of Sheaves

D662. 04/09/1997: Letter from Steward to White Oak re: storage of Sheaves

2·28·05

D663. 06/14/1999: Letter from Steward to White Oak re: inefficiencies including attached list of Projects with highlighted entries  **Full**  **WDAB**

D664. 1996:        Steward 1996 Completed Jobs List, certain jobs highlighted

D665. 1997:        Steward 1997 Completed Jobs List, certain jobs highlighted

D666. 1998:        Steward 1998 Completed Jobs List, certain jobs highlighted

D667. 11/16/1999: Letter from Steward to White Oak re: non-visit from AIG

D668. NA:          Undated 1-page Quality Control Plan for Contract DACW 27-01-C-0030

D669. NA:          Undated 2-page auditors work papers re: Job K7582

D670. NA:          Overhead photograph of Steward Machine plant (Plant One)

D671. NA:          Steward brochure with photos of Plants One and Two

D672. NA:          Steward Machine multi-page color brochure

3·7·05

D673. NA:          Color Photographs 1 – 34 of machinery  **Full G.R.**  **3·8·05 B.P.**

D674. NA:          Depiction of facility space and storage space needed **(TO BE PROVIDED)**

D675. NA:          Timeline showing dates and locations of storage of main sheaves

D676. 03/09/1994: Memos re: Steward Bid

D677. 03/15/1994
  and 03/16/1994: : Steward written quotation

D678. 06/06/1994: Payment Bond issued by National Union Fire

D679. 08/04/1994: Purchase Order Contract between Steward and White Oak  –Pltf #2

D680. 07/11/1996: Letter from AIG to Steward

D681. 08/01/1996: Letter from AIG to Steward

*3-7-05*  D682. 01/02/1997: Letter from AIG to Steward  *Full*  *G.R.*

D683. 12/20/1999: Notice of Claim

D684. 08/11/2000: Letter from Cianbro to AIG

D685. 04/28/2000: Supplemental Assignment of Contract and Agreement between and among
DOT, White Oak, National Union and Cianbro

D686. 08/23/2000: Payment from AIG to Steward of $256,357.25

D687. 08/23/2000: Payment from AIG to Steward of $750,000.00

D688. 08/23/2000: Payment from AIG to Steward of $153,814.25

D689. 09/07/2000: Payment from AIG to Steward of $153,814.25

D690. 10/19/2000: Payment from AIG to Steward of $153,814.25

D691. 11/30/2000: Payment from AIG to Steward of $153,814.25

D692. 01/11/2001: Payment from AIG to Steward of $100,000.00

D693. 10/14/2000: Letter from Cianbro to AIG

D694. 02/08/2002: Affidavit of Whitney Debardeleben

*JD 3-8-05*  D695. 10/24/2003: Expert Witness Report of Frank Zito with supporting tables and exhibits

*3:3-05*  D696. NA:       State of Connecticut DOT Payment Estimates  *Full*  *R.H.*

D697. NA:       Interest Charges calculations prepared by Steward, on following dates:
09/30/1999, 06/01/2000, 08/07/2000 and 09/15/2003
**(TO BE PROVIDED)**

D698. NA:       Steward Auditor's notes for the year ending December 31, 1997, 1998 and
1999 **(TO BE PROVIDED)**

D699. NA:       Frank Zito Analysis of Schedule A

D700. NA:       Frank Zito Analysis of Assumed Late Payments

D701. 11/16/1996: Letter to White Oak from Steward

D702. 12/12/1996: Letter to White Oak from Steward

D703. NA:        List of Contacts for storage in Alabama

D704. 09/10/2003: Job Detail History Report, Storage and Interest

D705. 06/14/1999: Letter from Steward to White Oak

D706. NA:        Auditor's notes for year end December 31, 1999

D707. 11/27/1997: Letter from Steward to ADL

D708. 04/23/1997: Letter from Steward to ADL

D709. 08/26/1997: Letter from Steward to ADL

D710. 07/29/1998: Letter from Steward to Qualico

D711. NA:        Analysis of Selected Jobs from Study of Lost Efficiency

D712. NA:        Summary of Adjustments to the alleged loss sustained

D713. NA:        Analysis Excluding Projects After November, 1999 **(TO BE PROVIDED)**

D714.

D715. 10/14/1995: EL Conwell Report

D716. 10/21/1995: EL Conwell Report

D717. 10/28/1995: EL Conwell Report

D718. 11/04/1995: EL Conwell Report

D719. 11/11/1995: EL Conwell Report

D720. 11/18/1995: EL Conwell Report

D721. 11/25/1995: EL Conwell Report

D722. 12/02/1995: EL Conwell Report

D723. 12/09/1995: EL Conwell Report

D724. 12/16/1995: EL Conwell Report

D725. 12/23/1995: EL Conwell Report

D726. 12/30/1995: EL Conwell Report

D727. 01/06/1996: EL Conwell Report

D728. 01/13/1996: EL Conwell Report

D729. 01/20/1996: EL Conwell Report

D730. 01/27/1996: EL Conwell Report

D731. 02/03/1996: EL Conwell Report

D732. 02/10/1996: EL Conwell Report

D733. 02/17/1996: EL Conwell Report

D734. 02/08/1996: Letter from Steward to White Oak re: proposed repair for counterweight rope connections **(TO BE PROVIDED)**

D735. 02/24/1996: EL Conwell Report

D736. 03/02/1996: EL Conwell Report

D737. 02/22/1996: Letter from Steward to White Oak re: defect discovered during welding and proposed fix **(TO BE PROVIDED)**

D738. 02/21/1996: Letter from Steward to White Oak re submittal for repair procedure on sheave no. 6

D739. 03/09/1996: EL Conwell Report

D740. 03/16/1996: EL Conwell Report

D741. 03/23/1996: EL Conwell Report

D742. 03/30/1996: EL Conwell Report

D743. 04/06/1996: EL Conwell Report

D744. 04/13/1996: EL Conwell Report

D745. 04/20/1996: EL Conwell Report

D746. 04/27/1996: EL Conwell Report

D747. 05/04/1996: EL Conwell Report

D748. 05/11/1996: EL Conwell Report

D748A. 05/18/1996: EL Conwell Report

D749. 05/25/1996: EL Conwell Report

D750. 06/01/1996: EL Conwell Report

D751. 06/08/1996: EL Conwell Report

D752. 06/15/1996: EL Conwell Report

D753. 06/22/1996: EL Conwell Report

D754. 06/29/1996: EL Conwell Report

D755. 07/06/1996: EL Conwell Report

D756. 07/13/1996: EL Conwell Report

D757. 07/20/1996: EL Conwell Report

D758. 07/27/1996: EL Conwell Report

D759. 08/03/1996: EL Conwell Report

D760. 08/10/1996: EL Conwell Report

D761. 08/17/1996: EL Conwell Report

D762. 08/24/1996: EL Conwell Report

D763. 08/31/1996: EL Conwell Report

D764. 09/07/1996: EL Conwell Report

D765. 09/14/1996: EL Conwell Report

D766. 09/21/1996 EL Conwell Report

D767. 09/12/1996: Letter from Steward to White Oak

D768. 10/05/1996: EL Conwell Report

D769. 10/12/1996: EL Conwell Report

D770. 10/19/1996: EL Conwell Report

D771. 10/26/1996: EL Conwell Report

D772. 11/02/1996: EL Conwell Report

*3·7·05* D773. 01/11/2001: Payment from AIG to Steward of $153,814.25   *Full G.R.*

D774. 09/04/1998: Payment from White Oak to Steward of $194,995.13

D775. NA:        Steward Machine brochure re: three aerial views of Steward Machine facility

D776. NA:        Photograph re: inside view of Steward Machine facility

D777. NA:        Photograph re: inside view of Steward Machine facility

D778. NA:        Photograph re: aerial view of Steward Machine facility

*3·3·05* D779. NA:        Photographs re: Steward Machine machinery *ID R.H.*

*2·28·05* D780. 01/31/1997: Letter from Steward to White Oak with recap *Full WDeB*

*3·7·05* D781. 07/24/2000: Complaint re: <u>White Oak Corporation v. Steward Machine</u>, 3:00CV1389
              (SRU) *Full G.R.*

D782. 08/08/2000: Order Granting Application for Prejudgment Remedy Replevin
              **(TO BE PROVIDED)**

D783. 08/11/2000: Steward Notice of Appeal

D784. 09/22/1997: Letter from Steward to White Oak

| | |
|---|---|
| 3·7·05 | D785. 10/03/2001: White Oak internal report re: drawing approvals  *Full*  G.H. |
| On Floor | D786. NA:           Summary of Steward's Labor Hours (prepared by Frank Zito) |
| 3·7·05 | D787. 11/18/1996: Memorandum from White Oak to Steward  *Full*  G.H. |
| 2·28·05 | D788. 05/29/1997: Letter from Steward to White Oak  *Full*  W DeB |
| 3.7.05 | D789. 01/13/1999: Letter from White Oak to DOT enclosing Steward Invoices  *Full* G.H. |
| 3·7·05 | D790. 05/26/1998: Letter from White Oak to DOT enclosing Steward Invoices  *Full* GH. |
| 3.7.05 | D791. 07/14/1998: Letter from White Oak to DOT enclosing Steward Invoices  *Full* G.H. |
| 3·7·05 | D792. 10/28/1998: Letter from White Oak to DOT enclosing Steward Invoices  *Full* GH |
| 3·7·05 | D793. 01/25/1999: Letter from White Oak to DOT enclosing Steward Invoices  *Full* GH |
| 3·7·05 | D794. 01/26/1999: Letter from White Oak to DOT enclosing Steward Invoices  *Full* G.H. |
| 3·7·05 | D795. 01/22/1999: Memorandum from White Oak to Steward  *Full* G.H. |
| 2·28·05 | D796. N/A:           Steward undated quotation  *Full*  W DeB |
| | D797. 12/20/1994: DOT Report of Meeting |
| | D798. 12/14/1995: DOT Report of Meeting |
| ID  3·3·05 | D799. 12/19/1995: DOT Report of Meeting |
| 3·3·05 | D800. 02/11/2005: Summary of Invoices and DOT Payments  *Full* R.H. |
| 3·3·05 | D801. 01/30/1995: White Oak letter to DOT enclosing Steward Invoices  *Full*  R.H.  G.H. 3·7·05 |
| 3·3·05 | D802. 07/07/1998: White Oak letter to DOT enclosing Steward Invoices  *Full*  R.H. |
| 3·3·05 | D803. 08/25/1998: Sub Contractors Invoice  *Full* |
| ~~3·3·05~~ | D804. 09/30/1999: Summary  ~~Full — R.H.~~ |
| 3·8·05 | D805. 07/10/1997: Letter from Steward to White Oak  *Full* |
| | D806. 01/31/2005: Frank Zito Supplement to Expert Report |

D807. 02/07/1995: Letter from Steward to White Oak re: enclosure of executed purchase order
           contract no. 74-60600

D808. 07/16/1997: Request for Payment Voucher

D809. 02/10/2000: Transmittal from Karl Heilmann (Parsons Brickerhoff) to David Alverson re:
           payment information

3·3·05  D810. N/A:       White Oak Purchase Order (blank form)  Full  R.H.

D811. 01/31/1997: Fax cover sheet and letter from Steward to White Oak with handwritten
           notations

D812. 04/17/1997: Memo from White Oak to Steward

D813. 07/11/2000: Handwritten notes of George Rettig re: meeting with Jerry Shivers

Full   D814 - Deposition Transcript testimony of Jay Mellinger   3-2-05
Full   D815. Copy of Special Specifications  R.H.   3-3-05
3·8·05  D816· Analysis of Damages
   ·      EX 3.0 + 3.1 - Full
   ·      EX 4.0 - Full - 4.1 Full
   ·      EX 2.0 · Full

55377

WOLF, HOROWITZ, ETLINGER & CASE, L. L. C. Counselors At Law
99 Pratt Street, Hartford, Connecticut 06103*(860) 724-6667* Fax (860) 293-1979 * Juris No. 402488