FILED

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT  2005 APR -4  P 4: 03

US DISTRICT COURT
BRIDGEPORT. CT

| | | |
|---|---|---|
| STEWARD MACHINE CO, INC. | : | CIVIL ACTION NO. |
| | : | 3:00 CV00834 (SRU) |
| v. | : | |
| | : | |
| WHITE OAK CORPORATION, et al | : | APRIL 4, 2005 |

### MOTION FOR EXTENSION OF TIME

The plaintiff Steward Machine Co. Inc. ("Steward") moves that the time within which to file its post hearing "Exhibit 53" analysis be extended to two days from April 4, 2005 to April 6, 2005. In support of its motion Steward represents:

1. Counsel for each of the defendants has no objection to the granting of this motion.

For the foregoing reasons Steward requests that the time for filing a response to the defendant's motion be extended to April 6, 2005.

Dated at New Haven, Connecticut, this 4th day of April, 2005.

Steward Machine Co. Inc.

By [signature]
Barbara E. Crowley
Fed. Bar No. ct12669
Egan & Crowley, P.C.
234 Church Street
New Haven, CT 06510

## **CERTIFICATION**

This is to certify that on this 24th day of January 2005, a copy of the foregoing was mailed, postage prepaid, to:

Gary M. Case
Wolf, Horowitz, Etlinger, & Case, L.L.C.
99 Pratt Street
Hartford, CT 06103

Jane Milas
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510

_____
Barbara E. Crowley