**EXHIBIT A**

**WHITE OAK CORPORATION**
**NEW HAVEN PROJECT**
Steward Machine Co., Inc.

## Summary of Assumptions

1. Interest Assumptions are as presented by SMC in Schedule A
   Interest Rate - 1% per month or .0333% per day based upon a 360 day year
   Payments received by SMC are applied to accrued interest and the remaining amount is applied to outstanding principal.

2. Adjusted Contract Value

| Item # | SMC PO | Description | Conn DOT Value | | SMC Value |
|---|---|---|---|---|---|
| 100250A | W5346 | Lock Machinery | $ | 400,000 | $ | 380,935 |
| 610115A | W5345 | Sheaves | | 5,000,000 | | 4,761,688 |
| 601016A | W5344 | Main & Aux CW (Ropes) | | 600,000 | | 571,403 |
| 603631A | W5343 | Oper. Machinery | | 1,700,000 | | 1,618,974 |
| | | Total | $ | 7,700,000 | $ | 7,333,000 |

3. Percentage Complete Assumptions

| | | | Percentage Completed by SMC | | |
|---|---|---|---|---|---|
| Item # | SMC PO | Description | Scenario One | Scenario Two | Scenario Three |
| 100250A | W5346 | Lock Machinery | 85% | 85% | 85% |
| 610115A | W5345 | Sheaves | 95% | 98% | 100% |
| 601016A | W5344 | Main & Aux CW (Ropes) | 65% | 65% | 65% |
| 603631A | W5343 | Oper. Machinery | 68% | 68% | 68% |

4. Estimated Earned Contract Value

| Item # | SMC PO | Description | Scenario One | Scenario Two | Scenario Three |
|---|---|---|---|---|---|
| 100250A | W5346 | Lock Machinery | $ 323,795 | $ 323,795 | $ 323,795 |
| 610115A | W5345 | Sheaves | 4,523,604 | 4,666,455 | 4,761,688 |
| 601016A | W5344 | Main & Aux CW (Ropes) | 371,412 | 371,412 | 371,412 |
| 603631A | W5343 | Oper. Machinery | 1,100,902 | 1,100,902 | 1,100,902 |
| | | Freight | 6,197 | 6,197 | 6,197 |
| | | Total | $ 6,325,910 | $ 6,468,760 | $ 6,563,994 |

Exhibit A

**EXHIBIT B**

**WHITE OAK CORPORATION**
**NEW HAVEN PROJECT**
Steward Machine Co., Inc.

Balance due SMC per Schedule A

Interest Assumptions are as presented by SMC in Schedule A
Interest Rate - 1% per month or .0333% per day based upon a 360 day year
Payments received by SMC are applied to accrued interest and the remaining amount is applied to outstanding principal.

Percentage Complete Assumptions (constant but for Sheaves)

| Item # | SMC PO | Description | Percentage Complete by SMC | | |
|---|---|---|---|---|---|
| | | | Scenario One | Scenario Two | Scenario Three |
| 100250A | W5346 | Lock Machinery | 85% | 85% | 85% |
| 610115A | W5345 | Sheaves | 95% | 98% | 100% |
| 601016A | W5344 | Main & Aux CW (Ropes) | 65% | 65% | 65% |
| 603631A | W5343 | Oper. Machinery | 68% | 68% | 68% |

Calculation #1 (Accrue interest through August 24, 2000)

| | Scenario One | Scenario Two | Scenario Three |
|---|---|---|---|
| Adjusted total invoice amount, net of retention | $ 6,167,916.91 | $ 6,307,196.29 | $ 6,400,049.21 |
| Interest | 275,659.69 | 351,832.11 | 402,613.72 |
| | 6,443,576.60 | 6,659,028.40 | 6,802,662.93 |
| Less Payments | 6,354,161.11 | 6,354,161.11 | 6,354,161.11 |
| Amount due at August 24, 2000 | $ 89,415 | $ 304,867 | $ 448,502 |

Calculation #2 (Accrue interest through April 15, 2005)

| | Scenario One | Scenario Two | Scenario Three |
|---|---|---|---|
| Adjusted total invoice amount, net of retention | $ 6,167,916.91 | $ 6,307,196.29 | $ 6,400,049.21 |
| Total Interest | 316,540.18 | 491,216.48 | 607,667.35 |
| | 6,484,457.09 | 6,798,412.77 | 7,007,716.56 |
| Less Payments | 6,354,161.11 | 6,354,161.11 | 6,354,161.11 |
| Amount due at April 15, 2005 | $ 130,296 | $ 444,252 | $ 653,555 |

Exhibit B