**EXHIBIT C**

**EXHIBIT C1**

WHITE OAK CORPORATION
NEW HAVEN PROJECT
Steward Machine Co., Inc.
Projected Invoice Summary

SCENARIO ONE - SHEAVES @ 95% COMPLETE

| Original Contract Values | | |
|---|---|---|
| SMC PO Value | | 7,333,000 |
| ConnDOT Adjusted Contract Values @ 95.23% (1) | | 7,700,000 |
| Estimated percentage complete by SMC | | 95% |
| Estimated Earned Contract Value | | 7,333,000 |
| | | 86% |
| | | 6,325,910 |

| Invoice Number | Invoice Date | SMC Invoice Amount | SMC Invoice net of retention | Other | % invoiced (2) | Lock Nuts 10025OA 08350 Adjusted Invoice (3) | % invoiced (2) | Sheaves 60101SA 08355 Adjusted Invoice (3) | % invoiced (2) | Ropes 60101OA 08355 Adjusted Invoice (3) | % invoiced (2) | Op. Machinery 60561A 08560 Adjusted Invoice (3) | Total | Less Retainage @ 2.5% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7704 | 11/30/1994 | 792,000 | 772,200 | | 10% | 255,000 | 18% | 4,400,000 | 0% | 1,465,000 | 0% | 1,215,000 | 857,104 | 835,676 |
| 7824 | 1/18/1995 | 1,007,800 | 982,605 | | 0% | 400,000 | 23% | 1,090,643 | 0% | 600,000 | 0% | 1,200,000 | 1,090,643 | 1,063,377 |
| 7909 | 2/28/1995 | 267,800 | 261,105 | | 0% | | 6% | 289,814 | 0% | | 0% | | 289,814 | 282,568 |
| 7955 | 3/28/1995 | 133,960 | 130,611 | | 6% | | 3% | 144,972 | 0% | | 0% | | 144,972 | 141,347 |
| 8256 | 8/22/1995 | 133,100 | 129,773 | | 5% | | 0% | | 0% | | 0% | | 51,914 | 50,616 |
| 8362 | 10/18/1995 | 500,000 | 487,500 | | 0% | | 11% | 541,101 | 9% | 541,101 | 0% | | 541,101 | 527,573 |
| 8363 | 10/18/1995 | 599,210 | 584,230 | | 0% | | 14% | 648,466 | 0% | | 0% | | 648,466 | 632,255 |
| 8451 | 11/30/1995 | 36,875 | 35,953 | | 8% | | 3% | | 0% | | 0% | 14,383 | 14,383 | 14,023 |
| 8500 | 12/19/1995 | 156,835 | 153,414 | | 0% | | 0% | | 1% | 54,583 | 0% | 53,371 | 53,371 | 52,036 |
| 8501 | 12/19/1995 | 164,700 | 160,583 | | 0% | | 4% | 178,239 | 3% | 55,771 | 0% | 178,239 | 178,239 | 173,783 |
| 8619 | 2/16/1996 | 258,140 | 251,687 | | 0% | | 2% | | 4% | 145,833 | 0% | 100,684 | 100,684 | 98,167 |
| 8620 | 2/16/1996 | 133,960 | 130,611 | | 0% | | 3% | 144,972 | 2% | 106,684 | 0% | 144,972 | 144,972 | 141,347 |
| 8675 | 3/18/1996 | 162,010 | 157,960 | | 0% | | 2% | 157,960 | 0% | | 0% | | 141,347 | 141,347 |
| 8676 | 3/18/1996 | 136,660 | 133,244 | | 0% | | 3% | 133,244 | 3% | 63,190 | 0% | 63,190 | 63,190 | 61,610 |
| 8728 | 4/18/1996 | 99,500 | 97,013 | | 0% | | 0% | | 2% | 51,914 | 0% | 144,196 | 144,196 | 144,196 |
| 8729 | 4/18/1996 | 147,720 | 144,027 | | 0% | | 3% | 147,894 | 7% | | 0% | 147,894 | 147,894 | 144,196 |
| 8776 | 5/15/1996 | 68,200 | 66,495 | | 0% | | 0% | | 3% | 38,609 | 0% | 38,809 | 38,809 | 37,838 |
| 8775 | 5/15/1996 | 418,015 | 407,565 | | 0% | | 0% | 159,863 | 5% | | 0% | 159,863 | 159,863 | 155,866 |
| 8836 | 6/17/1996 | 52,550 | 51,236 | | 0% | | 0% | | 0% | 26,600 | 0% | 26,600 | 26,600 | 25,935 |
| 8837 | 6/17/1996 | 145,000 | 141,375 | | 0% | | 0% | 543,075 | 0% | | 3% | 557,000 | 557,000 | 543,075 |
| 5345-1 | 8/16/1996 | 471,190 | 459,410 | | 0% | | 3% | 156,919 | 2% | 22,462 | 0% | 22,462 | 22,462 | 21,901 |
| 5345-2 | 9/18/1996 | 250,000 | 243,750 | | 10% | | 5% | 156,919 | 0% | | 0% | 156,919 | 156,919 | 152,996 |
| 5346-1 | 11/15/1996 | 41,950 | 40,901 | | 10% | 39,951 | 0% | | 0% | | 0% | 163,618 | 163,618 | 159,528 |
| 5343-2 | 11/15/1996 | 382,285 | 372,728 | | 0% | | 0% | | 0% | | 0% | | - | - |
| 5345-3 | 11/15/1996 | 250,000 | 243,750 | | 0% | | 0% | | 0% | 63,190 | 0% | 39,951 | 39,951 | 38,952 |
| 5343-3 | 4/16/1997 | 355,372 | 346,488 | | 25% | | 0% | | 22% | 364,064 | 0% | 364,064 | 364,064 | 354,963 |
| 5346-2 | 4/16/1997 | 99,755 | 97,261 | | 50% | 95,000 | 0% | | 0% | | 0% | 179,838 | 179,838 | 175,342 |
| 5346-3 | 6/8/1998 | 199,995 | 194,995 | | 0% | 188,844 | 0% | | 0% | | 11% | 95,000 | 95,000 | 92,625 |
| 9468 | 7/10/1997 | 6,197 | 6,197 | 6,197 | | | | | | | | 188,844 | 188,844 | 184,123 |
| | | | | | | | | | | | | 6,197 | 6,197 | 6,197 |
| Total | | $ 7,450,779 | $ 7,264,664 | $ 6,197 | 85% | $ 323,795 | 95% | $ 4,323,644 | 65% | $ 371,412 | 68% | $ 1,100,902 | $ 6,325,910 | $ 6,167,917 |

(1) - ConnDOT contract value multiplied by approximately 95.23% representing the Adjusted Contract Value to SMC.
(2) - The "percentage complete" indicated by SMC on the specified invoice, if no "percentage complete" was identified, the invoice percentage of the effective PO Value was used for the percent complete calculation.
(3) - The "percentage complete" invoiced by SMC multiplied by the ConnDOT Adjusted Contract Value
(4) - Invoice was limited to the amount of the Estimated Earned Contract Value.

Exhibit C1-a

Exhibit C1-b

**WHITE OAK CORPORATION**
**NEW HAVEN PROJECT**
Steward Machine Co., Inc.
Schedule A-Projected Invoice Summary

## SCENARIO ONE - SHEAVES @ 95% COMPLETE

| Payment Amount | Payment Date | Past Due Principal | Invoice No. | Invoice net of Retention (1) | Due Date | Days Late | Current Interest Due | Total Interest Due | Interest Payment | Principal Payment | Interest Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 429,000.00 | 11/21/96 | 908,614.44 | 5345-2 | 354,962.79 | 11/14/1996 | 7 | 1,861.16 | 1,861.16 | - | 415,486.59 | 1,861.16 | 1,068,142.10 |
| 219,901.50 | 12/09/96 | 1,046,570.10 | 5343-2 | - | 11/15/1996 | 6 | 2,571.08 | 2,571.08 | - | 213,622.08 | 2,571.08 | 1,423,104.89 |
| - | 12/31/96 | 832,948.02 | 5346-1 | 38,951.80 | 11/15/1996 | 3 | 709.93 | 2,610.03 | - | - | 2,610.03 | 1,462,056.69 |
| - | | 832,948.02 | 5345-3 | - | 11/18/1996 | 6 | 38.95 | 2,610.03 | - | - | 2,610.03 | 1,462,056.69 |
| 30,000.00 | 04/30/97 | 832,948.02 | | | | | - | - | 30,000.00 | - | - | 1,046,570.10 |
| 25,000.00 | 05/01/97 | 832,948.02 | 9161 CM | | | 36 | 10,903.37 | 13,513.41 | 13,513.41 | - | - | 832,948.02 |
| 25,000.00 | 05/12/97 | 811,543.59 | | | | 18 | 6,279.42 | 6,279.42 | 6,279.42 | 213,622.08 | - | 832,948.02 |
| 25,000.00 | 05/20/97 | 789,519.25 | | | | 11 | 277.65 | 3,595.57 | 3,595.57 | 21,404.43 | 3,317.92 | 811,543.59 |
| 25,000.00 | 05/28/97 | 766,624.63 | | | | 8 | 2,975.66 | 2,975.66 | 2,975.66 | 22,024.34 | - | 789,519.25 |
| 25,000.00 | 06/03/97 | 743,668.96 | | | | 8 | 2,105.38 | 2,105.38 | 2,105.38 | 22,894.62 | - | 766,624.63 |
| 25,000.00 | 06/05/97 | 719,908.41 | | | | 5 | 2,044.33 | 2,044.33 | 2,044.33 | 22,955.67 | - | 743,668.96 |
| | | | | | | 2 | 1,239.45 | 1,239.45 | 1,239.45 | 23,760.55 | - | 719,908.41 |
| | | | | | | 2 | 479.94 | 479.94 | 479.94 | 24,520.06 | - | 695,388.35 |
| 25,000.00 | 06/17/97 | 695,388.35 | 5343-3 | 175,341.64 | 6/15/1997 | 2 | 116.89 | 116.89 | - | - | 116.89 | 870,729.99 |
| 25,000.00 | 06/24/97 | 941,315.62 | 5346-2 | 92,625.43 | 6/15/1997 | 12 | 61.75 | 178.64 | - | - | 178.64 | 963,355.43 |
| 25,000.00 | 07/01/97 | 918,512.03 | | | | 7 | 2,781.55 | 2,960.20 | 2,960.20 | 22,039.80 | - | 941,315.62 |
| 25,000.00 | 07/15/97 | 895,655.22 | | | | 14 | 2,196.40 | 2,196.40 | 2,196.40 | 22,803.60 | - | 918,512.03 |
| 50,000.00 | 07/23/97 | 849,834.95 | | | | 7 | 2,143.19 | 2,143.19 | 2,143.19 | 22,856.81 | - | 895,655.22 |
| 371,737.78 | 07/29/97 | 484,329.29 | | | | 14 | 4,179.72 | 4,179.72 | 4,179.72 | 45,820.28 | - | 849,834.95 |
| 25,000.00 | 08/13/97 | 460,297.95 | | | | 22 | 6,232.12 | 6,232.12 | 6,232.12 | 365,505.66 | - | 484,329.29 |
| 303,584.13 | | | | | | 6 | 968.66 | 968.66 | 968.66 | 24,031.34 | - | 460,297.95 |
| | | | | | | 14 | 2,148.06 | 2,148.06 | 2,148.06 | 301,436.07 | - | 158,861.87 |
| 97,500.00 | 11/28/97 | 158,861.87 | 9468 | 6,197.00 | 8/24/1997 | 96 | 198.30 | 198.30 | - | - | 198.30 | 165,058.87 |
| | | | | | | 105 | 5,560.17 | 5,758.47 | 5,758.47 | 91,741.53 | - | 73,317.34 |
| 194,995.00 | 09/21/98 | 73,317.34 | 5346-3 | 184,122.70 | 8/7/1998 | 43 | 2,639.09 | 2,639.09 | - | 184,999.73 | 2,639.09 | 257,440.05 |
| | | | | | | 301 | 7,356.17 | 9,995.27 | 9,995.27 | | | |
| | 08/24/00 | | | | | 703 | 16,975.18 | 16,975.18 | | | 16,975.18 | 72,440.31 |
| | 04/15/05 | 72,440.31 | | | | 693 | 40,880.48 | 57,855.66 | | | 57,855.66 | 72,440.31 |
| **Total $ 6,354,161.11** | | $ 72,440.31 | | $ 6,167,916.91 | | | $ 316,540.18 | | $ 258,684.51 | $ 6,095,476.60 | | |

(1) Projected invoice amounts based on Adjusted Contract Value and Estimated Earned Contract Value
(2) Principal and Interest due SMC at August 24, 2000  $ 89,415
(3) Principal and Interest due SMC at April 15, 2005  $ 130,296

2 of 2

Exhibit C1-b

**WHITE OAK CORPORATION**
**NEW HAVEN PROJECT**
Steward Machine Co., Inc.
Schedule A-Projected Invoice Summary

## SCENARIO ONE - SHEAVES @ 95% COMPLETE

| Description | SMC PO | Adjusted Contract Value | % Complete | Earned Contract Value |
|---|---|---|---|---|
| Lock Machinery | W5346 | $ 380,935.06 | 85% | $ 323,794.81 |
| Sheaves | W5345 | 4,761,688.01 | 95% | 4,523,603.61 |
| Main & Aux CW (Ropes) | W5344 | 571,402.60 | 65% | 371,411.69 |
| Oper. Machinery | W5343 | 1,618,974.03 | 68% | 1,100,902.34 |

### SCHEDULE A - BASE CONTRACT PRINCIPAL AND INTEREST PER SMC

| Payment Amount | Payment Date | Past Due Principal | Invoice No. | Invoice net of Retention (1) | Due Date | Days Late | Current Interest Due | Total Interest Due | Interest Payment | Principal Payment | Interest Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 501,930.00 | 02/15/95 | $ — | 7704 | $ 835,676.30 | 1/30/1995 | 15 | $ 4,178.38 | $ 4,178.38 | $ 4,178.38 | $ 497,751.62 | $ — | $ 337,924.68 |
| | | | 7824 | 1,063,376.99 | 3/18/1995 | 23 | 8,152.56 | 8,152.56 | | | 8,152.56 | 1,401,301.67 |
| 751,896.00 | 04/11/95 | 337,924.68 | | | | 56 | 6,307.93 | 14,460.48 | 14,460.48 | 737,435.52 | | 663,866.15 |
| | | | 7909 | 282,568.32 | 4/28/1995 | 45 | 4,238.52 | 4,238.52 | | | 4,238.52 | 946,434.48 |
| | | | 7955 | 141,347.47 | 5/28/1985 | 15 | 706.74 | 4,945.26 | | | 4,945.26 | 1,087,781.95 |
| 130,000.00 | 06/13/95 | 663,866.15 | | | | 62 | 13,719.90 | 18,665.16 | 18,665.16 | 111,334.84 | | 976,447.11 |
| 250,000.00 | 06/19/95 | 976,447.11 | | | | 6 | 1,952.89 | 1,952.89 | 1,952.89 | 248,047.11 | | 728,400.00 |
| 250,000.00 | 06/29/95 | 728,400.00 | | | | 10 | 2,428.00 | 2,428.00 | 2,428.00 | 247,572.00 | | 480,828.00 |
| 153,666.00 | 07/11/95 | 480,828.00 | | | | 12 | 1,923.31 | 1,923.31 | 1,923.31 | 151,742.69 | | 329,085.32 |
| | | | 8256 | 50,615.93 | 10/22/1995 | 65 | 1,096.68 | 1,096.68 | | | 1,096.68 | 379,701.25 |
| | | | 8362 | 527,573.42 | 12/18/1995 | 9 | 1,582.72 | 2,679.40 | | | 2,679.40 | 907,274.67 |
| 119,390.70 | 12/27/95 | 329,085.32 | 8363 | 632,254.54 | 12/18/1995 | 9 | 1,896.76 | 4,576.16 | | 96,495.45 | 4,576.16 | 1,539,529.21 |
| 887,507.40 | 01/16/96 | 1,443,033.75 | | | | 167 | 18,319.08 | 22,895.25 | 22,895.25 | 878,368.19 | | 1,443,033.75 |
| 99,146.78 | 05/15/96 | 564,665.57 | | | | 19 | 9,139.21 | 9,139.21 | 9,139.21 | 67,337.29 | | 564,665.57 |
| | | | 8451 | 14,023.01 | 10/22/1996 | 169 | 31,809.49 | 31,809.49 | | | 31,809.49 | 497,328.28 |
| | | | 8500 | 52,036.30 | 2/19/1996 | 102 | 476.78 | 476.78 | | | 476.78 | 511,351.29 |
| | | | 8501 | 173,782.68 | 2/19/1996 | 86 | 1,491.71 | 1,968.49 | | | 1,968.49 | 563,387.59 |
| | | | 8619 | 98,166.77 | 4/16/1996 | 86 | 4,981.77 | 6,950.26 | | | 6,950.26 | 737,170.28 |
| | | | 8620 | 141,347.47 | 4/16/1996 | 29 | 948.95 | 7,899.21 | | | 7,899.21 | 835,337.05 |
| 184,061.47 | 06/05/96 | 497,328.28 | | | | 29 | 1,366.36 | 9,265.56 | | | 9,265.56 | 976,684.52 |
| | | | 8675 | 61,609.97 | 5/18/1996 | 20 | 3,315.52 | 12,581.09 | 12,581.09 | 171,480.38 | | 805,204.13 |
| | | | 8676 | 144,196.37 | 5/18/1996 | 17 | 349.12 | 349.12 | 349.12 | | 349.12 | 866,814.11 |
| 361,859.55 | 07/08/96 | 805,204.13 | | | | 33 | 817.11 | 1,166.24 | 1,166.24 | 351,836.07 | | 1,011,010.47 |
| | | | 8728 | 37,838.36 | 4/18/1996 | 24 | 8,857.25 | 10,023.48 | 10,023.48 | | 10,023.48 | 659,174.41 |
| | | | 8729 | 155,866.29 | 6/18/1996 | 24 | 302.71 | 302.71 | 302.71 | | 302.71 | 697,012.76 |
| 349,711.70 | 08/26/96 | 659,174.41 | | | | 48 | 10,546.79 | 12,096.43 | 12,096.43 | 337,615.27 | | 852,879.06 |
| | | | 8775 | 543,075.34 | 7/15/1996 | 41 | 7,422.03 | 7,422.03 | | | 7,422.03 | 515,263.78 |
| | | | 8776 | 25,935.44 | 7/15/1996 | 41 | 354.45 | 7,776.48 | | | 7,776.48 | 1,058,339.13 |
| | | | 8836 | 21,900.61 | 8/17/1996 | 9 | 65.70 | 7,842.18 | | | 7,842.18 | 1,084,274.56 |
| | | | 8837 | 152,996.29 | 8/17/1996 | 9 | 458.99 | 8,301.17 | | | 8,301.17 | 1,106,175.18 |
| 260,130.00 | 10/09/96 | 515,263.78 | | | | 43 | 7,385.45 | 15,686.62 | 15,686.62 | 244,443.38 | | 1,259,171.47 |
| 108,143.10 | 10/15/96 | 1,014,728.09 | 5345-1 | 159,527.65 | 10/16/1996 | 6 | 2,029.46 | 2,029.46 | 2,029.46 | 106,113.64 | | 1,014,728.09 |
| | | | | | | 35 | 1,861.16 | 1,861.16 | — | — | 1,861.16 | 1,068,142.10 |

Interest Rate - 1% per month or .0333% per day based upon a 360 day year
Payments received by SMC are applied to Accrued Interest and the remaining amount is applied to outstanding principal.

Interest Assumptions are as presented by SMC in Schedule A

**EXHIBIT C2**

WHITE OAK CORPORATION
NEW HAVEN PROJECT
Steward Machine Co., Inc.
Projected Invoice Summary

SCENARIO TWO - SHEAVES @ 98% COMPLETE

Exhibit C2-a

| | | | |
|---|---|---|---|
| Original Contract Values | | | |
| SMC PO Value | | | $7,333,000 |
| ConnDOT | | | $7,700,000 |
| Adjusted Contract Values @ 95.23% (1) | | | $7,333,000 |
| Estimated percentage complete by SMC | | | 88% |
| Estimated Earned Contract Value | | | $6,468,760 |

| Invoice Number | Invoice Date | SMC Invoice Amount | SMC Invoice net of retention | Other | Lock Mach. 09290A 08550 % invoiced (2) | Adjusted Invoice (3) | Sheaves 601015A 18555 % invoiced (2) | Adjusted Invoice (3) | Ropes 601016A 08355 % invoiced (2) | Adjusted Invoice (3) | Op. Machinery 601361A 08360 % invoiced (2) | Adjusted Invoice (3) | Total | Less Retainage @ 2.5% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7704 | 11/30/1994 | 792,000 | 772,200 | | 0% | | 18% | $857,104 | 0% | | 0% | | 857,104 | 835,676 |
| 7824 | 1/18/1995 | 1,007,800 | 982,605 | | 0% | | 25% | 1,090,643 | 0% | | 0% | | 1,090,643 | 1,063,377 |
| 7909 | 2/28/1995 | 267,800 | 261,105 | | 0% | $253,100 | 6% | 289,814 | 0% | | 0% | | 289,814 | 282,568 |
| 7955 | 3/28/1995 | 133,960 | 130,611 | | 0% | 400,000 | 3% | 144,972 | 0% | | 0% | | 144,972 | 141,347 |
| 8256 | 8/22/1995 | 133,100 | 129,773 | | 85% | 380,535 | 0% | | 0% | | 0% | | | |
| 8362 | 10/18/1995 | 500,000 | 487,500 | | 85% | | 11% | 541,101 | 4% | 51,914 | 0% | | 541,101 | 527,573 |
| 8363 | 10/18/1995 | 599,210 | 584,230 | | 0% | | 14% | 648,466 | 0% | | 0% | | 648,466 | 632,255 |
| 8451 | 11/30/1995 | 36,875 | 35,953 | | 0% | | 0% | | 4% | 51,914 | 0% | | 14,383 | 14,023 |
| 8500 | 12/19/1995 | 136,835 | 133,414 | | 0% | | 3% | 144,383 | 4% | 53,371 | 0% | | 53,371 | 52,036 |
| 8501 | 12/19/1995 | 164,700 | 160,583 | | 0% | | 0% | 178,239 | 12% | | 0% | | 178,239 | 173,783 |
| 8619 | 2/16/1996 | 258,140 | 251,687 | | 0% | | 5% | 178,259 | 18% | 100,684 | 0% | | 100,684 | 98,167 |
| 8620 | 2/16/1996 | 133,960 | 130,611 | | 0% | | 5% | 144,972 | 0% | | 0% | | 144,972 | 141,347 |
| 8675 | 3/18/1996 | 162,010 | 157,960 | | 0% | | 3% | 184,972 | 0% | | 0% | | | |
| 8676 | 3/18/1996 | 136,660 | 133,244 | | 0% | | 0% | | 11% | 63,190 | 0% | | 63,190 | 61,610 |
| 8728 | 4/18/1996 | 99,500 | 97,013 | | 0% | | 0% | | 0% | | 0% | | | |
| 8729 | 4/18/1996 | 147,720 | 144,027 | | 0% | | 6% | 147,894 | 0% | | 0% | | 147,894 | 144,196 |
| 8776 | 5/15/1996 | 68,200 | 66,495 | | 0% | | 0% | 178,894 | 7% | 38,809 | 0% | | 38,809 | 37,838 |
| 8775 | 5/15/1996 | 418,015 | 407,565 | | 0% | | 9% | 159,863 | 0% | | 0% | | 159,863 | 155,866 |
| 8836 | 6/17/1996 | 52,550 | 51,236 | | 0% | | 0% | 26,600 | 0% | | 0% | | 26,600 | 25,935 |
| 8837 | 6/17/1996 | 145,000 | 141,375 | | 0% | | 0% | 156,919 | 34% | | 0% | 557,000 | 557,000 | 543,075 |
| 5345-1 | 8/16/1996 | 471,190 | 459,410 | | 50% | 188,814 (4) | 4% | 222,462 | 18% | | 0% | | 156,919 | 152,996 |
| 5345-2 | 9/18/1996 | 250,000 | 243,750 | | 25% | 95,000 | 6% | 306,919 | 49% | | 0% | 22,462 | 22,462 | 21,901 |
| 5346-1 | 11/15/1996 | 250,000 | 243,750 | | 0% | | 0% | | 0% | | 0% | 306,469 | 306,469 | 298,807 |
| 5343-3 | 11/14/1996 | 382,285 | 372,728 | | 0% | | 10% | | 0% | | 0% | | | |
| 5345-3 | 11/15/1996 | 41,950 | 40,901 | | 0% | | 0% | | 0% | | 0% | 39,951 | 39,951 | 38,952 |
| 5343-3 | 4/16/1997 | 355,372 | 346,488 | | 0% | | 0% | | 22% | | 0% | 364,064 | 364,064 | 354,963 |
| 5346-2 | 4/16/1997 | 99,755 | 97,261 | | 0% | | 0% | | 0% | | 0% | 179,838 (4) | 179,838 | 175,342 |
| 5346-3 | 6/8/1998 | 199,995 | 194,995 | | 0% | | 0% | | 0% | | 11% | 95,000 | 95,000 | 92,625 |
| 9468 | 7/10/1997 | 6,197 | 6,197 | 6,197 | 0% | | 0% | | 0% | | 0% | | 6,197 | 6,197 |
| Total | | $7,450,779 | $7,264,664 | $6,197 | 85% | $323,755 | 98% | $4,606,455 | 65% | $371,412 | 68% | $1,100,902 | 6,468,760 | 6,307,196 |

(1) - ConnDOT contract value multiplied by approximately 95.23% representing the Adjusted Contract Value to SMC.
(2) - The "percentage complete" indicated by SMC on the specified invoice, if no "percentage complete" was identified, the invoice percentage of the effective PO Value was used for the percent complete calculation.
(3) - The "percentage complete" invoiced by SMC multiplied by the ConnDOT Adjusted Contract Value
(4) - Invoice was limited to the amount of the Estimated Earned Contract Value.

WHITE OAK CORPORATION
NEW HAVEN PROJECT
Steward Machine Co., Inc.
Schedule A-Projected Invoice Summary

Exhibit C2-b

## SCENARIO TWO - SHEAVES @ 98% COMPLETE

### Percentage Complete Assumptions

| Description | SMC PO | Adjusted Contract Value | % Complete | Earned Contract Value |
|---|---|---|---|---|
| Lock Machinery | W5346 | $ 380,935.06 | 85% | $ 323,794.81 |
| Sheaves | W5345 | 476,688.31 | 98% | 416,664.55 |
| Main & Aux CW (Ropes) | W5344 | 571,402.60 | 65% | 371,411.69 |
| Oper. Machinery | W5343 | 1,618,974.03 | 68% | 1,100,902.34 |

### SCHEDULE A - BASE CONTRACT PRINCIPAL AND INTEREST PER SMC

| Payment Amount | Payment Date | Past Due Principal | Invoice No. | Invoice net of Retention (1) | Due Date | Days Late | Current Interest Due | Total Interest Due | Interest Payment | Principal Payment | Interest Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 501,930.00 | 02/15/95 | $ - | 7704 | $ 835,676.30 | 1/30/1995 | 15 | $ 4,178.38 | $ 4,178.38 | $ 4,178.38 | $ 497,751.62 | $ - | $ 337,924.68 |
| | | | 7824 | 1,063,376.99 | 3/18/1995 | 23 | 8,152.56 | 8,152.56 | | | 8,152.56 | 1,401,301.67 |
| 751,896.00 | 04/11/95 | 337,924.68 | | | | 56 | 6,307.93 | 14,460.48 | 14,460.48 | 737,435.52 | - | 663,866.15 |
| | | | 7909 | 282,568.32 | 4/28/1995 | 45 | 4,238.52 | 4,238.52 | | | 4,238.52 | 946,434.48 |
| | | | 7955 | 141,347.47 | 5/28/1985 | 15 | 706.74 | 4,945.26 | | | 4,945.26 | 1,087,781.95 |
| 130,000.00 | 06/13/95 | 663,866.15 | | | | 62 | 13,719.90 | 18,665.16 | | | 18,665.16 | 976,447.11 |
| 250,000.00 | 06/19/95 | 976,447.11 | | | | 6 | 1,952.89 | 1,952.89 | | | 1,952.89 | 728,400.00 |
| 250,000.00 | 06/29/95 | 728,400.00 | | | | 10 | 2,428.00 | 2,428.00 | | | 2,428.00 | 480,828.00 |
| 153,666.00 | 07/11/95 | 480,828.00 | | | | 12 | 1,923.31 | 1,923.31 | | | 1,923.31 | 329,085.32 |
| | | | 8256 | 50,615.93 | 10/22/1995 | 65 | 1,096.68 | 1,096.68 | | | 1,096.68 | 379,701.25 |
| | | | 8362 | 527,573.42 | 12/18/1995 | 9 | 1,582.72 | 2,679.40 | | | 2,679.40 | 907,274.67 |
| | | | 8363 | 632,254.54 | 12/18/1995 | 9 | 1,896.76 | 4,576.16 | | | 4,576.16 | 1,539,529.21 |
| 119,390.70 | 12/27/95 | 329,085.32 | | | | 167 | 18,319.08 | 22,895.25 | 22,895.25 | 96,495.45 | - | 1,443,033.75 |
| 887,507.40 | 01/16/96 | 1,443,033.75 | | | | 19 | 9,139.21 | 9,139.21 | 9,139.21 | 878,368.19 | - | 564,665.57 |
| 99,146.78 | 05/15/96 | 564,665.57 | | | | 169 | 31,809.49 | 31,809.49 | 31,809.49 | 67,337.29 | - | 497,328.28 |
| | | | 8451 | 14,023.01 | 10/22/1996 | 102 | 476.78 | 476.78 | | | 476.78 | 511,351.29 |
| | | | 8500 | 52,036.30 | 2/19/1996 | 86 | 1,491.71 | 1,968.49 | | | 1,968.49 | 563,387.59 |
| | | | 8501 | 173,782.68 | 2/19/1996 | 86 | 4,981.77 | 6,950.26 | | | 6,950.26 | 737,170.28 |
| | | | 8619 | 98,166.77 | 4/16/1996 | 29 | 948.95 | 7,899.21 | | | 7,899.21 | 835,337.05 |
| | | | 8620 | 141,347.47 | 4/16/1996 | 29 | 1,366.36 | 9,265.56 | | | 9,265.56 | 976,684.52 |
| 184,061.47 | 06/05/96 | 497,328.28 | | | | 20 | 3,315.52 | 12,581.09 | 12,581.09 | 171,480.38 | - | 805,204.13 |
| | | | 8675 | 61,609.97 | 5/18/1996 | 17 | 349.12 | 349.12 | | | 349.12 | 866,814.11 |
| | | | 8676 | 144,196.37 | 5/18/1996 | 17 | 817.11 | 1,166.24 | | | 1,166.24 | 1,011,010.47 |
| 361,859.55 | 07/08/96 | 805,204.13 | | | | 33 | 8,857.25 | 10,023.48 | 10,023.48 | 351,836.07 | - | 659,174.41 |
| | | | 8728 | 37,838.36 | 4/18/1996 | 24 | 302.71 | 302.71 | | | 302.71 | 697,012.76 |
| | | | 8729 | 155,866.29 | 6/18/1996 | 24 | 1,246.93 | 1,549.64 | | | 1,549.64 | 852,879.06 |
| 349,711.70 | 08/26/96 | 659,174.41 | | | | 48 | 10,546.79 | 12,096.43 | 12,096.43 | 337,615.27 | - | 515,263.78 |
| | | | 8775 | 543,075.34 | 7/15/1996 | 41 | 7,422.03 | 7,422.03 | | | 7,422.03 | 1,058,339.13 |
| | | | 8776 | 25,935.44 | 7/15/1996 | 41 | 354.45 | 7,776.48 | | | 7,776.48 | 1,084,274.56 |
| | | | 8836 | 21,900.61 | 8/17/1996 | 9 | 65.70 | 7,842.18 | | | 7,842.18 | 1,106,175.18 |
| | | | 8837 | 152,296.29 | 8/17/1996 | 9 | 458.99 | 8,301.17 | | | 8,301.17 | 1,259,171.47 |
| 260,130.00 | 10/09/96 | 515,263.78 | | | | 43 | 7,385.45 | 15,686.62 | 15,686.62 | 244,443.38 | - | 1,014,728.09 |
| 108,143.10 | 10/15/96 | 1,014,728.09 | | | | 6 | 2,029.46 | 2,029.46 | 2,029.46 | 106,113.64 | - | 908,614.44 |
| | | | 5345-1 | 298,807.03 | 10/16/1996 | 35 | 3,486.08 | 3,486.08 | - | - | 3,486.08 | 1,207,421.48 |

Interest Assumptions are as presented by SMC in Schedule A

Interest Rate - 1% per month or .0333% per day based upon a 360 day year
Payments received by SMC are applied to Accrued Interest and the remaining amount is applied to outstanding principal.

1 of 2

Exhibit C2-ب

**WHITE OAK CORPORATION**
**NEW HAVEN PROJECT**
Steward Machine Co., Inc.
Schedule A-Projected Invoice Summary

**SCENARIO TWO - SHEAVES @ 98% COMPLETE**

| Payment Amount | Payment Date | Past Due Principal | Invoice No. | Invoice net of Retention (1) | Due Date | Days Late | Current Interest Due | Total Interest Due | Interest Payment | Principal Payment | Interest Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 1,207,421.48 |
| 429,000.00 | 11/21/96 | 908,614.44 | 5345-2 | 354,962.79 | 11/14/1996 | 7 | 3,486.08 | 3,486.08 | - | 413,861.67 | 3,486.08 | 1,207,421.48 |
| 219,901.50 | 12/09/96 | 1,187,474.41 | 5343-2 | - | 11/15/1996 | 6 | 4,196.01 | 4,196.01 | - | 212,776.65 | 4,196.01 | 1,562,384.27 |
| - | 12/31/96 | 974,697.75 | 5346-1 | 38,951.80 | 11/15/1996 | 3 | 4,234.96 | 4,234.96 | - | - | 4,234.96 | 1,601,336.07 |
| | | | 5345-3 | - | 11/18/1996 | 6 | - | - | - | - | - | 1,601,336.07 |
| 30,000.00 | 04/30/97 | 974,697.75 | | | | 36 | 10,903.37 | 15,138.33 | 15,138.33 | - | - | 1,187,474.41 |
| 25,000.00 | 05/01/97 | 974,697.75 | 9161 CM | | | 18 | 7,124.85 | 7,124.85 | 7,124.85 | - | - | 974,697.75 |
| 25,000.00 | 05/12/97 | 959,010.56 | | | | 120 | 38,987.91 | 38,987.91 | 30,000.00 | 15,687.19 | 8,987.91 | 974,697.75 |
| 25,000.00 | 05/20/97 | 937,526.93 | | | | 11 | 324.90 | 9,312.81 | 9,312.81 | 21,483.63 | - | 959,010.56 |
| 25,000.00 | 05/28/97 | 915,027.00 | | | | 8 | 3,516.37 | 3,516.37 | 3,516.37 | 21,483.63 | - | 937,526.93 |
| 25,000.00 | 06/03/97 | 892,467.08 | | | | 8 | 2,500.07 | 2,500.07 | 2,500.07 | 22,499.93 | - | 915,027.00 |
| 25,000.00 | 06/05/97 | 868,954.52 | | | | 5 | 2,440.07 | 2,440.07 | 2,440.07 | 22,559.93 | - | 892,467.08 |
| | | | | | | 2 | 1,487.45 | 1,487.45 | 1,487.45 | 23,512.55 | - | 868,954.52 |
| | | | 5343-3 | 175,341.64 | 6/15/1997 | 2 | 579.30 | 579.30 | 579.30 | 24,420.70 | - | 844,533.82 |
| | | | 5346-2 | 92,625.43 | 6/15/1997 | 2 | 116.89 | 116.89 | - | - | 116.89 | 1,019,875.47 |
| 25,000.00 | 06/17/97 | 844,533.82 | | | | 2 | 61.75 | 178.64 | - | - | 178.64 | 1,112,500.90 |
| 25,000.00 | 06/24/97 | 1,091,057.68 | | | | 12 | 3,378.14 | 3,556.78 | 3,556.78 | 21,443.22 | - | 1,091,057.68 |
| 25,000.00 | 07/01/97 | 1,068,603.48 | | | | 7 | 2,545.80 | 2,545.80 | 2,545.80 | 22,454.20 | - | 1,068,603.48 |
| 50,000.00 | 07/15/97 | 1,046,096.89 | | | | 7 | 2,493.41 | 2,493.41 | 2,493.41 | 22,506.59 | - | 1,046,096.89 |
| 371,737.78 | 07/23/97 | 1,000,978.68 | | | | 14 | 4,881.79 | 4,881.79 | 4,881.79 | 45,118.21 | - | 1,000,978.68 |
| 25,000.00 | 07/29/97 | 636,581.41 | | | | 22 | 7,340.51 | 7,340.51 | 7,340.51 | 364,397.27 | - | 636,581.41 |
| 303,584.13 | 08/13/97 | 612,854.57 | | | | 6 | 1,273.16 | 1,273.16 | 1,273.16 | 23,726.84 | - | 612,854.57 |
| | | | | | | 14 | 2,859.99 | 2,859.99 | 2,859.99 | 300,724.14 | - | 312,130.43 |
| 97,500.00 | 11/28/97 | 312,130.43 | 9468 | 6,197.00 | 8/24/1997 | 96 | 198.30 | 198.30 | - | - | 198.30 | 318,327.43 |
| 194,995.00 | 09/21/98 | 231,950.30 | 5346-3 | 184,122.70 | 8/7/1998 | 105 | 10,924.56 | 11,122.87 | 11,122.87 | 86,377.13 | - | 231,950.30 |
| | | | | | | 43 | 2,639.09 | 2,639.09 | - | - | 2,639.09 | 416,073.00 |
| | 03/24/00 | 246,989.44 | | | | 703 | 57,877.86 | 57,877.86 | - | 169,083.56 | 57,877.86 | 246,989.44 |
| | 04/15/05 | 246,989.44 | | | | 301 | 23,272.35 | 25,911.44 | 25,911.44 | - | - | 231,950.30 |
| | | | | | | 1693 | 39,384.37 | 197,262.23 | | | 197,262.23 | 246,989.44 (2) |
| **Total** | | | | | | | | | | | | 246,989.44 (3) |
| $ 6,354,161.11 | | $ 246,989.44 | | $ 6,307,196.29 | | | $ 491,216.48 | | $ 293,954.25 | $ 6,060,206.86 | | |

(1) Projected invoice amounts based on Adjusted Contract Value and Estimated Earned Contract Value
(2) Principal and Interest due SMC at August 24, 2000     $ 304,867
(3) Principal and Interest due SMC at April 15, 2005      $ 444,252

**EXHIBIT C3**

WHITE OAK CORPORATION
NEW HAVEN PROJECT
Steward Machine Co., Inc.
Projected Invoice Summary

SCENARIO THREE - SHEAVES @ 100% COMPLETE

| Original Contract Values | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SMC PO Value | | | | | | | | | | | | | | 7,333,000 |
| ConnDOT | | | | | | | | | | | | | | 7,700,000 |
| Adjusted Contract Values @ 95.23% (1) | | | | | | | | | | | | | | 7,333,000 |
| Estimated percentage complete by SMC | | | | | | | | | | | | | | 90% |
| Estimated Earned Contract Value | | | | | | | | | | | | | | 6,563,994 |

| Invoice Number | Invoice Date | SMC Invoice Amount | SMC Invoice net of retention | Other | Lock/Latch 10025A % Invoiced (2) | Adjusted Invoice (3) | Sheaves 60.015A % Invoiced (2) | Adjusted Invoice (3) | Ropes 60.016A % Invoiced (2) | Adjusted Invoice (3) | Op/Machinery 60.063A % Invoiced (2) | Adjusted Invoice (3) | Total | Less Retainage @ 2.5% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7704 | 11/30/1994 | 792,000 | 772,200 | | 0% | | 0% | | 0% | | 0% | | 857,104 | 835,676 |
| 7824 | 1/18/1995 | 1,007,800 | 982,605 | | 0% | | 18% | 1,090,643 | 0% | | 0% | | 1,090,643 | 1,063,377 |
| 7909 | 2/28/1995 | 267,800 | 261,105 | | 0% | | 25% | 289,814 | 0% | | 0% | | 289,814 | 282,568 |
| 7955 | 3/28/1995 | 133,960 | 130,611 | | 0% | | 0% | | 0% | | 0% | | 144,972 | 141,347 |
| 8256 | 8/22/1995 | 133,100 | 129,773 | | 0% | | 1% | 194,972 | 10% | 1,465,000 | 1% | 1,215,000 | 144,972 | 141,347 |
| 8362 | 10/18/1995 | 500,000 | 487,500 | | 0% | | 4% | 543,101 | 0% | | 0% | | 51,914 | 50,616 |
| 8363 | 10/18/1995 | 599,210 | 584,230 | | 0% | | 11% | 648,456 | 0% | 600,000 | 0% | 1,700,000 | 541,101 | 527,573 |
| 8451 | 11/30/1995 | 36,875 | 35,953 | | 0% | | 14% | | 0% | | 0% | | 648,466 | 632,255 |
| 8500 | 12/19/1995 | 136,835 | 133,414 | | 0% | | 0% | | 0% | | 0% | | 14,383 | 14,023 |
| 8501 | 12/19/1995 | 164,700 | 160,583 | | 0% | | 3% | | 0% | | 0% | | 53,371 | 52,036 |
| 8619 | 2/16/1996 | 258,140 | 251,687 | | 0% | | 1% | 178,239 | 9% | | 0% | | 178,239 | 173,783 |
| 8620 | 2/16/1996 | 133,960 | 130,611 | | 0% | | 18% | | 18% | 100,684 | 0% | | 100,684 | 98,167 |
| 8675 | 3/18/1996 | 162,010 | 157,960 | | 0% | | 25% | 144,972 | 0% | | 0% | | 144,972 | 141,347 |
| 8676 | 3/18/1996 | 136,660 | 133,244 | | 0% | | 3% | 147,894 | 12% | 65,190 | 0% | | 63,190 | 61,610 |
| 8728 | 4/18/1996 | 99,500 | 97,013 | | 0% | | 0% | | 0% | | 0% | | 147,894 | 144,196 |
| 8729 | 4/18/1996 | 147,720 | 144,027 | | 0% | | 0% | | 0% | 38,809 | 0% | | 38,809 | 37,838 |
| 8776 | 5/15/1996 | 68,200 | 66,495 | | 0% | | 3% | 159,863 | 55% | | 0% | | 159,863 | 155,866 |
| 8775 | 5/15/1996 | 418,015 | 407,565 | | 0% | | 0% | | 0% | 26,600 | 0% | | 26,600 | 25,935 |
| 8836 | 6/17/1996 | 52,550 | 51,236 | | 0% | | 49% | | 34% | 557,000 | 0% | | 557,000 | 543,075 |
| 8837 | 6/17/1996 | 145,000 | 141,375 | | 0% | | 0% | 156,919 | 0% | 22,462 | 0% | | 22,462 | 21,901 |
| 5345-1 | 8/16/1996 | 471,190 | 459,410 | | 0% | | 8% | 156,919 | 0% | | 0% | | 156,919 | 152,996 |
| 5345-2 | 9/18/1996 | 250,000 | 243,750 | | 10% | | 0% | 401,703 | 0% | | 0% | | 401,703 | 391,660 |
| 5346-1 | 11/15/1996 | 41,950 | 40,901 | | 0% | | 0% | 39,951 | 0% | | 0% | | 39,951 | 38,952 |
| 5343-2 | 11/15/1996 | 382,285 | 372,728 | | 0% | | 0% | 364,064 | 0% | | 22% | 364,064 | 364,064 | 354,963 |
| 5345-3 | 11/14/1996 | 250,000 | 243,750 | | 0% | | 0% | | 0% | | 0% | | | |
| 5343-3 | 4/16/1997 | 355,372 | 346,488 | | 0% | | 0% | | 0% | | 0% | | | |
| 5346-2 | 4/16/1997 | 99,755 | 97,261 | | 25% | 250,000 | 0% | | 0% | | 12% | 179,838 | 179,838 | 175,342 |
| 5346-3 | 6/8/1998 | 199,995 | 194,995 | | 50% | 188,844 | 0% | | 0% | | 0% | | 95,000 | 92,625 |
| 9468 | 7/10/1997 | 6,197 | 6,197 | | 0% | | 0% | | 0% | | 0% | | 188,844 | 184,123 |
| | | | | 6,197 | | | | | | | | | 6,197 | 6,197 |
| Total | | $ 7,450,779 | $ 7,264,664 | $ 6,197 | 85% | $ 523,795 | 100% | $ 4,761,688 | 65% | $ 371,412 | 68% | $ 1,100,902 | $ 6,563,994 | $ 6,400,049 |

(1) - ConnDOT contract value multiplied by approximately 95.23% representing the Adjusted Contract Value to SMC.
(2) - The "percentage complete" indicated by SMC on the specified invoice, if no "percentage complete" was identified, the invoice percentage of the effective PO Value was used for the percent complete calculation.
(3) - The "percentage complete" invoiced by SMC multiplied by the ConnDOT Adjusted Contract Value
(4) - Invoice was limited to the amount of the Estimated Earned Contract Value.

Exhibit C3-a

WHITE OAK CORPORATION
NEW HAVEN PROJECT
Steward Machine Co., Inc.
Schedule A-Projected Invoice Summary

## SCENARIO THREE - SHEAVES @ 100% COMPLETE

Exhibit C3-b

| Description | SMC PO | Percentage Complete Assumptions | | Earned Contract Value |
|---|---|---|---|---|
| | | Adjusted Contract Value | % Complete | |
| Lock Machinery | W5346 | $ 380,935.06 | 85% | $ 323,794.81 |
| Sheaves | W5345 | $ 1,401,301.67 | 100% | $ 1,401,301.67 |
| Main & Aux CW (Ropes) | W5344 | $ 571,402.60 | 65% | $ 371,411.69 |
| Oper. Machinery | W5343 | $ 1,618,974.03 | 68% | $ 1,100,902.34 |

### SCHEDULE A - BASE CONTRACT PRINCIPAL AND INTEREST PER SMC

| Payment Amount | Payment Date | Past Due Principal | Invoice No. | Invoice net of Retention (1) | Due Date | Days Late | Current Interest Due | Total Interest Due | Interest Payment | Principal Payment | Interest Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $ 501,930.00 | 02/15/95 | $ - | 7704 | $ 835,676.30 | 1/30/1995 | 15 | $ 4,178.38 | $ 4,178.38 | $ 4,178.38 | $ 497,751.62 | $ - | $ 337,924.68 |
| 751,896.00 | 04/11/95 | 337,924.68 | 7824 | 1,063,376.99 | 3/18/1995 | 23 | 8,152.56 | 8,152.56 | 8,152.56 | | 8,152.56 | 1,401,301.67 |
| | | | 7909 | 282,568.32 | 4/28/1995 | 56 | 6,307.93 | 14,460.48 | 14,460.48 | 737,435.52 | | 946,434.48 |
| | | | 7955 | 141,347.47 | 5/28/1985 | 45 | 4,238.52 | 4,238.52 | | | 4,238.52 | 663,866.15 |
| 130,000.00 | 06/13/95 | 663,866.15 | | | | 15 | 706.74 | 4,945.26 | | | 4,945.26 | 1,087,781.95 |
| 250,000.00 | 06/19/95 | 976,447.11 | | | | 62 | 13,719.90 | 18,665.16 | 18,665.16 | 111,334.84 | | 976,447.11 |
| 250,000.00 | 06/29/95 | 728,400.00 | | | | 6 | 1,952.89 | 1,952.89 | 1,952.89 | 248,047.11 | | 728,400.00 |
| 153,666.00 | 07/11/95 | 480,828.00 | | | | 10 | 2,428.00 | 2,428.00 | 2,428.00 | 247,572.00 | | 480,828.00 |
| | | | 8256 | 50,615.93 | 10/22/1995 | 12 | 1,923.31 | 1,923.31 | 1,923.31 | 151,742.69 | | 329,085.32 |
| | | | 8362 | 527,573.42 | 12/18/1995 | 65 | 1,096.68 | 1,096.68 | | | 1,096.68 | 379,701.25 |
| 119,390.70 | 12/27/95 | 329,085.32 | 8363 | 632,254.54 | 12/18/1995 | 9 | 1,582.72 | 2,679.40 | | | 2,679.40 | 907,274.67 |
| 887,507.40 | 01/16/96 | 1,443,033.75 | | | | 167 | 1,896.76 | 4,576.16 | | | 4,576.16 | 1,539,529.21 |
| 99,146.78 | 05/15/96 | 564,665.57 | | | | 19 | 18,319.08 | 22,895.25 | 22,895.25 | 96,495.45 | | 1,443,033.75 |
| | | | 8451 | 14,023.01 | 10/22/1996 | 169 | 9,139.21 | 9,139.21 | 9,139.21 | 878,368.19 | | 564,665.57 |
| | | | 8500 | 52,036.30 | 2/19/1996 | 102 | 31,809.49 | 31,809.49 | 31,809.49 | 67,337.29 | | 497,328.28 |
| | | | 8501 | 173,782.68 | 2/19/1996 | 86 | 476.78 | 476.78 | | | 476.78 | 511,351.29 |
| | | | 8619 | 98,166.77 | 4/16/1996 | 86 | 1,491.71 | 1,968.49 | | | 1,968.49 | 563,387.59 |
| | | | 8620 | 141,347.47 | 4/16/1996 | 29 | 4,981.77 | 6,950.26 | | | 6,950.26 | 737,170.28 |
| 184,061.47 | 06/05/96 | 497,328.28 | | | | 29 | 948.95 | 7,899.21 | | | 7,899.21 | 835,337.05 |
| | | | 8675 | 61,609.97 | 5/18/1996 | 20 | 1,366.36 | 9,265.56 | | | 9,265.56 | 976,684.52 |
| | | | 8676 | 144,196.37 | 5/18/1996 | 17 | 3,315.52 | 12,581.09 | 12,581.09 | 171,480.38 | | 805,204.13 |
| 361,859.55 | 07/08/96 | 805,204.13 | | | | 17 | 349.12 | 349.12 | | | 349.12 | 866,814.11 |
| | | | 8728 | 37,838.36 | 4/18/1996 | 33 | 817.11 | 1,166.24 | | | 1,166.24 | 1,011,010.47 |
| 349,711.70 | 08/26/96 | 659,174.41 | 8729 | 155,866.29 | 6/18/1996 | 24 | 8,857.25 | 10,023.48 | 10,023.48 | 351,836.07 | | 659,174.41 |
| | | | 8775 | 543,075.34 | 7/15/1996 | 48 | 302.71 | 302.71 | | | 302.71 | 697,012.76 |
| | | | 8776 | 25,935.44 | 7/15/1996 | 41 | 1,246.93 | 1,549.64 | | | 1,549.64 | 852,879.06 |
| | | | 8836 | 21,900.61 | 8/17/1996 | 41 | 10,546.79 | 12,096.43 | 12,096.43 | 337,615.27 | | 515,263.78 |
| 260,130.00 | 10/09/96 | 515,263.78 | 8837 | 152,996.29 | 8/17/1996 | 9 | 7,422.03 | 7,422.03 | | | 7,422.03 | 1,058,339.13 |
| | | | | | | 9 | 354.45 | 7,776.48 | | | 7,776.48 | 1,084,274.56 |
| | | | | | | 9 | 65.70 | 7,842.18 | | | 7,842.18 | 1,106,175.18 |
| 108,143.10 | 10/15/96 | 1,014,728.09 | | | | 43 | 458.99 | 8,301.17 | | | 8,301.17 | 1,259,171.47 |
| | | | 5345-1 | 391,659.96 | 10/16/1996 | 6 | 7,385.45 | 15,686.62 | 15,686.62 | 244,443.38 | | 1,014,728.09 |
| | | | | | | 35 | 2,029.46 | 2,029.46 | 2,029.46 | 106,113.64 | | 908,614.44 |
| | | | | | | | 4,569.37 | 4,569.37 | | - | 4,569.37 | 1,300,274.40 |

Interest Assumptions are as presented by SMC in Schedule A

Interest Rate - 1% per month or .0333% per day based upon a 360 day year
Payments received by SMC are applied to Accrued Interest and the remaining amount is applied to outstanding principal.

1 of 2

Exhibit C3-h

**WHITE OAK CORPORATION**
**NEW HAVEN PROJECT**
Steward Machine Co., Inc.
Schedule A-Projected Invoice Summary

**SCENARIO THREE - SHEAVES @ 100% COMPLETE**

| Payment Amount | Payment Date | Past Due Principal | Invoice No. | Invoice net of Retention (1) | Due Date | Days Late | Current Interest Due | Total Interest Due | Interest Payment | Principal Payment | Interest Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 429,000.00 | 11/21/96 | 908,614.44 | 5345-2 | 354,962.79 | 11/14/1996 | 7 | - | 4,569.37 | - | 412,778.38 | 4,569.37 | 1,300,274.40 |
| 219,901.50 | 12/09/96 | 1,281,410.61 | 5343-2 | - | 11/15/1996 | 6 | 709.93 | 5,279.29 | - | 212,213.04 | 5,279.29 | 1,655,237.19 |
| - | 12/31/96 | 1,069,197.58 | 5346-1 | 38,951.80 | 11/15/1996 | 3 | 38.95 | 5,318.24 | - | - | 5,318.24 | 1,694,188.99 |
| - | 04/30/97 | 1,069,197.58 | 5345-3 | - | 11/18/1996 | 6 | 10,903.37 | 16,221.62 | 16,221.62 | - | 5,318.24 | 1,694,188.99 |
| 30,000.00 | 05/01/97 | 1,069,197.58 | | | | 36 | 10,903.37 | 16,221.62 | | | | 1,281,410.61 |
| 25,000.00 | 05/12/97 | 1,057,321.88 | 9161 CM | | | 18 | 7,688.46 | 7,688.46 | 7,688.46 | | | 1,069,197.58 |
| 25,000.00 | 05/20/97 | 1,036,198.72 | | | | 120 | 42,767.90 | 42,767.90 | 42,767.90 | 30,000.00 | 12,767.90 | 1,069,197.58 |
| 25,000.00 | 05/28/97 | 1,013,961.92 | | | | - | 356.40 | 13,124.30 | 13,124.30 | 11,875.70 | - | 1,057,321.88 |
| 25,000.00 | 06/03/97 | 991,665.82 | | | | 11 | 3,876.85 | 3,876.85 | 3,876.85 | 21,123.15 | - | 1,036,198.72 |
| 25,000.00 | 06/05/97 | 968,318.60 | | | | 8 | 2,763.20 | 2,763.20 | 2,763.20 | 22,236.80 | - | 1,013,961.92 |
| 25,000.00 | 06/17/97 | 943,964.14 | 5343-3 | 175,341.64 | 6/15/1997 | 8 | 2,703.90 | 2,703.90 | 2,703.90 | 22,296.10 | - | 991,665.82 |
| 25,000.00 | 06/24/97 | 1,190,885.72 | 5346-2 | 92,625.43 | 6/15/1997 | 5 | 1,652.78 | 1,652.78 | 1,652.78 | 23,347.22 | - | 968,318.60 |
| 25,000.00 | 07/01/97 | 1,168,664.45 | | | | 2 | 645.55 | 645.55 | 645.55 | 24,354.45 | - | 943,964.14 |
| 50,000.00 | 07/15/97 | 1,146,391.34 | | | | 2 | 116.89 | 116.89 | 116.89 | - | 116.89 | 1,119,305.78 |
| 371,737.78 | 07/23/97 | 1,101,741.16 | | | | 2 | 61.75 | 178.64 | - | - | 178.64 | 1,211,931.22 |
| 25,000.00 | 07/29/97 | 738,082.82 | | | | 12 | 3,775.86 | 3,954.50 | 3,954.50 | 21,045.50 | - | 1,190,885.72 |
| 303,584.13 | 08/13/97 | 714,558.98 | | | | 7 | 2,778.73 | 2,778.73 | 2,778.73 | 22,221.27 | - | 1,168,664.45 |
| | | | | | | 7 | 2,726.88 | 2,726.88 | 2,726.88 | 22,273.12 | - | 1,146,391.34 |
| | | | | | | 14 | 5,349.83 | 5,349.83 | 5,349.83 | 44,650.17 | - | 1,101,741.16 |
| | | | | | | 22 | 8,079.44 | 8,079.44 | 8,079.44 | 363,658.34 | - | 738,082.82 |
| | | | | | | 6 | 1,476.17 | 1,476.17 | 1,476.17 | 23,523.83 | - | 714,558.98 |
| | | | | | | 14 | 3,334.61 | 3,334.61 | 3,334.61 | 300,249.52 | - | 414,309.46 |
| 97,500.00 | 11/28/97 | 414,309.46 | 9468 | 6,197.00 | 8/24/1997 | 96 | 198.30 | 198.30 | - | 82,800.86 | 198.30 | 420,506.46 |
| 194,995.00 | 09/21/98 | 337,705.60 | 5346-3 | 184,122.70 | 8/7/1998 | 105 | 14,500.83 | 14,699.14 | 14,699.14 | - | - | 337,705.60 |
| | | | | | | 43 | 2,639.09 | 2,639.09 | - | - | 2,639.09 | 521,828.30 |
| | 08/24/00 | 363,355.52 | | | | 301 | 33,883.13 | 36,522.22 | 36,522.22 | 158,472.78 | - | 363,355.52 |
| | 04/15/05 | 363,355.52 | | | | 703 | 85,146.31 | 85,146.31 | - | - | 85,146.31 | 363,355.52 (2) |
| | | | | | | 1693 | 205,053.63 | 220,199.94 | - | - | 220,199.94 | 363,355.52 (3) |

| Total | $ 6,354,161.11 | $ 363,355.52 | $ 6,400,049.21 | $ 607,667.35 | $ 317,467.41 | $ 6,036,693.70 |

(1) Projected invoice amounts based on Adjusted Contract Value and Estimated Earned Contract Value
(2) Principal and Interest due SMC at August 24, 2000    $ 448,502
(3) Principal and Interest due SMC at April 15, 2005    $ 653,555