THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE CO., INC. | : | CIVIL ACTION NO. |
| | : | 3:00 CV00834 (SRU) |
| v. | : | |
| | : | |
| WHITE OAK CORPORATION, et al | : | APRIL 22, 2005 |

### MOTION TO STRIKE OR IN THE ALTERNATIVE
### MOTION FOR PERMISSION TO FILE RESPONSE

The plaintiff Steward Machine Co. Inc. ("Steward") moves that the defendants' Reply to Steward's Post-Trial Submission, dated April 20, 2005 be stricken; or, in the alternative, the plaintiff requests permission to file a response to the aforementioned filing by the defendants. In support of this motion the plaintiff represents:

1. The court did not authorize the filing of replies to the parties' post-trial submission.

2. The defendants have used the court's request for a limited post-trial submission as a vehicle for a post-trial brief on certain issues, setting forth arguments with respect to evidence and testimony, including purported "stipulations" by the plaintiff;

3. Fundamental fairness supports the conclusion that if the defendant's reply to Steward's post-trial submission is allowed the plaintiff should be afforded an opportunity to respond to the assertions and arguments set forth in the defendants' reply.

For the foregoing reasons Steward requests that the defendant's reply to Steward's post-trial submission be stricken; or, in the alternative, that Steward be granted permission to file a response, such a response to be filed with ten (10) days of the court's order.

Dated at New Haven, Connecticut, this 22nd day of April, 2005.

                                Steward Machine Co. Inc.

                                By_____
                                   Barbara E. Crowley
                                   Fed. Bar No. ct12669
                                   Egan & Crowley, P.C.
                                   234 Church Street
                                   New Haven, CT 06510

## **CERTIFICATION**

This is to certify that on this 22nd day of April 2005, a copy of the foregoing was mailed, postage prepaid, to:

Gary M. Case
Wolf, Horowitz, Etlinger, & Case, L.L.C.
99 Pratt Street
Hartford, CT 06103

Jane Milas
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510

_____
Barbara E. Crowley

3