FILED

2006 OCT 24 P 12: 48

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE, | ) | |
|     PLAINTIFF | ) | CIVIL ACTION NO. |
| | ) | 3:00 CV 00834 (SRU) |
| v. | ) | |
| | ) | |
| WHITE OAK | ) | |
| | ) | |
|     DEFENDANTS | ) | OCTOBER 18, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned hereby moves this Court for permission to withdraw his appearance in this matter. I have left the employ of the law firm of Wolf, Horowitz, Etlinger & Case, L.L.C. Attorney Gary M. Case of Wolf, Horowitz, Etlinger & Case, L.L.C. has filed an appearance on behalf of Defendant National Union Fire Insurance Company and will continue to represent this Defendant.

WHEREFORE, the undersigned requests that his Motion to Withdraw his Appearance be granted.

By: _____
Jason W. Glasgow (ct24888)
Email: jglasgow@travelers.com
St. Paul Travelers
One Tower Square
90 State House Square
Hartford, CT 06103
Tel. (860) 277-4231
Fax (860) 277-5722

**NO ORAL ARGUMENT REQUESTED**

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, first class, this 18th day of October, 2006 to:

William Egan
Egan & Crowley
234 Church Street
New Haven, CT 06510

Raymond Garcia
Jane Milas
Frederick Hedberg
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510

Gary M. Case
Wolf, Horowitz, Etlinger & Case, L.L.C.
99 Pratt Street
Suite 401
Hartford, CT 06103

_____
Jason W. Glasgow