# Appendix A

## REVISED EXHIBIT 53

### BASE CONTRACT PRINCIPAL AND INTEREST

| Payment Amount | Payment Date | Past Due Principal | Inv No. | Invoice Amount | Due Date | Days Late | Current Interest | Total Int. Due | Interest Payment | Principal Payment | Interest Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 501,930.00 | 02/15/95 | | 7704 | 772,200.00 | 01/30/95 | 15 | 3,861.00 | 3,861.00 | 3,861.00 | 498,069.00 | 0.00 | 274,131.00 |
| | 04/11/95 | | 7824 | 982,605.00 | 03/18/95 | 23 | 7,533.31 | 7,533.31 | | | 7,533.31 | 1,256,736.00 |
| 751,896.00 | 04/11/95 | 274,131.00 | | | | 56 | 5,117.11 | 12,650.42 | 12,650.42 | 739,245.58 | 0.00 | 517,490.42 |
| | 06/13/95 | | 7909 | 261,105.00 | 04/28/95 | 45 | 3,916.58 | 3,916.58 | | | 3,916.58 | 778,595.42 |
| | 06/13/95 | | 7955 | 130,611.00 | 05/28/95 | 15 | 653.06 | 4,569.63 | | | 4,569.63 | 909,206.42 |
| 130,000.00 | 06/13/95 | 517,490.42 | | | | 62 | 10,694.80 | 15,264.43 | 15,264.43 | 114,735.57 | 0.00 | 794,470.85 |
| 250,000.00 | 06/19/95 | 794,470.85 | | | | 6 | 1,588.94 | 1,588.94 | 1,588.94 | 248,411.06 | 0.00 | 546,059.79 |
| 250,000.00 | 06/29/95 | 546,059.79 | | | | 10 | 1,820.20 | 1,820.20 | 1,820.20 | 248,179.80 | 0.00 | 297,879.99 |
| 153,666.00 | 07/11/95 | 297,879.99 | | | | 12 | 1,191.52 | 1,191.52 | 1,191.52 | 152,474.48 | 0.00 | 145,405.51 |
| | 12/27/95 | | 8256 | 129,772.50 | 10/22/95 | 65 | 2,811.74 | 2,811.74 | | | 2,811.74 | 275,178.01 |
| | 12/27/95 | | 8362 | 487,500.00 | 12/18/95 | 9 | 1,462.50 | 4,274.24 | | | 4,274.24 | 762,678.01 |
| | 12/27/95 | | 8363 | 584,229.75 | 12/18/95 | 9 | 1,752.69 | 6,026.93 | | | 6,026.93 | 1,346,907.76 |
| 119,390.70 | 12/27/95 | 145,405.51 | | | | 167 | 8,094.24 | 14,121.17 | 14,121.17 | 105,269.53 | 0.00 | 1,241,638.23 |
| 887,507.40 | 01/16/96 | 1,241,638.23 | 8451 | 35,953.12 | 10/22/96 | 19 | 7,863.71 | 7,863.71 | 7,863.71 | 879,643.69 | 0.00 | 361,994.54 |
| | 05/15/96 | | 8500 | 133,414.12 | 02/19/96 | 86 | 3,824.54 | 5,046.94 | | | 5,046.94 | 531,361.78 |
| | 05/15/96 | | 8501 | 160,582.50 | 02/19/96 | 86 | 4,603.37 | 9,650.31 | | | 9,650.31 | 691,944.28 |
| | 05/15/96 | | 8619 | 251,686.50 | 04/16/96 | 29 | 2,432.97 | 12,083.28 | | | 12,083.28 | 943,630.78 |
| | 05/15/96 | | 8620 | 130,611.00 | 04/16/96 | 29 | 1,262.57 | 13,345.85 | | | 13,345.85 | 1,074,241.78 |
| 99,146.78 | 05/15/96 | 361,994.54 | | | | 119 | 14,359.12 | 27,704.97 | 27,704.97 | 84,787.66 | 0.00 | 989,454.11 |
| | 06/05/96 | | 8675 | 157,959.75 | 05/18/96 | 17 | 895.11 | 895.11 | | | 895.11 | 1,147,413.86 |
| | 06/05/96 | | 8676 | 133,243.50 | 05/18/96 | 17 | 755.05 | 1,650.15 | | | 1,650.15 | 1,280,657.36 |
| 184,061.47 | 06/05/96 | 989,454.11 | | | | 20 | 6,596.36 | 8,246.51 | 8,246.51 | 175,814.96 | 0.00 | 1,104,842.40 |
| | 07/08/96 | | 8728 | 97,012.50 | 06/18/96 | 24 | 776.10 | 776.10 | | | 776.10 | 1,377,669.86 |
| | 07/08/96 | | 8729 | 144,027.00 | 06/18/96 | 24 | 1,152.22 | 1,928.32 | | | 1,928.32 | 1,521,696.86 |
| 361,859.55 | 07/08/96 | 1,104,842.40 | | | | 33 | 12,153.27 | 14,081.58 | 14,081.58 | 347,777.97 | 0.00 | 1,173,918.89 |
| | 08/26/96 | | 8775 | 407,564.62 | 07/15/96 | 41 | 5,570.05 | 5,570.05 | | | 5,570.05 | 1,581,483.51 |
| | 08/26/96 | | 8776 | 66,495.00 | 07/15/96 | 41 | 908.77 | 6,478.81 | | | 6,478.81 | 1,647,978.51 |
| | 08/26/96 | | 8836 | 51,236.25 | 08/17/96 | 9 | 153.71 | 6,632.52 | | | 6,632.52 | 1,699,214.76 |
| | 08/26/96 | | 8837 | 141,375.00 | 08/17/96 | 9 | 424.13 | 7,056.65 | | | 7,056.65 | 1,840,589.76 |
| 349,711.70 | 08/26/96 | 1,173,918.89 | | | | 48 | 18,782.70 | 25,839.35 | 25,839.35 | 323,872.35 | 0.00 | 1,516,717.42 |
| 260,130.00 | 10/09/96 | 1,516,717.42 | | | | 43 | 21,739.62 | 21,739.62 | 21,739.62 | 238,390.38 | 0.00 | 1,278,327.03 |
| 108,143.10 | 10/15/96 | 1,278,327.03 | | | | 6 | 2,556.65 | 2,556.65 | 2,556.65 | 105,586.45 | 0.00 | 1,172,740.59 |

| Date | Ref | Amount | Date2 | Num | Value1 | Value2 | Value3 | Balance |
|---|---|---|---|---|---|---|---|---|
| 11/15/96 | 9161CM | (338,529.74) | 10/16/96 | 35 | 5,359.79 | 5,359.79 | 0.00 | 0.00 |
| 11/21/96 | 5345-1 | 459,410.25 | | | 5,359.79 | 5,359.79 | | 5,359.79 |
| 11/21/96 | 5345-2 | 243,750.00 | 11/17/96 | 4 | 325.00 | 5,684.79 | 0.00 | 5,684.79 |
| | | | | 36 | 14,072.89 | 19,757.67 | | 1,537,371.10 |
| 429,000.00 11/21/96 | | 1,172,740.59 | | 18 | 6,768.77 | 6,768.77 | 409,242.33 | 1,128,128.77 |
| 219,901.50 12/09/96 | | 1,128,128.77 | | | | | 0.00 | 914,996.04 |
| 04/30/97 | 5345-3 | 243,750.00 | 01/13/97 | 107 | 8,693.75 | 8,693.75 | | 1,158,746.04 |
| 04/30/97 | 5346 | 372,727.87 | 01/14/96 | 108 | 13,418.20 | 22,111.95 | 213,132.73 | 1,531,473.91 |
| 04/30/97 | 5346-2 | 40,901.25 | 01/13/97 | 107 | 1,458.81 | 23,570.76 | | 1,572,375.16 |
| 04/30/97 | | 834,210.85 | | 120 | 33,368.43 | 56,939.20 | 30,000.00 | 1,572,375.16 |
| 05/01/97 | | 1,572,375.16 | | 1 | 524.13 | 27,463.32 | 25,000.00 | 2,463.32 |
| 05/12/97 | | 1,572,375.16 | | 11 | 5,765.38 | 8,228.70 | 16,771.30 | 0.00 |
| 05/20/97 | | 1,555,603.86 | | 8 | 4,148.28 | 4,148.28 | 20,851.72 | 0.00 |
| 05/28/97 | | 1,534,752.14 | | 8 | 4,092.67 | 4,092.67 | 20,907.33 | 0.00 |
| 06/03/97 | | 1,513,844.81 | | 5 | 2,523.07 | 2,523.07 | 22,476.93 | 0.00 |
| 06/05/97 | | 1,491,367.88 | | 2 | 994.25 | 994.25 | 24,005.75 | 0.00 |
| 06/17/97 | 5343-3 | 346,487.70 | 06/15/97 | 2 | 230.99 | 230.99 | | 230.99 |
| 06/17/97 | 5346-2 | 97,261.12 | 06/15/97 | 2 | 64.84 | 295.83 | | 295.83 |
| 06/17/97 | | 1,467,362.13 | | 12 | 5,869.45 | 6,165.28 | 18,834.72 | 0.00 |
| 06/24/97 | | 1,892,276.23 | | 7 | 4,415.31 | 4,415.31 | 20,584.69 | 0.00 |
| 07/01/97 | | 1,871,691.54 | | 7 | 4,367.28 | 4,367.28 | 20,632.72 | 0.00 |
| 07/15/97 | | 1,851,058.82 | | 14 | 8,638.27 | 8,638.27 | 41,361.73 | 0.00 |
| 07/23/97 | | 1,809,697.10 | | 22 | 13,271.11 | 13,271.11 | 358,466.67 | 1,451,230.43 |
| 07/29/97 | | 1,451,230.43 | | 6 | 2,902.46 | 2,902.46 | 22,097.54 | 0.00 |
| 08/13/97 | | 1,429,132.89 | | 14 | 6,669.29 | 6,669.29 | 296,914.84 | 0.00 |
| 11/28/97 | 9468 | 6,196.50 | 08/24/97 | 96 | 198.29 | 198.29 | | 198.29 |
| 11/28/97 | | 1,132,218.05 | | 105 | 39,627.63 | 39,627.63 | 57,872.37 | 0.00 |
| 97,500.00 09/21/98 | 5346-3 | 194,995.00 | 08/07/98 | 43 | 2,794.93 | 2,794.93 | | 2,794.93 |
| 194,995.00 09/21/98 | | 1,074,345.68 | | 301 | 107,792.68 | 110,587.61 | 84,407.39 | 0.00 |
| 03/15/05 | | 1,184,933.29 | | 2365 | 934,122.41 | 934,122.41 | 934,122.41 | 1,184,933.29 |
| 6,354,161.11 | | 6,926,134.06 | | | | 456,687.73 | 5,910,819.23 | |

Total Principal and Interest Balance    $2,119,055.70

Correct Formula Error
Correct Payment Date
Correct Due Date