# Appendix B

## Schedule A
## Purchase Order Contract - Revised Amounts Due

| Invoice No. | Bid Item | Percentage Complete | Purchase Order Value | Revised Total Amount Due | Previous Total Invoiced | Revised Invoice Amount | Retainage | Revised Amount Due |
|---|---|---|---|---|---|---|---|---|
| 5345-1 | sheaves | 90% | 4,400,000 | 3,960,000 | 4,028,810 | 0 | 0 | 0 |
| 5345-2 | sheaves | 95% | 4,400,000 | 4,180,000 | 4,028,810 | 151,190 | 3,780 | 147,410 |
| 5345-3 | sheaves | 100% | 4,400,000 | 4,400,000 | 4,180,000 | 220,000 | 5,500 | 214,500 |
| 5346 | operating machinery | 47% | 1,215,000 | 571,050 | 418,015 | 153,035 | 3,826 | 149,209 |
| 5346-2 | lock machinery | 10% | 253,000 | 25,300 | 0 | 25,300 | 633 | 24,668 |
| 5343-3 | operating machinery | 68% | 1,215,000 | 826,200 | 571,050 | 255,150 | 6,379 | 248,771 |
| 5346-2 | lock machinery | 35% | 253,000 | 88,550 | 25,300 | 63,250 | 1,581 | 61,669 |
| 9468 | delivery charge | | | 6,197 | | 6,197 | | 6,197 |
| 5436-3 | lock machinery | 85% | 253,000 | 215,050 | 88,550 | 126,500 | 3,163 | 123,338 |

## Schedule B
### Purchase Order Contract - Revised Principal and Interest

| Payment Amount | Payment Date | Past Due Principal | Invoice No. | Revised Amount Due | Days Late | Current Interest | Total Interest Due | Interest Payment | Principal Payment | Interest Balance | Principal Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/15/96 | | | | | | | | | 0 | 1,172,741 |
| | 11/21/96 | | 5345-1 | 0 | | 197 | 197 | | | 197 | 1,172,741 |
| 429,000 | 11/21/96 | 1,172,741 | 5345-2 | 147,410 | 4 | 14,087 | 14,284 | 14,284 | 414,716 | 0 | 905,435 |
| 219,902 | 12/9/06 | 905,435 | 5345-3 | 214,500 | 18 | 5,422 | 5,422 | 5,422 | 214,480 | (0) | 905,455 |
| | 4/30/97 | | 5346 | 149,209 | 106 | 7,749 | 7,749 | | | 7,749 | 1,054,664 |
| | 4/30/97 | | 5346-2 | 24,668 | 107 | 5,339 | 13,088 | | | 13,088 | 1,079,332 |
| | 4/30/97 | | | | 142 | 891 | 13,979 | | | 13,979 | 1,079,332 |
| 30,000 | 4/30/97 | 690,955 | | | 142 | 33,321 | 47,301 | 30,000 | 0 | 17,301 | 1,079,332 |
| 25,000 | 5/1/97 | 1,079,332 | | | 1 | 358 | 17,659 | 17,659 | 7,341 | 0 | 1,071,991 |
| 25,000 | 5/12/97 | 1,071,991 | | | 11 | 3,918 | 3,918 | 3,918 | 21,082 | 0 | 1,050,909 |
| 25,000 | 5/20/97 | 1,050,909 | | | 8 | 2,792 | 2,792 | 2,792 | 22,208 | 0 | 1,028,701 |
| 25,000 | 5/28/97 | 1,028,701 | | | 8 | 2,733 | 2,733 | 2,733 | 22,267 | 0 | 1,006,434 |
| 25,000 | 6/3/97 | 1,006,434 | | | 5 | 1,670 | 1,670 | 1,670 | 23,330 | 0 | 983,105 |
| 25,000 | 6/5/97 | 983,105 | | | 2 | 652 | 652 | 652 | 24,348 | 0 | 958,757 |
| | 6/17/97 | | 5343-3 | 248,771 | 2 | 165 | 165 | | | 165 | 1,207,528 |
| | 6/17/97 | | 5343-2 | 61,699 | 2 | 41 | 206 | | | 206 | 1,269,227 |
| 25,000 | 6/17/97 | 1,269,227 | | | 2 | 3,824 | 4,030 | 4,030 | 20,970 | 0 | 1,248,257 |
| 25,000 | 6/24/97 | 1,248,257 | | | 12 | 2,901 | 2,901 | 2,901 | 22,099 | 0 | 1,226,158 |
| 25,000 | 7/1/97 | 1,226,158 | | | 7 | 2,850 | 2,850 | 2,850 | 22,150 | 0 | 1,204,008 |
| 50,000 | 7/1/97 | 1,204,008 | | | 7 | 5,604 | 5,604 | 5,604 | 44,396 | 0 | 1,159,612 |
| 371,738 | 7/15/97 | 1,159,612 | | | 14 | 3,081 | 3,081 | 3,081 | 368,657 | 0 | 790,955 |
| 25,000 | 7/23/97 | 790,955 | | | 8 | 1,576 | 1,576 | 1,576 | 23,424 | 0 | 767,531 |
| 303,584 | 7/29/97 | 767,531 | | | 6 | 3,572 | 3,572 | 3,572 | 300,012 | 0 | 467,519 |
| | 8/13/97 | | 9468 | 6,197 | 14 | 200 | 200 | | | 200 | 473,716 |
| | 11/28/97 | | | | 96 | | 200 | | | 200 | 473,716 |
| 97,500 | 11/28/97 | 473,716 | | | 105 | 16,569 | 16,769 | 16,769 | 80,731 | 0 | 392,985 |
| | 9/21/98 | | 5346-3 | 123,338 | 43 | 1,772 | 1,772 | | | 1,772 | 516,323 |
| 194,995 | 9/21/98 | 516,323 | | | 301 | 41,259 | 43,031 | 43,031 | 151,964 | 0 | 364,359 |
| | 8/24/00 | | | | 703 | 95,679 | 95,679 | | | 95,679 | 364,359 |