UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


STEWARD MACHINE CO., INC.

      v                        3:00cv834 (SRU)

WHITE OAK CORP. and
NATIONAL UNION FIRE
INSURANCE CO. of PITTSBURGH, PA.

## JUDGMENT

This cause came on for a bench trial before the Honorable Stefan R. Underhill, United States District Judge.  On November 17, 2006, the Court filed a Memorandum of Decision in favor of the plaintiff in the amount of $1,477,171.00 against the defendants, jointly and severally and in addition, statutory interest in the amount of $99,968.00 against the defendant National Union Fire Insurance Co. of Pittsburgh, PA.

It is therefore ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff and against the defendants, jointly and severally, in the amount of $1,477,171.00 and interest in favor of the plaintiff against the defendant National Union Fire Insurance Co. of Pittsburgh, PA in the amount of $99,968.00.

Dated at Bridgeport, Connecticut, this 20th day of November 2006.

                                                  KEVIN F. ROWE, Clerk

                                                  By_____/s/_____
                                                        Alice Montz
                                                      Deputy Clerk

Entered on Docket _____