**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

November 27, 2006

William J. Egan, Esq.
Egan & Crowley
234 Chruch Street
New Haven, CT 06510

      Re: Case Name: Steward Machine Co., Inc. V White Oak Corp. et al
          Number: 3:00cv834 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

      Plaintiff's exhibits 1-58

If they are not picked up by December 11, 2006 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

                          Sincerely,

                          Kevin F. Rowe, Clerk

                          By ___/s/_____
                             Alice Montz
                             Deputy Clerk
                             203 579-5952

ACKNOWLEDGMENT: _____    DATE: _____