**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

November 27, 2006

Jane I. Milas, Esq.
Frederick E. Hedberg, Esq.
Raymond a Garcia, Esq.
GARCIA & MILAS
44 Trumbull Street
New Haven, CT 06510

Re: Case Name: Steward machine Company v White Oak Corp., et al
Number: 3:00cv834 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

Defendants' exhibits 1-816

If they are not picked up by December 11, 2006 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

By _____/s/_____
Alice Montz
Deputy Clerk
203 579-5952

ACKNOWLEDGMENT: _____    DATE: _____