

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEWARD MACHINE CO., INC.
   Plaintiff

                         CIVIL ACTION NO
                         3:00 CV834 (SRU)

WHITE OAK CORP. and NATIONAL
UNION FIRE INSURANCE CO. OF
PITTSBURGH, PA
   Defendants

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE MOTOIN FOR ATTORNEY'S FEES

The plaintiff, Steward Machine Inc. ("Steward") moves that the time within which to file its motion for the attorney's fee awarded pursuant to this Court's opinion dated November 17, 2006 be extended by thirty-one days until January 2, 2007. In support of its motion Steward represents that the time is need to gather the necessary contemporaneously time records and to prepare the necessary supporting affidavits required by Federal Rule Civil P. 54(d)(2)(B).

Dated at New Haven, Connecticut this 1st day of December, 2006.

        STEWARD MACHINE CO., INC.

BY ___WILLIAM J. EGAN___
Egan & Crowley
52 Harbour Close
New Haven, CT 06519
Federal No.: CT04161
New Haven, CT 06510
Tel: (203) 984-9221

### **CERTIFICATION**

This is to certify that on this 1st day of December, 2006, a copy of the foregoing was mailed to:

| | |
|---|---|
| Gary Case, Esquire | Jane Milas, Esquire |
| Worlf Howoritz | Garcia & Milas |
| 99 Platt Street | 44 Trumbull Street |
| Hartford, CT | New Haven, CT 06511 |

BY ___WILLIAM J. EGAN___