**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

ELSIE MATA
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

FILED
2006 DEC -4 P 2: 27
U.S. DISTRICT COURT
BRIDGEPORT, CONN

November 27, 2006

Jane I. Milas, Esq.
Frederick E. Hedberg, Esq.
Raymond a Garcia, Esq.
GARCIA & MILAS
44 Trumbull Street
New Haven, CT 06510

Re: Case Name: Steward machine Company v White Oak Corp., et al
    Number: 3:00cv834 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

    Defendants' exhibits 1-816

If they are not picked up by December 11, 2006, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

    Sincerely,

    Kevin F. Rowe, Clerk

    By _____/s/_____
    Alice Montz
    Deputy Clerk
    203 579-5952

ACKNOWLEDGMENT: Cathy Blusalw/  DATE: 12/4/06
Wolf, Horowitz, Etlinger & Case
National Union Fire Ins Co.