UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEWARD MACHINE CO., INC.                    CASE NO. 3:00CV 834 (SRU)

V.

WHITE OAK CORP. and
NATIONAL UNION FIRE
INSURANCE CO. OF PITTSBURGH, PA.             DECEMBER 4, 2006

### NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA. hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on the 21st day of November 2006.

By : _____
Gary M. Case - ct09610
Email: gcase@wolfhorowitz.com
Wolf, Horowitz, Etlinger, & Case LLC
99 Pratt Street, Suite 401
Hartford, CT 06103
(860) 724-6667

## CERTIFICATION

This is to certify that a true copy of the Notice of Appeal was mailed via first class postage, prepaid, this 4th day of December, 2006 to all counsel of record as follows:

William Egan, Esq.
Barbara Crowley, Esq.
Egan & Crowley
234 Church Street
New Haven, CT  06510

Jane Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT  06510



Gary M. Case

6970

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STEWARD MACHINE CO., INC.

v                                                                 3:00cv834 (SRU)

WHITE OAK CORP. and
NATIONAL UNION FIRE
INSURANCE CO. of PITTSBURGH, PA.

JUDGMENT

This cause came on for a bench trial before the Honorable Stefan R. Underhill, United States District Judge. On November 17, 2006, the Court filed a Memorandum of Decision in favor of the plaintiff in the amount of $1,477,171.00 against the defendants, jointly and severally and in addition, statutory interest in the amount of $99,968.00 against the defendant National Union Fire Insurance Co. of Pittsburgh, PA.

It is therefore ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff and against the defendants, jointly and severally, in the amount of $1,477,171.00 and interest in favor of the plaintiff against the defendant National Union Fire Insurance Co. of Pittsburgh, PA in the amount of $99,968.00.

Dated at Bridgeport, Connecticut, this 20th day of November 2006.

KEVIN F. ROWE, Clerk

By____/s/_____
Alice Montz
Deputy Clerk

Entered on Docket _____