UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEWARD MACHINE COMPANY : | : |
| Plaintiff, : | CIVIL ACTION NO.<br>3:00 CV 00834 (SRU) |
| V. : | |
| WHITE OAK CORP. and : <br> NATIONAL UNION FIRE : <br> INSURANCE CO. OF PITTSBURCH, PA : | |
| Defendants : | December 20, 2006 |

**NOTICE OF APPEAL**

Notice is hereby given that WHITE OAK CORP., defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final Judgment entered in this action on the 21st day of November, 2006.

By: _____
Jane I. Milas (ct01271)
Garcia & Milas, P.C.
44 Trumbull Street
New Haven, CT 06510
Tel.:   (203) 773-3824
Fax:   (203) 782-2312
Email: jmilas@garciamilas.com

**CERTIFICATION**

This is to certify that on this 20th day of December, 2006 a copy of the foregoing was sent via first class mail, postage prepaid, to all counsel of record as follows:

William Egan, Esq.
Barbara Crowley, Esq.
Egan & Crowley
234 Church Street
New Haven, CT 06510


Gary M. Case, Esq.
Wolf, Horowitz, Etlinger & Case, LLC
99 Pratt Street, 4th Floor
Hartford, CT 06103

_____
Jane I. Milas