# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEWARD MACHINE COMPANY | : | 3:00 CV 00834 (SRU) |
| PLAINTIFF | : | |
| | : | |
| VS. | : | |
| | : | |
| WHITE OAK CORPORATION et al | : | |
| DEFENDANTS | : | MARCH 23, 2007 |

## INDEX TO RECORD ON APPEAL

|  | Pages |
|---|---|
| Certified copy of docket sheet | 17 |

|  | Document No. |
|---|---|
| Complaint, filed 5/8/00, Doc. #1 | 1 |
| Defendant White Oak's Answer, filed 7/24/00, Doc. #8 | 2 |
| Defendant National Union Fire's Answer, Affirmative Defenses, and Counterclaim, filed 7/24/00, Doc. #10 | 3 |
| Defendant National Union Fire's Amended Answer and Affirmative Defenses, filed 9/11/00, Doc. #13 | 4 |
| Defendant White Oak's Amended Answer, Affirmative Defenses, and Counterclaim, filed 9/22/00, Doc. #15 | 5 |
| Defendant National Union Fire's Second Amended Answer, Affirmative Defenses, and Counterclaim, filed 6/19/01, Doc. #27 | 6 |
| Defendant National Union Fire's Motion for Summary Judgment, filed 11/15/01, Doc. #29 | 7 |
| Defendant National Union Fire's Memorandum in Support of Motion for Summary Judgment, filed 11/15/01, Doc. #30 | 8 |

                                                                    Document No.

Affidavit of George Rettig in Support of Defendant Nation
    Union Fire's Motion for Summary Judgment, filed 11/15/01,
    Doc. #31                                                         9

Defendant National Union Fire's Statement of Material Facts,
    filed 11/15/01, Doc. #32                                        10

Plaintiff Steward Machine's Memorandum in Opposition
    to National Union Fire's Motion for Summary Judgment,
    filed 2/11/02, Doc. #35                                         11

Affidavit of Whitney Debardeleben, filed 2/11/02, Doc. #36          12

Plaintiff Steward Machine's Statement of Material Facts,
    filed 2/11/02, Doc. #37                                         13

Defendant National Union Fire's Reply to Plaintiff's Opposition
    to Motion for Summary of Judgment, filed 3/4/02,
    Doc. #40                                                        14

Ruling on Motion for Summary Judgment, filed 1/27/03,
    Doc. #44                                                        15

Defendant National Union Fire's Motion in Limine to
    Preclude Expert Testimony of J. Lester Alexander III,
    filed 3/10/04, Doc. #61                                         16

Defendant National Union Fire's Memorandum in Support
    of Motion in Limine, filed 3/10/04, Doc. #62                    17

Defendant National Union Fire's Pretrial Memorandum,
    filed 3/10/04, Doc. # 63                                        18

Defendant National Union Fire's Motion in Limine and/or
    Motion for Summary Judgment, filed 12/16/04, Doc #68            19

Defendant National Union Fire's Statement of Material Facts,
    filed 12/16/04, Doc. #69                                        20

Defendant National Union Fire's Memorandum in Support
    of Motion in Limine and/or Motion for Summary Judgment,
    filed 12/16/04, Doc. #70                                        21

|  | Document No. |
|---|---|
| Plaintiff Steward Machine's Opposition to Motion in Limine and/or Motion for Summary Judgment, filed 1/27/05, Doc. #76 | 22 |
| Plaintiff Steward Machine's Statement of Material Facts, filed 1/27/05, Doc. #77 | 23 |
| Affidavit of J. Lester Alexander III, filed 1/27/05, Doc. #78 | 24 |
| Affidavit of Charles DeBardeleben, filed 1/27/05, Doc. #79 | 25 |
| Defendants National Union Fire and White Oak's Motion in Limine to Exclude Evidence, filed 2/11/05, Doc. #81 | 26 |
| Defendant National Union Fire's Reply to Plaintiff's Opposition to Motion in Limine and/or Motion for Summary Judgment, filed 2/17/05, Doc. #86 | 27 |
| Defendant National Union Fire's Trial Memorandum, filed 2/18/05, Doc. #89 | 28 |
| Defendant White Oak's Trial Memorandum, filed 2/22/05, Doc. #90 | 29 |
| Plaintiff Steward Machine's Trial Memorandum, filed 2/22/05, Doc. #91 | 30 |
| Plaintiff Steward Machine's Proposed Findings of Fact, filed 2/22/05, Doc. #92 | 31 |
| Defendant National Union Fire's Supplemental Memorandum in Support of Motion in Limine to Exclude Expert Testimony of J. Lester Alexander III, filed 2/28/05, Doc. #98 | 32 |
| Plaintiff Steward Machine's Opposition to Daubert Motion of National Union Fire, filed 2/28/05, Doc. #100 | 33 |
| Plaintiff Steward Machine's Memorandum in Opposition of Motion in Limine to Exclude Evidence, filed 2/28/05 | 34 |

Document No.

Defendants National Union Fire and White Oak's Post Trial
     Submission Regarding Calculation of Plaintiff's Invoices,
     filed 4/4/05, Doc. #110                         35

Plaintiff Steward Machine's Reply to Post Trial Submission Regarding
     Calculation of Plaintiff's Invoices, filed 4/21/05, Doc. #112   36

Electronic Endorsement Order denying as moot National Union
     Fire's Motion in Limine/Motion for Summary Judgment,
     dated 9/29/05, Doc. #115                       37

Plaintiff Steward Machine's Post-Trial Memorandum, filed 11/17/06,
     Doc. # 118                                 38

Plaintiff Steward Machine's Addendum to Post-Trial Memorandum,
     filed 11/17/06, Doc. #119                       39

Judge Stefan R. Underhill's Memorandum of Decision, dated 11/16/06,
     Doc. #120                                 40

Judgment, dated 11/20/06, Doc. #121                41

Plaintiff Steward Machine's Motion for Extension of Time
     to file Motion for Attorney's Fees, filed 12/1/06, Doc. # 125   42

Transcript of Proceedings: Bench Trial held on 2/28/05, filed 2/8/07
     Doc. #132                                 43

Transcript of Proceedings: Bench Trial held on 3/1/05, filed 2/8/07
     Doc. #133                                 44

Transcript of Proceedings: Bench Trial held on 3/2/05, filed 2/8/07
     Doc. #134                                 45

Transcript of Proceedings: Bench Trial held on 3/3/05, filed 2/8/07
     Doc. #135                                 46

Transcript of Proceedings: Bench Trial held on 3/7/05, filed 2/8/07
     Doc. #136                                 47

Transcript of Proceedings: Bench Trial held on 3/8/05, filed 2/8/07
     Doc. #137                                 48

Document No.

Transcript of Proceedings: Bench Trial held on 3/14/05, filed 2/8/07
    Doc. #138                                                                              49

Clerk's Certificate

DEFENDANT NATIONAL UNION FIRE CO.
OF PITTSBURGH, PA

By : _____

Gary M. Case - ct09610
Email: gcase@wolfhorowitz.com
Wolf, Horowitz, Etlinger, & Case LLC
99 Pratt Street, Suite 401
Hartford, CT 06103
(860) 724-6667

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage, prepaid, this 23rd day of March, 2007 to all counsel of record as follows:

William Egan, Esq.
Barbara Crowley, Esq.
Egan & Crowley PC
52 Harbour Close
New Haven, CT  06519

Jane I. Milas, Esq.
Garcia & Milas PC
44 Trumbull Street
New Haven, CT  06510

Gary M. Case

8025