FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 MAY -1  A 11: 23

STEWARD MACHINE CO., INC.             CASE NO. 3:00CV 834 (SRU)

V.

WHITE OAK CORP. and
NATIONAL UNION FIRE
INSURANCE CO. OF PITTSBURGH, PA.

### RELEASE AND SATISFACTION OF JUDGMENT

The Plaintiff Steward Machine Company, by its undersigned counsel, hereby gives notice that the judgment entered on November 21, 2006 in its favor has been satisfied and is hereby released.

By: _____
William Egan, Esq.
Egan & Crowley
52 Harbour Close
New Haven, CT 06515
Fed Bar No CT04161

## CERTIFICATION

This is to certify that a true copy of the foregoing was mailed via first class postage, prepaid, this 27th day of April, 2007 to all counsel of record as follows:

Jane Milas, Esq.
Garcia & Milas
44 Trumbull Street
New Haven, CT 06510

Gary M. Case - ct09610
Wolf, Horowitz, Etlinger, & Case LLC
99 Pratt Street, Suite 401
Hartford, CT 06103

_____
Gary M. Case

8566