# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
### UNITED STATES COURTHOUSE
### 915 LAFAYETTE BOULEVARD
### BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**ELSIE MATA**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

May 17, 2007

William Egan, Esq.
Egan & Drowley
52 Harbour Close
New Haven, CT 06515

Re: Case Name: Steward Machine Co v White Oak Corp and
Number: 3:00cv834 (SRU)

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's/defendants exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up.

Plaintiff's Exhibits 1-58 plus two charts

If they are not picked up by May 31, 2007 , they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____/s/_____
Alice Montz
(203) 579-5952
Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: _____