

**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
nhcf
2007 MAY 18  00-2cv83834
U.S.         Underhill
NEW HAVEN, CT

Docket No. 06-5528-cv
06-5815-cv

STEWARD MACHINE CO., INC.

Plaintiff-Counter-Defendant-Appellee

v.

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH, PA.

Defendant-Counter-Defendant-Appellant,

WHITE OAK CORP.,

Defendant-Counter-Claimant



UNITED STATES COURT OF APPEALS
FILED
MAY 0 3 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

### RULE 42 DISMISSAL AGREEMENT

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, the parties to the above-captioned appeal hereby request that this appeal be dismissed without costs or fees, pursuant to the parties' agreement.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

By _____
Gary M. Case
Email: gcase@wolfhorowitz.com
Michelle L. Himes
Email: mlhimes@wolfhorowitz.com
Wolf, Horowitz, Etlinger, & Case LLC
99 Pratt Street, Suite 401
Hartford, CT 06103
(860) 724-6667

A TRUE COPY

CERTIFIED: 5/4/07


WHITE OAK CORPORATION

By _____
Jane I. Milas, Esq.
Garcia & Milas PC
44 Trumbull Street
New Haven, CT 06510


STEWARD MACHINE COMPANY

By _____
William Egan
Barbara E. Crowley, Esq.
Egan & Crowley PC
52 Harbour Close
New Haven, CT 06519


SO ORDERED:

FOR THE COURT
Thomas Aspeen, Acting Clerk
By _____
Stanley A. Bass, Staff Counsel

May 3, 2007